# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America
      Plaintiff,

    -against-         1:23-cr-00490-SHS

Robert Menendez, et al.      **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

_____Defendant.

  I, Danny Onorato, submit this affidavit in support of my motion for admission pro hac vice in the above captioned matter.

  1. I am a Partner with the law firm of Schertler Onorato Mead & Sears in Washington, DC.

  2. I am a member in good standing of the bars of the District of Columbia and the State of California.

  3. I have never been convicted of a felony.

  4. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

1

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/26/23

Danny C. Onorato
Schertler Onorato Mead & Sears
555 13th Street, NW, Suite 500 West
Washington, DC  20004
202-628-4199, Facsimile:  202-628-4177
donorato@schertlerlaw.com

Sworn to and subscribed before me this 26th day of September, 2023

Notary Public

PENNY FRYE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires December 14, 2023

2