**ORIGINAL**

End Time: _____

Proceeding via: ☑CourtFlow ☐AT&T

DOCKET No. 23cr490

DEFENDANT Wael Hana

AUSA Paul Monteleoni

DEF.'S COUNSEL Lawrence Lustberg

☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.

DATE OF ARREST 9/26/23

☐ VOL. SURR.

TIME OF ARREST 8am

☐ ON WRIT

☐ Other: _____

TIME OF PRESENTMENT 3:53 pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE          ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☑ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $5 mil _____ PRB  ☐ _____ FRP
☑ SECURED BY $ 300,000 _____ CASH/PROPERTY: All shares of capital management EG LLC by 10/10/23
☑ TRAVEL RESTRICTED TO SDNY/EDNY/DNJ
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☑ CURFEW  ☑ ELECTRONIC MONITORING  ☑ GPS
☑ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: surrender of pasport
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

150,000 cash by 9/27/23, 150,000 cash by 10/6/23
all shares of Capital Mangement EG LLC by 10/10/23
No contact with co-Ds, witnesses that Def does business with about the case other than in presence of counsel
No contact with other co-Ds, witnesses the Def outside the presence of counsel
No transfer of money or securities or items of value more than $1000 from US to foreign country from personal accts IS
EG Halal & EG Trade each to maintain combined balances of 150k per company in company business acct beginning
10/6/23   curfew from 8pm-8am

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY                    ☑ CONFERENCE BEFORE D.J. ON 10/2/23
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 10/2/23

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                    ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED         ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____      ☐ ON DEFENDANT'S CONSENT

**DATE:** 9/26/23 _____

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.