## ORIGINAL

SDNY (Rev. 12/21)
AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 23CR490 |
| Wael Hana | ) | |
| _Defendant_ | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I,  _____ Wael Hana _____ _(defendant)_, agree to follow every order of this court, or any
court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )     to appear for court proceedings;
( X )     if convicted, to surrender to serve a sentence that the court may impose; or
( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)   This is a personal recognizance bond.

(   ) (2)   This is an unsecured bond of _____. (   ) Cosigned by _____ FRP.

( X ) (3)   This is a secured bond of   $ 5,000,000.00    , secured by:

    ( X ) (a)    $ 300,000.00      , in cash deposited with the court.

    ( X ) (b)   the agreement of the defendant and each surety to forfeit the following cash or other property
         _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of_
         _ownership and value):_

    All of the defendants shares of Capital Management EG LLC by 10/10/2023.

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c)   a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety):_

    (   ) (d) Cosigned by _____ FRP.

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above
agreement. The court may immediately order the amount of the bond surrendered to the United States, including the
security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court
may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including
interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

**23CR490**

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

 (1) all owners of the property securing this appearance bond are included on the bond;

 (2) the property is not subject to claims, except as described above; and

 (3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:  09/26/2023

*Defendant's Signature* Wael Hana

*Interpreter's Initials*

*Surety/property owner - printed name*

*Surety/property owner - signature and date*

*Deputy Clerk's Initials*

*Interpreter's Initials*

*Surety/property owner - printed name*

*Surety/property owner - signature and date*

*Deputy Clerk's Initials*

*Interpreter's Initials*

*Surety/property owner - printed name*

*Surety/property owner - signature and date*

*Deputy Clerk's Initials*

*Interpreter's Initials*

CLERK OF COURT

Date:  09/26/2023

*Signature of Deputy Clerk*

Approved.

Date: _____

*AUSA's Signature* Paul Monteleoni

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

United States of America )
          v. )
    )      Case No. **23CR490**
**Wael Hana** )
────────────────── )
      *Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                    *Place*

on   _____
                        *Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                    Wael Hana                    23CR490

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
        Person or organization _____
        Address *(only if above is an organization)* _____
        City and state _____    Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                   Signed: _____    _____
                                                      *Custodian*              *Date*

( ☑ )  (7)  The defendant must:
    ( ☑ )  (a)  submit to supervision by and report for supervision to the  PRETRIAL SERVICES FOR  ☐ Regular;  ☐ Strict;  ☑ As Directed
           telephone number _____ , no later than _____ .
    ( ☐ )  (b)  continue or actively seek employment.
    ( ☐ )  (c)  continue or start an education program.
    ( ☑ )  (d)  surrender any passport to:    PRETRIAL SERVICES
    ( ☑ )  (e)  not obtain a passport or other international travel document.
    ( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:    SDNY/EDNY/DNJ

    ( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

    ( ☐ )  (h)  get medical or psychiatric treatment: _____

    ( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

    ( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( ☐ )  (k)  not possess a firearm, destructive device, or other weapon.
    ( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
    ( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ☑ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ☑ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from 8pm to 8am , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
        ( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        ( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
                **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                                    Wael Hana                            23CR490

## ADDITIONAL CONDITIONS OF RELEASE

( ☑ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:
   ( ☑ ) (i)  Location monitoring technology as directed by the pretrial services or supervising officer; or
   ( ☐ ) (ii)  Voice Recognition; or
   ( ☐ ) (iii) Radio Frequency; or
   ( ☑ ) (iv) GPS.

( ☑ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising
   officer.

( ☐ )  (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests,
   questioning, or traffic stops.

( ☑ )  (t)  _____

Agreed Conditions of Release: $5,000,000 personal recognizance bond; Secured by $300,000 cash: $150,000 cash by 09/27/2023 and $150,000 cash by 10/06/2023 and all of the defendants shares of Capital Management EG LLC by 10/10/2023; Travel restricted to SDNY/EDNY/DNJ; Surrender travel documents and no new applications; Pretrial Supervision as directed by pretrial services; Curfew (from 8pm - 8am); Electronic Monitoring; GPS;  Def. to pay all of part of cost of location monitoring, as determined by pretrial services; No contact with co-defendants, witnesses that def. does business with about the case other than in presence of counsel; No contact with other co-defendants, witnesses outside the presence of counsel; No transfer of money or securities or items of value more than $1000 from US to foreign country from personal accounts; IS EG Halal & EG Trade each to maintain combined balances of 150k per company in company business account beginning 10/06/2023; Def, to be released on own signature plus the following conditions: surrender of passport.

Defense Counsel Name: **Lawrence Lustberg**

Defense Counsel Telephone Number: **973-596-4731**

Defense Counsel Email Address: **llustberg@gibbonslaw.com**

AO 199C  (Rev. 09/08)  Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  Wael Hana                         Case No.  23CR490

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date:  09/26/2023

_____
*Defendant's Signature*  Wael Hana

✓ **DEFENDANT RELEASED**

_____
*City and State*

### Directions to the United States Marshal

(   )  The defendant is ORDERED released after processing.
(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____

_____
*Judicial Officer's Signature*

_____
*AUSA's Signature*  Paul Monteleoni

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 199C  (Rev. 09/08)  Advice of Penalties



**Southern District of New York**

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

**Eastern District of New York**

Brooklyn (Kings County)
Queens  (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

**ORIGINAL**

End Time:

Proceeding via: ☑CourtFlow ☐AT&T

DOCKET No. 23cr490          DEFENDANT Wael Hana

AUSA Paul Monteleoni                     DEF.'S COUNSEL Lawrence Lustberg
                                         ☑RETAINED ☐FEDERAL DEFENDERS ☐CJA ☐PRESENTMENT ONLY

☐_____ INTERPRETER NEEDED
                                         ☐ DEFENDANT WAIVES PRETRIAL REPORT

☐Rule 5  ☑Rule 9  ☐Rule 5(c)(3)  ☐Detention Hrg.    DATE OF ARREST 9/26/23          ☐VOL. SURR.
                                                     TIME OF ARREST 8am              ☐ON WRIT
☐Other: _____             TIME OF PRESENTMENT 3:53 pm

## BAIL DISPOSITION

                                                                        ☐SEE SEP. ORDER
☐DETENTION ON CONSENT W/O PREJUDICE       ☐DETENTION: RISK OF FLIGHT/DANGER  ☐SEE TRANSCRIPT
☐DETENTION HEARING SCHEDULED FOR: _____
☑AGREED CONDITIONS OF RELEASE
☑DEF. RELEASED ON OWN RECOGNIZANCE
☑$5 mil_____ PRB  ☐_____FRP
☑SECURED BY $300,000_____ CASH/PROPERTY: All shares of capital management EG LLC by 10/10/23
☑TRAVEL RESTRICTED TO SDNY/EDNY/DNJ
☐TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑PRETRIAL SUPERVISION:  ☐REGULAR  ☐STRICT  ☑AS DIRECTED BY PRETRIAL SERVICES
☐DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐HOME INCARCERATION  ☐HOME DETENTION  ☑CURFEW  ☑ELECTRONIC MONITORING  ☑GPS
☑DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: surrender of pasport
_____; REMAINING CONDITIONS TO BE MET BY: _____

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

150,000 cash by 9/27/23, 150,000 cash by 10/6/23
all shares of Capital Mangement EG LLC by 10/10/23
No contact with co-Ds, witnesses that Def does business with about the case other than in presence of counsel
No contact with other co-Ds, witnesses the Def outside the presence of counsel
No transfer of money or securities or items of value more than $1000 from US to foreign country from personal accts IS
EG Halal & EG Trade each to maintain combined balances of 150k per company in company business acct beginning
10/6/23  curfew from 8pm-8am

☑DEF. ARRAIGNED; PLEADS NOT GUILTY                    ☑CONFERENCE BEFORE D.J. ON 10/2/23
☐DEF. WAIVES INDICTMENT
☑SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 10/2/23

For Rule 5(c)(3) Cases:
☐IDENTITY HEARING WAIVED                     ☐DEFENDANT TO BE REMOVED
☐PRELIMINARY HEARING IN SDNY WAIVED          ☐CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____    ☐ON DEFENDANT'S CONSENT

DATE: 9/26/23_____                 _____
                                           **UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**