# Exhibit A



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Paola Pinto

*was duly qualified and admitted on January 27, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 29, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# Supreme Court of Florida
## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**PAOLA PINTO**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **DECEMBER 24, 2018,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this SEPTEMBER 29, 2023.*

_____
*Clerk of the Supreme Court of Florida*