UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | <u>ORDER</u> |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The government has submitted a proposed protective order pursuant to Fed. R. Crim. P. 16(d) to the Court and the government represents that "defense counsel objects to certain aspects of the proposed protective order" [Doc. No. 45].

    Defense counsel is directed to set forth in writing in a single submission on or before 5:00 p.m. on Friday, October 6, its objections, if any, to the proposed protective order and the basis for those objections. The government may reply by noon on Tuesday, October 10.

Dated: New York, New York
       October 5, 2023

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.