UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ, NADINE MENENDEZ, a/k/a "Nadine Arslanian," WAEL HANA, a/k/a "Will Hana," JOSE URIBE, AND FRED DAIBES,

Defendants.

23-cr-490

**CONSENT ORDER**

**THIS MATTER** having come before the Court upon the application of Defendant Wael Hana, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., Anne M. Collart, Esq., and Ricardo Solano, Esq., appearing), and the United States, by Damian Williams, United States Attorney for the Southern District of New York (Eli Mark, Paul Monteleoni, Lara Pomerantz, and Daniel Richenthal, Assistant United States Attorneys, appearing) having consented to the request, and for good cause shown,

**IT IS** on this 11th day of October, 2023,

**ORDERED** that defendant Wael Hana's conditions of release, as set forth in the September 26, 2023 Order Setting Conditions of Release, ECF No. 15, are hereby modified to substitute Henry Street Plaza LLC for Capital Management GE LLC.

_____
Hon. Sidney H. Stein
United States District Judge