

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 16, 2023

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Robert Menendez, et. al*,
              23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully submits a proposed colloquy, pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982), for use at the hearing scheduled for this Wednesday, October 18, 2023, at 2:30 p.m., with respect to defendant Wael Hana, in the above-captioned matter. Counsel for the Government and counsel for Hana worked together on this proposed colloquy, and the Government understands that counsel for Hana have no objection to the proposed questions.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

        By:    <u>s/ Daniel C. Richenthal</u>
                 Eli J. Mark
                 Paul M. Monteleoni
                 Daniel C. Richenthal
                 Lara Pomerantz
                 Assistant United States Attorneys
                 (212) 637-2431/2219/2109/2243

Enclosure

cc:    (by ECF)
       Counsel of Record