# EXHIBIT A

# FLORIDA SUPREME COURT
# CERTIFICATE OF GOOD STANDING

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### ANN MARIE ST. PETER-GRIFFITH

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on OCTOBER 28, 1994, is presently in good standing, and that the private and professional character of the attorney appears to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this OCTOBER 30, 2023.

_____
Clerk of the Supreme Court of Florida



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

In Re: 0033154
Ann Marie St Peter-Griffith
Kasowitz, Benson, Torres LLP 1441 Brickell Ave
Ste 1420
Miami, FL 33131-3426

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 28, 1994**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  25th  day of **October, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-254496