# EXHIBIT B

# MAINE SUPREME COURT
# CERTIFICATE OF GOOD STANDING



# STATE OF MAINE
# SUPREME JUDICIAL COURT

## Certificate of Good Standing

I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Ann M. St. Peter-Griffith, Esq. (Bar # 008634) of Miami, FL was duly admitted as an Attorney and Counselor at Law in the State of Maine on May 12, 1998, and is presently registered and in good standing as an Active Non-Resident member of the bar.

Given under my hand and the Seal of said Court on October 30, 2023.



Matthew E. Pollack
Executive Clerk

*Not valid without raised seal.*