UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES,<br><br>Defendants. | Case No.: 1:23-cr-00490-SHS<br><br>**AFFIDAVIT OF JACOB ("YAAKOV") M. ROTH** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jacob ("Yaakov") M. Roth, affirm that:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

3. There are no disciplinary proceedings presently against me;

4. As shown in Exhibit A, I am a member in good standing of the District of Columbia Bar, and I have attached a Certificate of Good Standing issued by the Clerk of the District of Columbia Court of Appeals stating that I am entitled to practice before the District of Columbia Court of Appeals and am an active member in good standing of the District of Columbia Bar.

Dated: January 4, 2024

District of Columbia

Signed and sworn to (or affirmed) before me on
1/8/2024 by Jacob Roth
Date / Name(s) of Individuals(s) making statement

Signature of Notarial Officer

Seal

Title of Office

My Commission Expires: 1/16/26

Sworn to before me this
8 day of January 2024

Notary Public

Respectfully submitted,

Jacob ("Yaakov") M. Roth
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Email: yroth@jonesday.com

*Attorney for Defendant Robert Menendez*