UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  23-Cr-490 (SHS)

-v-  :  <u>ORDER</u>

ROBERT MENENDEZ, ET AL.  :

                Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the parties are directed to respond to the letter filed by *Inner City Press* [Doc. No. 125] and the letter filed by *The New York Times* [Doc. No. 145] on or before January 22, 2024.

Dated: New York, New York
       January 17, 2024

                                      SO ORDERED:

                                      *[signature]*
                                      Sidney H. Stein, U.S.D.J.