UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | |
| Plaintiff, | |
| -against- | 1:23-cr-00490-SHS |
| Robert Menendez, et al. | **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendant. | |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Mark J. MacDougall, Esq. hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Nadine Menendez in the above-captioned action.

  I am an attorney with the law firm of Schertler Onorato Mead & Sears in Washington, DC and I am a member in good standing of the bars of the District of Columbia, Maryland and Massachusetts. Certificates of Good Standing from those jurisdictions are attached as Exhibit A.

  There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

  I have attached the required affidavit pursuant to Local Rule 1.3 as Exhibit B.

January 24, 2024                 Respectfully Submitted,

                       */s/ Mark J. MacDougall*
                       Mark J. MacDougall, Esq.
                       Schertler Onorato Mead & Sears
                       555 13th Street, NW, Suite 500 West
                       Washington, DC  20004
                       202-628-4199, Facsimile:  202-628-4177
                       mmacdougall@schertlerlaw.com

## CERTIFICATE OF SERVICE

I certify that on January 24, 2024, I filed the foregoing document with the Clerk of this Court using the Court's CM/ECF electronic filing system, which will send automatic electronic notice to all counsel of record in this case.

*/s/ Mark J. MacDougall*
Mark J. MacDougall
