

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 20, 2024

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Robert Menendez, et al.*,
     S2 23 Cr. 490 (SHS)

Dear Judge Stein:

  The Government respectfully writes, pursuant to the Court's January 30, 2024 Order (Dkt. 169) setting forth procedures regarding sealed and redacted filings in this case, to file a redacted version of the warrant affidavit attached as an exhibit to its opposition to defendants Robert Menendez's and Wael Hana's suppression motions (Dkt. 190). The redacted document is attached hereto as Exhibit A.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

        By: s/ Paul M. Monteleoni
           Eli J. Mark
           Paul M. Monteleoni
           Lara Pomerantz
           Daniel C. Richenthal
           Assistant United States Attorneys
           (212) 637-2431/2219/2343/2109

Enclosure
cc: Counsel of Record (via ECF)