

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 5, 2024

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Robert Menendez, et al.*,
              **S4 23 Cr. 490 (SHS)**

Dear Judge Stein:

      The Government respectfully writes to advise the Court that a superseding indictment was returned by the grand jury earlier today and docketed as S4 23 Cr. 490 (SHS) (the "Superseding Indictment," enclosed). The Superseding Indictment includes the same offenses as the S2 indictment as to Robert Menendez, Nadine Menendez, Wael Hana, and Fred Daibes, but also charges corresponding substantive offenses, and includes new charges of conspiracy to obstruct justice and obstruction of justice.

Honorable Sidney H. Stein
March 5, 2024
Page 2

      The filing of the Superseding Indictment will not necessitate the production of any additional discovery and, in the Government's view, does not affect the scheduled May 6, 2024 trial date.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

By:   <u>s/ Paul M. Monteleoni</u>
      Eli J. Mark
      Paul M. Monteleoni
      Lara Pomerantz
      Daniel C. Richenthal
      Assistant United States Attorneys
      (212) 637-2431/2219/2343/2109

Enclosure

cc:    Counsel of Record (via ECF)