## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ, *et al.*,

Defendants.

Criminal Action No. 23-490 (SHS)

*Document Electronically Filed*

## DEFENDANT WAEL HANA'S NOTICE OF FILING

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Pursuant to Section 5 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. § 5,  Paragraph 25 of the Protective Order Pertaining to Classified Information (ECF No. 234), and the April 1, 2024 CIPA Order (ECF No. 266) entered in this case, Defendant Wael Hana hereby provides notice that on April 10, 2024, Mr. Hana, through counsel, filed a CIPA Section 5 Notice under seal through the designated Classified Information Security Officer assigned to this matter for service by hand to the Government and the Court.

Dated:  April 10, 2024                              Respectfully submitted,

*s/ Lawrence S. Lustberg*
Lawrence S. Lustberg

*s/ Anne M. Collart*
Anne M. Collart

*s/ Christina M. LaBruno*
Christina M. LaBruno

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500