

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 17, 2024

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Robert Menendez, et al.*,
      S4 23 Cr. 490 (SHS)

Dear Judge Stein:

  The Government respectfully writes on behalf of the parties to request a one-week extension of the deadline to submit proposed jury instructions from April 17 until April 24, 2024. The parties have exchanged draft proposals and comments, but believe additional time is needed to confer in order to narrow the areas of potential dispute for the Court's consideration.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

       By: s/ Catherine Ghosh
          Eli J. Mark
          Paul M. Monteleoni
          Lara Pomerantz
          Daniel C. Richenthal
          Catherine Ghosh
          Assistant United States Attorneys
          (212) 637-2431/2219/2343/2109/1114

cc:  (by ECF)

   Counsel of Record