

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 22, 2024

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Robert Menendez, et al.*,
      S4 23 Cr. 490 (SHS)

Dear Judge Stein:

  The Government respectfully requests that the Court allow us to arrange for the provision of secure high-speed wired Internet access in the courtroom in connection with trial in the above-captioned matter. The secure Internet connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings. This will greatly facilitate the effective and efficient presentation of evidence. In addition, we will be able to reduce the files we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings. While we understand that the courtroom also has Wi-Fi access, which we may use, a high-speed wired connection generally ensures a far faster internet connection, a more stable one, and can avoid or mitigate potential connectivity or bandwidth issues resulting from, among other things, usage by a number of devices at the same time, which is an increased risk during a multiple-defendant trial.

  Subject to the Court's approval, the Government will retain Courtroom Connect to provide these services. Courtroom Connect does not require any court resources to provide service and currently maintains a network in the courthouse that is 100% independent of the Court's internal network. Set up, installation, and service fees will be paid for by the Government at no cost to the Court.

  The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

    • The network will be a hard-wired, secure physical network connection utilizing a firewall and other security provisions.

- Onsite support, maintenance and other measures are provided to ensure the highest levels of security and reliability.

- The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

Courtroom Connect will make all necessary arrangements with the Court's District Executive office and computer networking personnel.

Many trials in this district have utilized a high-speed connection to the Internet in the courtroom, including *United States v. Gatto*, No. 17 Cr. 686 (LAK) and *United States v. Ash*, No. S1 19 Cr. 780 (LAK).

If the Court will permit these arrangements, the Government respectfully requests that the Court issue and docket the enclosed proposed order.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  s/ Eli J. Mark
Eli J. Mark
Paul M. Monteleoni
Lara Pomerantz
Daniel C. Richenthal
Catherine Ghosh
Assistant United States Attorneys
(212) 637-2431/2219/2343/2109/1114

cc:   (by ECF)

Counsel of Record