

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 29, 2024

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Robert Menendez, et al.*,
             S4 23 Cr. 490 (SHS)

Dear Judge Stein:

    Pursuant to the Court's request at the April 19, 2024 conference, the Government and the defendants jointly submit the attached proposed statement of the case for the Court's consideration to read to the jury at the commencement of trial.

                                         Respectfully submitted,

                                         DAMIAN WILLIAMS
                                         United States Attorney

                      By:    <u>s/ Eli J. Mark</u>
                            Eli J. Mark
                            Daniel C. Richenthal
                            Paul M. Monteleoni
                            Lara Pomerantz
                            Catherine E. Ghosh
                            Assistant United States Attorneys
                            (212) 637-2431/2109/2219/2343/1114

Enclosure

cc:    (by ECF)

       Counsel of Record