

Ricardo Solano Jr.
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4471
rsolano@gibbonslaw.com

May 10, 2024

**VIA ECF**

The Honorable Sidney H. Stein
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:    United States v. Robert Menendez, et al., Case No. 1:23-cr-00490-SHS**

Dear Judge Stein:

As the Court is aware, this Firm represents Defendant Wael Hana in the above captioned matter. On behalf of the defendants, we submit the attached proposed verdict sheet. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

s/Ricardo Solano Jr.
Ricardo Solano Jr., Esq.

cc: All counsel of record (via ECF)