

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 10, 2024

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Robert Menendez, et al.*,
           S4 23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully submits a proposed verdict sheet for the Court's consideration in the above-captioned matter.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

             By:   <u>s/ Lara Pomerantz</u>
                    Eli J. Mark
                    Daniel C. Richenthal
                    Paul M. Monteleoni
                    Lara Pomerantz
                    Catherine E. Ghosh
                    Assistant United States Attorneys
                    (212) 637-2431/2109/2219/2343/1114
                    Christina A. Clark
                    Special Assistant United States Attorney
                    (202) 307-5191

cc:    (by ECF)

        Counsel of Record