

**Senator Bob Menendez**

Today 6:01 PM

❤️🧡💜💙💛💚

Love ❤️!!

Tell Will I am going to sign off this sale to Egypt today.
Egypt: 46,000 120MM Target Practice Rounds and 10,000 Rounds Tank Ammunition: $99 million
NOTE: These tank rounds are for tanks they have had for many years. They are using these in the Sinai for the counter-terrorism campaign.



**GOVERNMENT EXHIBIT B201-10**
23 Cr. 490 (SHS)