

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 14, 2024

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Robert Menendez, et al.*,
              S4 23 Cr. 490 (SHS)

Dear Judge Stein:

      The Government respectfully writes to advise the Court that counsel for defendant Wael Hana informed the Government yesterday that Hana was withdrawing his outstanding objections, noted in the Government's letter of June 11, 2024 (Dkt. 455) to Government Exhibit 1304, the summary chart to be used in connection with the testimony of Special Agent Paul Van Wie, and the associated underlying exhibits. Defendant Robert Menendez's objections remain outstanding.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney

                By:    s/ Paul M. Monteleoni
                        Eli J. Mark
                        Daniel C. Richenthal
                        Paul M. Monteleoni
                        Lara Pomerantz
                        Catherine E. Ghosh
                        Assistant United States Attorneys
                        (212) 637-2431/2109/2219/2343/1114
                        Christina A. Clark
                        Special Assistant United States Attorney
                        (202) 307-5191

cc:     (by ECF)

          Counsel of Record