Exhibit A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Fred Daibes Envelopes** | | | | | | | | |
| Row | Envelope and Cash GX | Location (GX 1301, 1437) | Photo and Description | Contents of Envelope | Fingerprints? (GX 1334) | DNA? (GX 16B-3) | $ Amount | Latest $100 Bill Payout Date (GX 5G-300, 1335) |
| 1 | 73 (Envelope), 28 (Cash) | Room U (Basement), Black Jacket | TD Bank envelope with "$10,000" written on flap (GX 1F-1275) | (GX 1F-1276) | **Fred Daibes** (on tape) | | **$10,000** (GX 1301, 1F-1274, 1F-1275) | **Oct. 21, 2020** (PF18463597C) (GX 1F-7131, 1F-1276) |
| 2 | 78 (Envelope), 34 (Cash) | Room C (Closet) Safe | TD Bank envelope with "$10,000" written on flap (GX 1F-1170) | (GX 1F-1171) | **Fred Daibes** (on tape) | | **$9,100** (GX 1301) | **October 12, 2021** (PB80327203I) (GX 1F-1171) |
| 3 | 79 (Envelope), 35 (Cash) | Room C (Closet) Safe | Envelope embossed with: Fred A. Daibes 125 River Road, Suite 301 Edgewater, NJ 07020 (GX 1F-1167, 1F-15001) | (GX 1F-1168, 1F-1169) | **Johnathan Pilot** (on envelope) | **Fred Daibes** | **$7,400** (GX 1301) | **June 10, 2021** (PB80192959G) (GX 1F-1168) |
| 4 | 84 (Envelope), 49 (Cash) | Room C (Closet) Safe | TD Bank envelope with "$10,000" written on flap (GX 1F-1178, 1F-1179) | (GX 1F-1180) | **Fred Daibes** (on tape) **Robert Menendez** (on envelope) | | **$5,300** (GX 1301) | **August 24, 2020** (PB06772078D) (GX 1F-1180) |
| 5 | 86 (Envelope), 44 (Cash) | Room C (Closet) Box #2 in safe | TD Bank envelope with "10,000" written on flap (GX 1F-1202) | GX 1F-1203 | **Fred Daibes** (on tape) | | **$9,500** (GX 1301) | **Sept. 3, 2021** (PF34893143E) (1F-1203) |
| 6 | 88 (Envelope), 58 (Cash) | Room C (Closet) Safe | TD Bank envelope with "$10,000" written on flap (GX 1F-1175) | (GX 1F-1177) | **Fred Daibes** (on tape) | | **$10,000** (GX 1301) | **Oct. 5, 2021** (PK94521539D) (1F-1177) |



GOVERNMENT
EXHIBIT
1338
23 Cr. 490 (SHS)

GX 1338

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | 90 (Envelope), 64 (Cash) | Room C (Closet) | TD Bank envelope (GX 1F-1246)  | GX 1F-1247  | Fred Daibes (on tape) | | $1,200 (GX 1301, 1F-1247) | May 26, 2021 (PL92897968D) (1F-1247)  |
| 8 | 94 (Envelope), 13 (Cash) | Safe deposit box #13 | TD Bank envelope with "$10,000" written on flap (GX 1D-132)  | (GX 1D-134)  | Fred Daibes (on tape) | | $10,000 (Tr. 2190) | N/A |
| 9 | 94 (Envelope), 13 (Cash) | Safe deposit box #13 | TD Bank envelope with "$10,000" written on flap (GX 1D-132)  | (GX 1D-134)  | Fred Daibes (on tape) | | $10,000 (Tr. 2190) | N/A |
| 10 | 94 (Envelope), 13 (Cash) | Safe deposit box #13 | Mariner's Bank envelope with "$10,000" written on flap (GX 1D-132, 1D-133)  | (GX 1D-134)  | Fred Daibes (on tape and envelope) | Fred Daibes | $10,000 (Tr. 2190) | N/A |
| | | | | | **TOTAL:** | **$82,500** | | |

GX 1338