Continuation of FD-302 of  (U) JOSE URIBE Proffer  , On  12/22/2023 , Page  10 of 14

[redacted]

URIBE understood the message "I will pay him back" to mean that ARSLANIAN was going to pay back the $18k.

[redacted]