

DOC 11

"This is a lot of money. ~~It's~~ Also going to ~~cry~~ cry like a baby" ~~a baby~~

"that's well"

"I end up paying them back 100 fold"   Interpretation is that ~~he~~ she would pay back the $18k

"she will repay the ~~favor~~ back.
she will not forget about it"

karyann
~~Kerry Ann~~ was the gf (WH's gf)
JU doesn't know what the $15k was for

→ understood to be WH
"(he) will be more powerful than the pres of Egypt."
JU didn't know about a trip to Egypt
Doesn't know what it's referring too
Doesn't know who went

whatever help WH can give NA to not lose her house, NA will pay WH back
JU doesn't know how

(18)