# Exhibit A

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | 1B | Photo Example | Seizure location | Cash total of 1B | Amount Reviewed by Agent Fuchs | Amount Not Provided to Agent Fuchs | Contains At Least One Bill Released Into Circulation On or After: |
| 2 | 13 | GX 1D-134 | Safe Deposit Box #13 (GX 1437, Tr. 2183, 2189-90) | $79,760 (GX 1437) | $13,800 (17.3%) | $65,960 (82.7%) | 3/31/2021 (GX 5G-300) |
| 3 | 19 | GX 1F-1314 | Room U (Basement) (GX 1301) | $7,500 (GX 1301) | $2,400 (32%) | $5,100 (68%) | 4/26/2021 (GX 5G-300) |
| 4 | 20 | GX 1F-1195 | Room C (Closet) Box in safe (GX 1301) | $10,000 (GX 1301) | $4,370 (43.7%) | $5,630 (56.3%) | 8/25/2021 (GX 5G-300) |
| 5 | 22 | GX 1F-1316 | Room U (Basement) (GX 1301) | $7,000 (GX 1301) | $1,800 (25.7%) | $5,200 (74.3%) | 6/2/2021 (GX 5G-300) |
| 6 | 26 | GX 1F-1321 | Room U (Basement) (Tr. 283:16-24, GX 1438) | $20,000 (GX 1F-6009 through 1F-6015) | $1,600 (8%) | $18,400 (92%) | 3/24/2020 (GX 5G-300) |

1335C: 1Bs



DEFENDANT'S EXHIBIT 2500
23 Cr. 490 (SHS)

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | 1B | Photo Example | Seizure location | Cash total of 1B | Amount Reviewed by Agent Fuchs | Amount Not Provided to Agent Fuchs | Contains At Least One Bill Released Into Circulation On or After: |
| 7 | 28 | GX 1F-1276 | Room U (Basement) (GX 1301) | $21,000 (GX 1301) | $7,020 (33.4%) | $13,980 (66.6%) | 6/25/2021 (GX 5G-300) |
| 8 | 29 | GX 1F-1272 | Room U (Basement) (GX 1301) | $6,000 (GX 1301) | $1,000 (16.7%) | $5,000 (83.3%) | 2/17/2021 (GX 5G-300) |
| 9 | 30 | GX 1F-1269 | Room U (Basement) (GX 1301) | $4,300 (GX 1301) | $240 (5.6%) | $4,060 (94.4%) | 5/1/2020 (GX 5G-300) |
| 10 | 31 | GX 1F-1158 | Room C (Closet) Safe (Tr. 253:10-16) | $8,410 (GX 1F-1158 & 1F-1159) | $800 (9.5%) | $7,610 (90.5%) | 3/25/2020 (GX 5G-300) |

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | 1B | Photo Example | Seizure location | Cash total of 1B | Amount Reviewed by Agent Fuchs | Amount Not Provided to Fuchs | Contains At Least One Bill Released Into Circulation On or After: |
| 11 | 32 | GX 1F-1280 | Room U (Basement) (GX 1301) | $8,000 (GX 1301) | $2,900 (36.3%) | $5,100 (63.8%) | 1/27/2021 (GX 5G-300) |
| 12 | 34 | GX 1F-1171 | Room C (Closet) Safe (GX 1301) | $9,100 (GX 1301) | $4,800 (52.7%) | $4,300 (47.3%) | 10/12/2021 (GX 5G-300) |
| 13 | 35 | GX 1F-1167 | Room C (Closet) Safe (GX 1301) | $7,400 (GX 1301) | $2,020 (27.3%) | $5,380 (72.7%) | 6/10/2021 (GX 5G-300) |
| 14 | 37 | GX 1F-1262 | Room U (Basement) Shelf (GX 1301) | $100,000 (GX 1301) | $1,200 (1.2%) | $98,000 (98%) | 2/4/2021 (GX 5G-300) |
| 15 | 41 | GX 1F-1200 | Room C (Closet) Box #2 in safe (GX 1301) | $5,110 (GX 1301) | $150 (2.9%) | $4,960 (97.1%) | 7/1/2020 (GX 8L-4) |

1335C: 1Bs

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | 1B | Photo Example | Seizure location | Cash total of 1B | **Amount Reviewed by Agent Fuchs** | **Amount Not Provided to Agent Fuchs** | Contains At Least One Bill Released Into Circulation On or After: |
| 16 | 43 | GX 1F-1265 | Room U (Basement) Shelf (GX 1301) | $95,000 (GX 1301) | **$40,000 (42.1%)** | **$55,000 (57.9%)** | 3/21/2022 (GX 5G-300) |
| 17 | 44 | GX 1F-1197 | Room C (Closet) Box #2 in safe (GX 1301) | $9,500 (GX 1301) | **$3,700 (38.9%)** | **$5,800 (61.1%)** | 9/3/2021 (GX 5G-300) |
| 18 | 49 | GX 1F-1179 | Room C (Closet) Safe (GX 1301) | $5,300 (GX 1301) | **$1,200 (22.6%)** | **$4,100 (77.4%)** | 8/24/2020 (GX 5G-300) |
| 19 | 58 | GX 1F-1176 | Room C (Closet) Safe (GX 1301) | $10,000 (GX 1301) | **$3,900 (39%)** | **$6,100 (61%)** | 10/5/2021 (GX 5G-300) |
| 20 | 64 | GX 1F-1245 | Room C (Closet) (GX 1301) | $5,590 (GX 1301) | **$400 (7.2%)** | **$5,190 (92.8%)** | 5/26/2021 (GX 5G-300) |

1335C: 1Bs

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | 1B | Photo Example | Seizure location | Cash total of 1B | **Amount Reviewed By Agent Fuchs** | **Amount Not Provided to Agent Fuchs** | Contains At Least One Bill Released Into Circulation On or After: |
| 21 | 66 | GX 1F-1305 | Room Q (Office) (GX 1301) | $100,000 (GX 1301) | **$23,340 (23.3%)** | **$76,660 (76.7%)** | 7/1/2020 (GX 8L-4) |
| 22 | 67 | GX 1F-1306 | Room Q (Office) (GX 1301) | $33,220 (GX 1301) | **$580 (1.7%)** | **$32,640 (98.3%)** | 6/1/2018 (GX 8L-1) |
|   |   |   |   |   | **TOTAL AMOUNT REVIEWED BY AGENT FUCHS** | **TOTAL AMOUNT NOT PROVIDED TO AGENT FUCHS** |   |
|   |   |   |   |   | **$117,220 (21.2%)** | **$434,970 (78.8%)** |   |

1335C: 1Bs