

# IS EG HALAL GLOBAL

IS EG Halal Global: 125 River Road, Suite 301 - Edgewater NJ 07020
Email: global@iseghalal.com | Tel: +1 202 820 0800 www.iseghalal.com

## IS EG HALAL AUDIT FORM

**Establishment Name:**
**Establishment Number:**
**Country:**
**Audit Date:**
**Audit Time:**

**Name & Description of the Product: -**

| Documents and Data | |
|---|---|
| 1- When was the establishment created? | Date: |
| 2- What are the latest developments, improvements, and modifications of the establishment? | a)<br><br>b)<br><br>c)<br><br>d)<br><br>e) |
| 3- Is/Are there any one of the following changes that affect(s) Halal Policy:<br>  a) Establishment Management<br><br>  b) Halal Assurance System (SOPs, documents, personnel, etc.)<br><br>  c) Establishment Location | a) Yes ☐ No ☐<br>Description:<br><br>b) Yes ☐ No ☐<br>Description:<br><br>c) Yes ☐ No ☐<br>Description: |

1

**DEF. EXH**

**Hana - 031**

| | |
|---|---|
| d) Raw materials/ingredients (producer/supplier, type of material) | d) Yes ☐ No ☐  Description: |
| e) Formula and development of new products. | e) Yes ☐ No ☐  Description: |
| 4- Has the establishment been audited before by any Arab, Muslim, or foreign country? | Yes ☐ No ☐ |
| 5- If yes, list the countries. | Countries: |
| 6- Has the establishment exported to any of the aforementioned countries? | Yes ☐ No ☐ |
| 7- If yes, list the countries. | Countries: |
| 8- What are the current exporting countries you affiliate with? | Countries: |
| 9- Has Egypt audited the establishment before? | Yes ☐ No ☐ |
| 10- If yes, provide the date. | Date: |
| 11- Has the establishment exported to Egypt before? | Yes ☐ No ☐ |
| 12- If yes, provide the date. | Date: ☐ ☐ |
| 13- What are the present export percentages to external and internal markets? | External Market ☐ %.  Internal Market ☐ %. |
| 14- Does the establishment only produce declared and certified Halal products? | Yes ☐ No ☐ |
| 15- In the case of Not Halal Certified product, how is the production equipment and storage separated? | Explain: |
| 16- Are all raw material/ingredient sources Halal and safe? | Yes ☐ No ☐ |
| 17- Are raw materials/ingredients sourced from animal certified Halal? | Yes ☐ No ☐ |

2

| Question | Yes | No |
|---|---|---|
| 18- Are sources of imported animal raw materials approved by IS EG HALAL? | ☐ | ☐ |
| 19- Are there any Non-Halal raw materials/ingredients stored in the premises? | ☐ | ☐ |
| 20- Does the Non-Halal product contain pork or any from its derivatives? | ☐ | ☐ |
| 21- Are all Halal raw materials and additives recorded along with their origin easily be traced? | ☐ | ☐ |
| 22- Are steps of preparation, handling, processing, packaging, storing or transferring of products in compliance to Islamic Shariah? | ☐ | ☐ |
| 23- Is there any mixing between Halal and Non-Halal raw materials, products and sources? | ☐ | ☐ |
| 24- Is transportation used only for Halal products? | ☐ | ☐ |
| 25- Are there any appliances or brushes made from animal hair? | ☐ | ☐ |
| 26- Does the packaging label contain IS EG HALAL Logo with the applied standard? | ☐ | ☐ |
| 27- Is labelling and advertising in accordance with Islamic Shariah? | ☐ | ☐ |
| 28- Are the packaging materials one hundred percent Halal? | ☐ | ☐ |
| 29- Are used equipment free from Non-Halal and hazardous materials? | ☐ | ☐ |
| 30- Are there any Non-Halal food/beverages brought into the factory compound? | ☐ | ☐ |
| 31- Does the factory have an effective control system from contamination of Non-Halal materials? | ☐ | ☐ |
| 32- Is there any liquor or materials sourced from liquor in the factory compound? | ☐ | ☐ |
| 33- Is there any contact of used equipment, machine appliances and processing aids with Non-Halal materials? | ☐ | ☐ |
| 34- Does the factory apply the ritual cleansing of the contaminated equipment, machine appliances and processing aids? | ☐ | ☐ |
| 35- Does the establishment have special Halal Records to be referred to? | ☐ | ☐ |

| | |
|---|---|
| 36- Does the establishment have:<br>  a) Suitable praying area for Muslim workers<br>  b) Permission to perform daily prayers<br>  c) Changing room<br>  d) Pantry | Yes ☐   No ☐<br>Yes ☐   No ☐<br>Yes ☐   No ☐<br>Yes ☐   No ☐ |
| 37- Have all workers attended Halal training? | Yes ☐   No ☐ |
| 38- How many cameras are at the production halls? Please attach herewith the photos. | Number of cameras ☐ |
| 39- Has the establishment been previously Halal certified? | Yes ☐   No ☐ |
| 40- If yes, please attach herewith the Halal Certification? | Attach document |
| 41- Is the establishment ready to use exclusive chillers and freezer rooms for Halal production? | Yes ☐   No ☐ |
| 42- If no, how will the Halal and Non-Halal products be separated? | Explain: |
| 43- How has the establishment resolved the challenges of Halal production? | Explain: |
| 44- What are the corrective actions that have been taken regarding the latest Halal Non-Conformities? | a)<br>b)<br>c)<br>d) |
| 45- Which Halal standard is desired to be certified with? | GSO 2055-1/2015, ES 4249/2014 ☐<br>JAKIM ☐<br>GSO 993/2015, ES7729/2014 ☐<br>OIC-SMIIC 1 ☐<br>Other: ☐ |

46- <u>Please check applicable criteria and attach herewith the following:</u>
- ☐ 1) Halal Complaint Sheet
- ☐ 2) Halal Customer Satisfaction Survey
- ☐ 3) Newest Feedback of Halal Concerned Entities
- ☐ 4) Qualifications of Halal Responsible Manager
- ☐ 5) Halal training certificate(s) of the staff
- ☐ 6) Halal Policy Statement
- ☐ 7) Last Internal Audit Report

| **Authorized Representative Signature** | | | |
|---|---|---|---|
| **Name** |  | **Position** |  |
| **Signature** |  | **Date** |  |
| **Stamp** |  | | |

