UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -*v.*-

ROBERT MENENDEZ,
WAEL HANA,
   a/k/a "Will Hana,"
and FRED DAIBES,

             Defendants.

S4 23 Cr. 490 (SHS)

VERDICT SHEET

---

# **VERDICT SHEET**

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**     **Conspiracy to Commit Bribery**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____

WAEL HANA:     Guilty_____     Not Guilty _____

FRED DAIBES:     Guilty_____     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count One, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond_____     Not Released on Bond _____

**COUNT TWO:**     **Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____

WAEL HANA:     Guilty_____     Not Guilty _____

FRED DAIBES:     Guilty_____     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Two, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond_____     Not Released on Bond _____

**COUNT THREE:**     **Conspiracy to Commit Extortion Under Color of Official Right**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____

**COUNT FOUR:**     **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____

FRED DAIBES:     Guilty_____     Not Guilty _____

**COUNT FIVE:**     **Bribery – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____

**COUNT SIX:**     **Bribery – Actions to Benefit Wael Hana and Egypt**

WAEL HANA:     Guilty_____     Not Guilty _____

FRED DAIBES:     Guilty_____     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Six, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond_____     Not Released on Bond _____

**COUNT SEVEN:**     **Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____

WAEL HANA:     Guilty_____     Not Guilty _____

FRED DAIBES:     Guilty_____     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Seven, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond_____     Not Released on Bond _____

**COUNT EIGHT:**         **Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:    Guilty_____    Not Guilty _____

**COUNT NINE:**         **Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:    Guilty_____    Not Guilty _____

WAEL HANA:    Guilty_____    Not Guilty _____

**COUNT TEN:**         **Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:    Guilty_____    Not Guilty _____

**COUNT ELEVEN:**         **Bribery – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:    Guilty_____    Not Guilty _____

**COUNT TWELVE:**         **Bribery – Actions to Benefit Fred Daibes and Qatar**

FRED DAIBES:    Guilty_____    Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Twelve, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond_____    Not Released on Bond _____

**COUNT THIRTEEN:**         **Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:    Guilty_____    Not Guilty _____

FRED DAIBES:    Guilty_____    Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Thirteen, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond_____    Not Released on Bond _____

**COUNT FOURTEEN:**      **Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:      Guilty _____      Not Guilty _____


**COUNT FIFTEEN:**      **Conspiracy For a Public Official to Act as a Foreign Agent**

ROBERT MENENDEZ:      Guilty _____      Not Guilty _____

WAEL HANA:      Guilty _____      Not Guilty _____

**COUNT SIXTEEN:**      **Public Official Acting as a Foreign Agent**

ROBERT MENENDEZ:      Guilty _____      Not Guilty _____


**COUNT SEVENTEEN:**      **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:      Guilty _____      Not Guilty _____


**COUNT EIGHTEEN:**      **Obstruction of Justice**

ROBERT MENENDEZ:      Guilty _____      Not Guilty _____


    You have completed the verdict form. Please sign the verdict form and return to the courtroom.

New York, New York

July _____, 2024

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

4