UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ROBERT MENENDEZ,
WAEL HANA,
   a/k/a "Will Hana,"
and FRED DAIBES,

                Defendants.

S4 23 Cr. 490 (SHS)

VERDICT SHEET

## VERDICT SHEET

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**           **Conspiracy to Commit Bribery**

ROBERT MENENDEZ:    Guilty __✓__          Not Guilty _____

WAEL HANA:          Guilty __✓__          Not Guilty _____

FRED DAIBES:        Guilty __✓__          Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count One, indicate whether he was released on an appearance bond at the time of the offense:

                Released on Bond __✓__    Not Released on Bond _____

**COUNT TWO:**           **Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:    Guilty __✓__          Not Guilty _____

WAEL HANA:          Guilty __✓__          Not Guilty _____

FRED DAIBES:        Guilty __✓__          Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Two, indicate whether he was released on an appearance bond at the time of the offense:

                Released on Bond __✓__    Not Released on Bond _____

**COUNT THREE:**  Conspiracy to Commit Extortion Under Color of Official Right

ROBERT MENENDEZ:   Guilty ✓         Not Guilty _____

**COUNT FOUR:**  Conspiracy to Commit Obstruction of Justice

ROBERT MENENDEZ:   Guilty ✓         Not Guilty _____

FRED DAIBES:   Guilty ✓         Not Guilty _____

**COUNT FIVE:**  Bribery – Actions to Benefit Wael Hana and Egypt

ROBERT MENENDEZ:   Guilty ✓         Not Guilty _____

**COUNT SIX:**  Bribery – Actions to Benefit Wael Hana and Egypt

WAEL HANA:   Guilty ✓         Not Guilty _____

FRED DAIBES:   Guilty ✓         Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Six, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ✓         Not Released on Bond _____

**COUNT SEVEN:**  Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt

ROBERT MENENDEZ:   Guilty ✓         Not Guilty _____

WAEL HANA:   Guilty ✓         Not Guilty _____

FRED DAIBES:   Guilty ✓         Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Seven, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ✓         Not Released on Bond _____

**COUNT EIGHT:**     Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt

ROBERT MENENDEZ:     Guilty ✓          Not Guilty _____

**COUNT NINE:**     Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates

ROBERT MENENDEZ:     Guilty ✓          Not Guilty _____

WAEL HANA:     Guilty ✓          Not Guilty _____

**COUNT TEN:**     Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates

ROBERT MENENDEZ:     Guilty ✓          Not Guilty _____

**COUNT ELEVEN:**     Bribery – Actions to Benefit Fred Daibes and Qatar

ROBERT MENENDEZ:     Guilty ✓          Not Guilty _____

**COUNT TWELVE:**     Bribery – Actions to Benefit Fred Daibes and Qatar

FRED DAIBES:     Guilty ✓          Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Twelve, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ✓     Not Released on Bond _____

**COUNT THIRTEEN:**     Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar

ROBERT MENENDEZ:     Guilty ✓          Not Guilty _____

FRED DAIBES:     Guilty ✓          Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Thirteen, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ✓     Not Released on Bond _____

3

**COUNT FOURTEEN:** Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar

ROBERT MENENDEZ:     Guilty ✓         Not Guilty _____

**COUNT FIFTEEN:** Conspiracy For a Public Official to Act as a Foreign Agent

ROBERT MENENDEZ:     Guilty ✓         Not Guilty _____

WAEL HANA:           Guilty ✓         Not Guilty _____

**COUNT SIXTEEN:** Public Official Acting as a Foreign Agent

ROBERT MENENDEZ:     Guilty ✓         Not Guilty _____

**COUNT SEVENTEEN:** Conspiracy to Commit Obstruction of Justice

ROBERT MENENDEZ:     Guilty ✓         Not Guilty _____

**COUNT EIGHTEEN:** Obstruction of Justice

ROBERT MENENDEZ:     Guilty ✓         Not Guilty _____

You have completed the verdict form. Please sign the verdict form and return to the courtroom.

New York, New York

July 16, 2024



4