UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  (S4) 23-Cr-490 (SHS)

-v-  :

WAEL HANA,  :

                Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendant's conditions of bail are modified as follows:

    1.    Continuation of home detention with GPS monitoring except on weekends he shall be placed on home incarceration with GPS monitoring, with any exceptions determined by the probation office;

    2.    The defendant shall post or provide to his attorney to hold in escrow the items listed in GX 3K-2 (attached) as additional security, to be posted within 48 hours from today; and

    3.    All previously set bail conditions remain in place.

Dated: New York, New York
          July 17, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

- ✓ 1 Rollex - Rose gold
- ✓ 1 diamond bracelet - Plat
- ✓ 10 gold bars - check
- 3 coins and 1 bar - check
- 7 coins gold
- 2 gold bars - rectangles
- 1 Nadir 5g and 1 gold coin - large
- 9 coins and 2 bars in plastic
- ✓ 1 Silver link bracelet
- ✓ 1 gold link bracelet
- ✓ 1 Kilo gold bar
- 1 kilo gold bar
- 1 kilo gold bar
- ✓ 1 Silver diamond tennis bracelet
- ✓ 1 gold womans watch - 2 tone - Geneve
- ✓ 1 diamond necklace - womans
- ✓ 1 ~~womans~~ Cantamessa necklace
- ✓ 1 Rose gold diamond watch Rolex
- ✓ 1 2 tone watch Rolex
- ✓ 1 gold leaf necklace
- 1 diamond ring apprasal
- ✓ 1 brown band Rolex
- ✓ 1 blue/silver Rolex - backround blue
- ✓ 1 blue/silver Rolex - face white
- ✓ 1 - 2 tone band rollex black and gold backgrand
- ✓ 1 Red and blue face Rollex
- ✓ 1 Silver watch blue face Rolex
- ✓ 1 brown face 2 tone band watch Rolex
- ✓ 1 Silver Rolex blue face
- ✓ 1 black and blue face rollex silver
- ✓ 1 black band concord silver face
- ✓ 1 Silver square drop necklace - 3 block
- ✓ 1 silver diamond 9 drop necklace

GOVERNMENT
EXHIBIT
3K-2
23 Cr. 490 (SHS)

- ✓ 1 Chronoswiss square silver watch black band
- ✓ 1 gold band green face Rolex
- ✓ 1 black band Rolex Yacht Master
- ✓ 1 Rolex gray face silver/gold band -green #s
- ✓ 1 Rolex black band Rose gold and white face
- ✓ 1 Rolex tan and black background
- ✓ 1 black and rose gold band tan face
- ✓ 1 pair of silver and diamond square earrings
- ✓ 1 gold dangling earrings leaf
- – 1 silver Cartier white face blue tone hands
- ✓※ 1 diamond tennis necklace
- ✓ 1 gold/silver dangling (swirl) earrings
- ✓ 1 large diamond studs silver
- ✓ 1 diamond rose gold cross
- ✓ 1 gold and diamond pendant (circle) necklace
- ✓ 1 diamond bracelet halo cut square
- ✓ 1 silver link light blue face Rolex

20 Rolex
1 Concord
1 Chronoswiss
1 geneve
8 necklaces
4 earrings
5 bracelets
1 Cartier
20 gold coins
19 gold bars  (20) in reality

Rolex
~~IIII~~ IIII

Chronoswiss
I

Concord
I