UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, a/k/a "Nadine Arslanian," WAEL HANA, a/k/a "Will Hana," JOSE URIBE, AND FRED DAIBES,<br><br>Defendants. | 23-cr-490 (SHS)<br><br>**CONSENT ORDER** |

**THIS MATTER** having come before the Court upon the application of Defendant Wael Hana, by his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq., Anne M. Collart, Esq., and Ricardo Solano, Esq., appearing), and the United States, by Damian Williams, United States Attorney for the Southern District of New York (Eli Mark, Paul Monteleoni, Lara Pomerantz, and Daniel Richenthal, Assistant United States Attorneys, appearing) having consented to the request, and the Office of Pretrial Services (Officers Jonathan Lettieri and David Hernandez) having consented to the request, and for good cause shown,

**IT IS** on this 19th day of July 2024,

**ORDERED** that defendant Wael Hana's conditions of release, as set forth in the September 26, 2023, Order Setting Conditions of Release, ECF No. 15, and as modified by further order of this Court, ECF Nos. 59, 87, 397, and 512, are hereby further modified as follows:

1. Curfew of 9:00 p.m. to 8:00 a.m. enforced by GPS monitoring from Monday to Friday, with limited extensions to be approved in advance by Pretrial Services; and

2. Home incarceration on Saturday and Sunday, with additional leave permitted for religious services; and it is further

**ORDERED** that all other conditions of release remain in full force and effect.

*Sidney H. Stein*
_____
Hon. Sidney H. Stein
United States District Judge