O6E5men1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                      23 Cr. 490 (SHS)

ROBERT MENENDEZ,
WAEL HANA, a/k/a "Will Hana,"
and FRED DAIBES,

            Defendants.
                                    Trial
------------------------------x

                                    New York, N.Y.
                                    June 14, 2024
                                    3:10 p.m.


Before:

                HON. SIDNEY H. STEIN,

                                    District Judge
                                    -and a Jury-

                    APPEARANCES

DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
BY: PAUL M. MONTELEONI
    DANIEL C. RICHENTHAL
    ELI J. MARK
    LARA E. POMERANTZ
    CATHERINE E. GHOSH
    Assistant United States Attorneys
    -and-
    CHRISTINA A. CLARK
    National Security Division
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
                       APPEARANCES CONTINUED


     PAUL HASTINGS LLP
          Attorneys for Defendant Menendez
     BY:  ADAM FEE
          AVI WEITZMAN
          ROBERT D. LUSKIN
          RITA FISHMAN



     GIBBONS, P.C.
          Attorneys for Defendant Hana
     BY:  LAWRENCE S. LUSTBERG
          ANNE M. COLLART
          CHRISTINA LaBRUNO
          ANDREW J. MARINO
          RICARDO SOLANO, Jr.
          ELENA CICOGNANI
          JESSICA L. GUARRACINO



     CESAR DE CASTRO
     SETH H. AGATA
     SHANNON M. McMANUS
          Attorneys for Defendant Daibes



     Also Present:  Marwan Abdel-Rahman
                    Bachar Alhalabi
                    Interpreters (Arabic)

                    Rachel Wechsler
                    Connor Hamill
                    Braden Florczyk
                    Paralegal Specialists, U.S. Attorney's Office

                    Justin Kelly, DOAR
```

1            (Trial resumed; jury not present)
2            (The Court and all parties appearing telephonically)
3            (Pages 3749-3751 SEALED by order of the Court)