UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br><br>ROBERT MENENDEZ, ET AL.,<br><br>Defendants. | No. 23 Cr. 490 (SHS)<br><br>**NOTICE OF FRED DAIBES'S MOTION FOR ACQUITTAL OR FOR A NEW TRIAL** |

Please take notice that upon the accompanying memorandum of law dated August 19, 2024, and all prior proceedings held herein, defendant Fred Daibes moves before the Honorable Sidney H. Stein, United States District Judge, at the United States Courthouse for the Southern District of New York, for an order vacating Mr. Daibes's conviction and entering a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29, or in the alternative, ordering a new trial pursuant to Federal Rule of Criminal Procedure 33, and such other and further relief as the Court may deem just and proper.

Dated:        New York, New York
              August 19, 2024

                                                    _____
                                                    César de Castro
                                                    Valerie A. Gotlib
                                                    Shannon McManus
                                                    Seth Agata
                                                    The Law Firm of César de Castro P.C.
                                                    111 Fulton Street – 602
                                                    New York, NY 10038
                                                    (631) 460-3951
                                                    cdecastro@cdecastrolaw.com
                                                    vgotlib@cdecastrolaw.com
                                                    smcmanus@cdecastrolaw.com
                                                    sagata@cdecastrolaw.com

                                                    *Attorneys for Defendant Fred Daibes*

cc:     all counsel of record (*via* ECF)