UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MENENDEZ, *et al.*,<br><br>Defendants. | Criminal Action No. 23-490 (SHS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S POST-TRIAL MOTIONS** |

**THIS MATTER** having come before the Court upon the post-trial motions of Defendant Wael Hana, by Gibbons P.C. (Lawrence S. Lustberg, Esq., appearing), and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown:

**IT IS** on this _____ day of _____ 2024,

**ORDERED** that Defendant's Post-Trial Motions shall be and are hereby **GRANTED**; and it is further

**ORDERED** that a **JUDGMENT OF ACQUITTAL** be and it hereby is entered as to Defendant Hana on Counts 1, 2, 6, 7, 9, and 15 under Federal Rule of Criminal Procedure 29; or, in the alternative, is it hereby

**ORDERED** that Defendant Hana be and he hereby is **GRANTED A NEW TRIAL** under Federal Rule of Criminal Procedure 33; alternatively, it is hereby

**ORDERED** that Defendant's judgment under Count [1 or 15] be and it hereby is **VACATED**.

_____
Honorable Sidney H. Stein
United States District Judge