```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   23 Cr. 490-3 (SHS)
    -against-                           :
                                        :   ORDER
Wael Hana                               :
                                        :
        Defendant                       :
                                        :
---------------------------------------X
```

SIDNEY H. STEIN, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to include drug testing/treatment as directed by Pretrial Services.

    Dated: New York, New York
          August 29, 2024

SO ORDERED:

_____
SIDNEY H. STEIN
United States District Judge