Exhibit B

*United States v. Menendez, et al.*, 23 Cr. 490 (SHS)
Interview with R. Arfuso CdC, SM
June 3, 2024 *Via* Zoom

1) 

2)

3)  Gift Giving