Exhibit A-2

| 422 | Native Messages | +15163951745 Mon Fiance Parfait* | +12012908400 Bob Menendez* (owner) | Timestamp: 1/28/2022 12:33:10 PM(UTC-5) | Direction: Incoming Body: WOW |
|---|---|---|---|---|---|

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12012908400 Bob Menendez | | 1/28/2022 12:33:25 PM(UTC-5) | |

**Source Extraction:** File System
**Source file:** File system
Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x611F2A7 (Table: message, handle, chat; Size: 153837568 bytes)
**Service Identifier:**
Status: Read
**Message Type:**
iMessage
**Folder:**
Inbox

| 423 | Native Messages | +12012908400 Bob Menendez* (owner) | +15163951745 Mon Fiance Parfait* | Timestamp: 1/28/2022 12:30:35 PM(UTC-5) | Direction: Outgoing Body: |
|---|---|---|---|---|---|

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15163951745 Mon Fiance Parfait | 1/28/2022 12:30:38 PM(UTC-5) | 1/28/2022 12:32:55 PM(UTC-5) | |

**Attachments:**

DE1B969C-BB7E-44CD-880D-CBB59B984B1E.pluginPayloadAttachment
~/Library/SMS/Attachments/1d/13/A26F213E-54DC-4F08-AB5B-9DAF72966EEC/DE1B969C-BB7E-44CD-880D-CBB59B984B1E.pluginPayloadAttachment

3D2EA963-3FA2-4B67-9EF5-B70A113711FE.pluginPayloadAttachment
~/Library/SMS/Attachments/87/07/67737C31-CE29-42D9-A7B7-0530FCA9C7E9/3D2EA963-3FA2-4B67-9EF5-B70A113711FE.pluginPayloadAttachment

**Source Extraction:** File System
**Source file:** File system
Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x611F859 (Table: message, chat, attachment, handle; Size: 153837568 bytes)
File system
Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/1d/13/A26F213E-54DC-4F08-AB5B-9DAF72966EEC/DE1B969C-BB7E-44CD-880D-CBB59B984B1E.pluginPayloadAttachment : (Size: 5372 bytes)
File system
Extraction.zip/root/private/var/mobile/Library/SMS/Attachments/87/07/67737C31-CE29-42D9-A7B7-0530FCA9C7E9/3D2EA963-3FA2-4B67-9EF5-B70A113711FE.pluginPayloadAttachment : (Size: 1066394 bytes)
**Service Identifier:**
Status: Sent
**Message Type:**
iMessage
**Folder:**
Sent

**GOVERNMENT EXHIBIT**
**A103-10**
23 Cr. 490 (SHS)