# Exhibit E-2

**12027950565@s.whatsapp.net ahmed helme DC**

Is this true ?

**Status:** Read

**Platform:** Mobile

9/9/2019 11:48:42 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679C33 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

**12027950565@s.whatsapp.net ahmed helme DC**

Is this true ?

**Status:** Read

**Platform:** Mobile

9/9/2019 11:48:42 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679C33 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)





**From:** 15515744550@s.whatsapp.net Will Hana (owner)
**To:** 12027950565@s.whatsapp.net ahmed helme DC

I'll ask.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/9/2019 11:49:19 PM(UTC+0) | 9/9/2019 11:49:19 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/9/2019 11:49:15 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679BB3 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027950565@s.whatsapp.net ahmed helme DC

Please.

**Status:** Read

**Platform:** Mobile

9/9/2019 11:49:27 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

604

**Source Info:**

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679B39 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027950565@s.whatsapp.net ahmed helme DC

Please.

**Status:** Read

**Platform:** Mobile

9/9/2019 11:49:27 PM(UTC+0)

**Source Extraction:**

Encrypted Backup 395215

**Source Info:**

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679B39 (Table: ZWAMESSAGE; Size: 62464000 bytes)

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

605



**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679A96 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

**From:** 15515744550@s.whatsapp.net Will Hana (owner)

**To:** 12027950565@s.whatsapp.net ahmed helme DC

Not true, and he knows nothing about it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/10/2019 12:05:13 AM(UTC+0) | 9/10/2019 1:12:48 AM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/10/2019 12:05:12 AM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1679A96 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

12027950565@s.whatsapp.net ahmed helme DC

How are you?

**Status:** Read

**Platform:** Mobile

9/11/2019 2:09:42 AM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215