Exhibit F-1



Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5F2B (Table: ZWAMESSAGE,
ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size:
17590 bytes)



GOVERNMENT
EXHIBIT
C207-9
23 Cr. 490 (SHS)

557

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5F2B (Table: ZWAMESSAGE; Size: 52464000 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027960565@s.whatsapp.net ahmed helme DC

الحمد لله ...
كان بوب قالى المقابلة ممكن تكون يوم الجمعة ۲۰/۹ او الأحد ۲۲/۹
الباشا هايوصل ۲۱/۹
فأنا بأشتغل على الساعة ۱:۲۰ او ۲ يوم الأحد
شوف كده لو المواعيد دي مناسبة ليه

Status: Read

Platform: Mobile

9/12/2019 5:20:32 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C57A7 (Table: ZWAMESSAGE, ZWAG Size: 62246912 bytes)

558

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012228



12027950565@s.whatsapp.net ahmed helme DC

الحمد لله ...
كان بوب قالي المقابلة ممكن تكون يوم الجمعة ٢٠/٩ او الأحد ٢٢/٩
الباشا هايوصل ٢١/٩
فأنا بأشتغل على الساعة ١:٣٠ او ٢ يوم الأحد
شوف كده لو المواعيد دي مناسبة ليه

**Status:** Read

**Platform:** Mobile

9/12/2019 5:20:32 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C57A7 (Table: ZWAMESSAGE; Size: 6246000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



From: 15515744550@s.whatsapp.net Will Hana (owner)
To: 12027950565@s.whatsapp.net ahmed helme DC

حاضر

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:21:29 PM(UTC+0) | 9/12/2019 5:21:29 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/12/2019 5:21:29 PM(UTC+0)

**559**

SDNY_00012229

Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C572A (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)



SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012230



↶ Reply

12027950565@s.whatsapp.net ahmed helme DC

12027950565@s.whatsapp.net ahmed helme DC

Director office of Egyptian affairs in state department "Kathryn Kiser" told our DCM today ███████████

██ a billion $ of usaid to Egypt before the recess !!!!

**Status:** Read

**Platform:** Mobile

9/9/2019 11:48:20 PM(UTC+0)

والموضوع ده

واحدة في مكتبه كلمت السفارة وقالت انهم بلغو الخارجية ان كله يمشي تمام بالنسبة لمصر

**Status:** Read

**Platform:** Mobile

9/12/2019 5:22:05 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C560E (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

561

SUBJECT TO PROTECTIVE ORDER -- PROTECTED



↩ Reply

12027950565@s.whatsapp.net ahmed helme DC

12027950565@s.whatsapp.net ahmed helme DC

Director office of Egyptian affairs in state department "Kathryn Kiser" told our DCM today

a billion $ of usaid to Egypt before the recess !!!!

**Status:** Read

**Platform:** Mobile

9/9/2019 11:48:20 PM(UTC+0)

والموضوع ده

واحدة فى مكتبه كلمت السفارة وقالت انهم بلغو الخارجية ان كله يمشى تمام بالنسبة لمصر

**Status:** Read

**Platform:** Mobile

9/12/2019 5:22:05 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C560E (Table: ZWAMESSAGE; Size: 6246‹000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZW‹CHATSESSION; Size: 62246912 bytes)

**562**



From: 15515744550@s.whatsapp.net Will Hana (owner)
To: 12027950565@s.whatsapp.net ahmed helme DC

كده تمام

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:22:38 PM(UTC+0) | 9/12/2019 5:22:38 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/12/2019 5:22:37 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5588 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

From: 15515744550@s.whatsapp.net Will Hana (owner)
To: 12027950565@s.whatsapp.net ahmed helme DC

كده تمام

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:22:38 PM(UTC+0) | 9/12/2019 5:22:38 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/12/2019 5:22:37 PM(UTC+0)

563

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012233

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5588 (Table: ZWAMESSAGE; Size: 62464000 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027960565@s.whatsapp.net ahmed helme DC

**Status:** Read

**Platform:** Mobile

9/12/2019 5:22:43 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5514 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012234



**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5514 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



SUBJECT TO PROTECTIVE ORDER -- PROTECTED  SDNY_00012235

I7590 bytes)



SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012236



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5413 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5413 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

567

SUBJECT TO PROTECTIVE ORDER -- PROTECTED



Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5262 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

**568**

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012238



From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

بكره انشاء الله

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:23:52 PM(UTC+0) | 9/12/2019 5:23:58 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/12/2019 5:23:50 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5262 (Table: ZWAMESSAGE; Size: 62464000 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

12027950565@s.whatsapp.net ahmed helme DC

بالسلامة
طمني عليك لما ترجع

**Status:** Read

**Platform:** Mobile

9/12/2019 5:24:16 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:

**569**

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C51BF (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027950565@s.whatsapp.net ahmed helme DC

بالسلامة
طمني عليك لما ترجع

**Status:** Read

**Platform:** Mobile

9/12/2019 5:24:16 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C51BF (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

570

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012240



Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5EAE (Table: ZWAMESSAGE,
ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size:
17590 bytes)



571

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012241