# Exhibit F-2



Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5F2B (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)





SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012227

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5F2B (Table: ZWAMESSAGE; Size: 62464000 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027950565@s.whatsapp.net ahmed helme DC

الحمد لله ...
كان بوب قالي المقابلة ممكن تكون يوم الجمعة ٢٠/٩ او الأحد ٢٢/٩
الباشا هايوصل ٢١/٩
فأنا بأشتغل على الساعة ١:٣٠ او ٢ يوم الأحد
شوف كده لو المواعيد دي مناسبة ليه

Status: Read

Platform: Mobile

9/12/2019 5:20:32 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C57A7 (Table: ZWAMESSAGE, ZWAG Size: 62246912 bytes)

558

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                        SDNY_00012228



**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C57A7 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



559

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                                               SDNY_00012229

Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C572A (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)



From: 15515744550@s.whatsapp.net Will Hana (owner)
To: 12027950565@s.whatsapp.net ahmed helme DC

حاضر

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:21:29 PM(UTC+0) | 9/12/2019 5:21:29 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/12/2019 5:21:29 PM(UTC+0)

560

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012230



↰ Reply

**Status:** Read

**Platform:** Mobile

9/12/2019 5:22:05 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C560E (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                                   SDNY_00012231



SUBJECT TO PROTECTIVE ORDER -- PROTECTED    SDNY_00012232



From: 15515744550@s.whatsapp.net Will Hana (owner)
To: 12027950565@s.whatsapp.net ahmed helmе DC

كده تمام

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:22:38 PM(UTC+0) | 9/12/2019 5:22:38 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/12/2019 5:22:37 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5588 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

From: 15515744550@s.whatsapp.net Will Hana (owner)
To: 12027950565@s.whatsapp.net ahmed helme DC

كده تمام

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:22:38 PM(UTC+0) | 9/12/2019 5:22:38 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/12/2019 5:22:37 PM(UTC+0)

563

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                               SDNY_00012233

Source Info:

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5588 (Table: ZWAMESSAGE; Size: 62464000 bytes)

iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027950565@s.whatsapp.net ahmed helme DC

👍

Status: Read

Platform: Mobile

9/12/2019 5:22:43 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5514 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

564

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                                    SDNY_00012234



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5514 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



565

SUBJECT TO PROTECTIVE ORDER -- PROTECTED        SDNY_00012235

17590 bytes)



SUBJECT TO PROTECTIVE ORDER -- PROTECTED                              SDNY_00012236



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5413 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5413 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

SUBJECT TO PROTECTIVE ORDER -- PROTECTED    SDNY_00012237



Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5262 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012238

From: 15515744550@s.whatsapp.net Will Hana (owner)
To: 12027950565@s.whatsapp.net ahmed helme DC

بكره انشاء الله

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:23:52 PM(UTC+0) | 9/12/2019 5:23:58 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/12/2019 5:23:50 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5262 (Table: ZWAMESSAGE; Size: 62464000 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

---

12027950565@s.whatsapp.net ahmed helme DC

بالسلامة
طمني عليك لما ترجع

**Status:** Read

**Platform:** Mobile

9/12/2019 5:24:16 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:

569

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                               SDNY_00012239

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C51BF (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



12027950565@s.whatsapp.net ahmed helme DC

بالسلامة
طمني عليك لما ترجع

Status: Read

Platform: Mobile

9/12/2019 5:24:16 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C51BF (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

570

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012240





571

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012241