# Exhibit G-2


From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

How are you doing, boss?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 2:39:23 PM(UTC+0) | 9/12/2019 4:09:09 PM(UTC+0) | |

Status: Sent

Platform: Mobile

9/12/2019 2:39:20 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5F2B (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

GOVERNMENT EXHIBIT
E207-9T
23 Cr. 490 (SHS)



From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

How are you doing, boss?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 2:39:23 PM(UTC+0) | 9/12/2019 4:09:09 PM(UTC+0) | |

Status: Sent

Platform: Mobile

9/12/2019 2:39:20 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5F2B (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

12027950565@s.whatsapp.net ahmed helme DC

Good. . .
Bob told me that the meeting could be on Friday, September 20th or Sunday, September 22nd

the pacha will arrive on September 21st
So, I am working on [a meeting] on Sunday either 1:30 or 2:00. Check if these times would work for him.

[redacted]

Status: Read

Platform: Mobile

9/12/2019 5:20:32 PM(UTC+0)

[redacted]

Source Extraction:

Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C57A7 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size 62246912 bytes)




Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C57A7 (Table: ZWAMESSAGE; Size: 6246
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWA


From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

Okay!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:21:29 PM(UTC+0) | 9/12/2019 5:21:29 PM(UTC+0) | |

Status: Sent

Platform: Mobile

9/12/2019 5:21:29 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C572A (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)


From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

Okay!

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:21:29 PM(UTC+0) | 9/12/2019 5:21:29 PM(UTC+0) | |

Status: Sent

Platform: Mobile

9/12/2019 5:21:29 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C572A (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)




Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C560E (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION
Size: 02240912 bytes)




Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C560E (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)


From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

Perfect!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:22:38 PM(UTC+0) | 9/12/2019 5:22:38 PM(UTC+0) | |

Status: Sent

Platform: Mobile

9/12/2019 5:22:37 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5588 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)




Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5588 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)




Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5514 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)




Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5514 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)


From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

Anything from me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:22:51 PM(UTC+0) | 9/12/2019 5:22:51 PM(UTC+0) | |

Status: Sent

Platform: Mobile

9/12/2019 5:22:50 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5497 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)



From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

Consider it done!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:22:51 PM(UTC+0) | 9/12/2019 5:22:51 PM(UTC+0) | |

Status: Sent

Platform: Mobile

9/12/2019 5:22:50 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5497 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

12027950565@s.whatsapp.net ahmed helme DC

When are you coming back?

Status: Read

Platform: Mobile

9/12/2019 5:22:58 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5413 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)




Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5413 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)


From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

Tomorrow, God willing.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:23:52 PM(UTC+0) | 9/12/2019 5:23:58 PM(UTC+0) | |

Status: Sent

Platform: Mobile

9/12/2019 5:23:50 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5262 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)


From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

Tomorrow, God willing.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:23:52 PM(UTC+0) | 9/12/2019 5:23:58 PM(UTC+0) | |

Status: Sent

Platform: Mobile

9/12/2019 5:23:50 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5262 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

12027950565@s.whatsapp.net ahmed helme DC

Safe travels. Let me know when you get back safely.

Status: Read

Platform: Mobile

9/12/2019 5:24:16 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C51BF (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

12027950565@s.whatsapp.net ahmed helme DC

Safe travels. Let me know when you get back safely.

Status: Read

Platform: Mobile

9/12/2019 5:24:16 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C51BF (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)


From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

I sure will.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:24:24 PM(UTC+0) | 9/12/2019 5:24:24 PM(UTC+0) | |

Status: Sent

Platform: Mobile

9/12/2019 5:24:23 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5EAE (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)


From: 15515744550@s.whatsapp.net Will Hana (owner)

To: 12027950565@s.whatsapp.net ahmed helme DC

I sure will.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12027950565@s.whatsapp.net ahmed helme DC | 9/12/2019 5:24:24 PM(UTC+0) | 9/12/2019 5:24:24 PM(UTC+0) | |

Status: Sent

Platform: Mobile

9/12/2019 5:24:23 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x16C5EAE (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)