# Exhibit A

| | |
|---|---|
| **From:** | Finkelstein, Henry S. |
| **To:** | Wechsler, Rachel (USANYS) [Contractor] |
| **Cc:** | Monteleoni, Paul (USANYS); Richenthal, Daniel (USANYS); Mark, Eli (USANYS); Fee, Adam J.; Weitzman, Avi; PH-MenendezTeam; Lustberg, Lawrence S; Collart, Anne M.; rsolano@gibbonslaw.com; LaBruno, Christina M.; Cesar de Castro; Seth Agata (sagata@cdecastrolaw.com); Shannon McManus; ktabares@cdecastrolaw.com; Ghosh, Catherine (USANYS); Clark, Christina (NSD); Hamill, Connor (USANYS) [Contractor]; Florczyk, Braden (USANYS); Pomerantz, Lara (USANYS) |
| **Subject:** | RE: United States v. Menendez, et al., S4 23 Cr. 490 (SHS) -- defense exhibit lists |
| **Date:** | Thursday, July 11, 2024 7:31:06 PM |

Thanks, Rachel. In the "Admitted DX (RM)" tab can you please remove the highlighting in row 56 – DX 486A?

Can we meet in the morning around 9:30 to QC the laptop?

Best,
Henry

**From:** Wechsler, Rachel (USANYS) [Contractor] <Rachel.Wechsler@usdoj.gov>
**Sent:** Thursday, July 11, 2024 5:12 PM
**To:** Finkelstein, Henry S. <henryfinkelstein@paulhastings.com>
**Cc:** Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov>; Richenthal, Daniel (USANYS) <Daniel.Richenthal@usdoj.gov>; Mark, Eli (USANYS) <Eli.Mark@usdoj.gov>; Fee, Adam J. <adamfee@paulhastings.com>; Weitzman, Avi <aviweitzman@paulhastings.com>; PH-MenendezTeam <PH-MenendezTeam@paulhastings.com>; Lustberg, Lawrence S <llustberg@gibbonslaw.com>; Collart, Anne M. <ACollart@gibbonslaw.com>; rsolano@gibbonslaw.com; LaBruno, Christina M. <CLaBruno@gibbonslaw.com>; Cesar de Castro <cdecastro@cdecastrolaw.com>; Seth Agata (sagata@cdecastrolaw.com) <sagata@cdecastrolaw.com>; Shannon McManus <smcmanus@cdecastrolaw.com>; ktabares@cdecastrolaw.com; Ghosh, Catherine (USANYS) <Catherine.Ghosh@usdoj.gov>; Clark, Christina (NSD) <Christina.Clark3@usdoj.gov>; Hamill, Connor (USANYS) [Contractor] <Connor.Hamill@usdoj.gov>; Florczyk, Braden (USANYS) <Braden.Florczyk@usdoj.gov>; Pomerantz, Lara (USANYS) <Lara.Pomerantz@usdoj.gov>
**Subject:** [EXT] RE: United States v. Menendez, et al., S4 23 Cr. 490 (SHS) -- defense exhibit lists

| --- External Email --- | Report Suspicious |
|---|---|

Thank you, Henry.

I'm attaching here the final version of the Admitted Exhibit List that will be given to the jury. Let me know if it properly reflects the changes you circulated earlier.

I've also saved into the admitted folder the updated exhibits you sent out earlier- DX 2114 and DX 1304.

Is there a time (later today, or tomorrow morning) where we can meet to review the laptop that

goes to the jury?

Let me know!
Rachel

---

**From:** Finkelstein, Henry S. <henryfinkelstein@paulhastings.com>
**Sent:** Thursday, July 11, 2024 11:09 AM
**To:** Wechsler, Rachel (USANYS) [Contractor] <RWechsler@usa.doj.gov>; Fee, Adam J. <adamfee@paulhastings.com>; Weitzman, Avi <aviweitzman@paulhastings.com>; PH-MenendezTeam <PH-MenendezTeam@paulhastings.com>; Lustberg, Lawrence S <llustberg@gibbonslaw.com>; Collart, Anne M. <ACollart@gibbonslaw.com>; rsolano@gibbonslaw.com; LaBruno, Christina M. <CLaBruno@gibbonslaw.com>; Cesar de Castro <cdecastro@cdecastrolaw.com>; Seth Agata (sagata@cdecastrolaw.com) <sagata@cdecastrolaw.com>; Shannon McManus <smcmanus@cdecastrolaw.com>; ktabares@cdecastrolaw.com
**Cc:** Monteleoni, Paul (USANYS) <PMonteleoni@usa.doj.gov>; Richenthal, Daniel (USANYS) <DRichenthal@usa.doj.gov>; Mark, Eli (USANYS) <EMark@usa.doj.gov>; Ghosh, Catherine (USANYS) <cghosh@usa.doj.gov>; Clark, Christina (NSD) <Christina.Clark3@usdoj.gov>; Hamill, Connor (USANYS) [Contractor] <CHamill@usa.doj.gov>; Florczyk, Braden (USANYS) <BFlorczyk@usa.doj.gov>; Pomerantz, Lara (USANYS) <LPomerantz@usa.doj.gov>
**Subject:** [EXTERNAL] RE: United States v. Menendez, et al., S4 23 Cr. 490 (SHS) -- defense exhibit lists

Thank you, Rachel. We've revised the Menendez DX tab to fill in empty description cells and make tweaks and corrections to certain descriptions. Also attached is a redline detailing our edits. Please incorporate our updated tab into the final exhibit list for the jury. We're still reviewing the GX list and will get back to you shortly if we have any edits or questions.

**Team SDNY** – can you please confirm whether you agree with our proposed redactions to DX 2114 and DX 1304 pursuant to the Court's ruling on Monday (first circulated on Tuesday evening)? Note that the proposed redaction to DX 1304 is on the last page. Once you confirm we will circulate final redacted versions.

Thank you,
Henry

**From:** Wechsler, Rachel (USANYS) [Contractor] <Rachel.Wechsler@usdoj.gov>
**Sent:** Wednesday, July 10, 2024 5:39 PM
**To:** Fee, Adam J. <adamfee@paulhastings.com>; Weitzman, Avi <aviweitzman@paulhastings.com>; PH-MenendezTeam <PH-MenendezTeam@paulhastings.com>; Lustberg, Lawrence S <llustberg@gibbonslaw.com>; Collart, Anne M. <ACollart@gibbonslaw.com>; rsolano@gibbonslaw.com; LaBruno, Christina M. <CLaBruno@gibbonslaw.com>; Cesar de Castro <cdecastro@cdecastrolaw.com>; Seth Agata (sagata@cdecastrolaw.com) <sagata@cdecastrolaw.com>; Shannon McManus <smcmanus@cdecastrolaw.com>; ktabares@cdecastrolaw.com
**Cc:** Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov>; Richenthal, Daniel (USANYS) <Daniel.Richenthal@usdoj.gov>; Mark, Eli (USANYS) <Eli.Mark@usdoj.gov>; Ghosh, Catherine (USANYS) <Catherine.Ghosh@usdoj.gov>; Clark, Christina (NSD) <Christina.Clark3@usdoj.gov>;

Hamill, Connor (USANYS) [Contractor] <Connor.Hamill@usdoj.gov>; Florczyk, Braden (USANYS) <Braden.Florczyk@usdoj.gov>; Pomerantz, Lara (USANYS) <Lara.Pomerantz@usdoj.gov>
**Subject:** [EXT] RE: United States v. Menendez, et al., S4 23 Cr. 490 (SHS) -- defense exhibit lists

Counsel:

I've just uploaded to USAfx a full set of all the GX we have marked as admitted. You can see a full list of those in the attached index, on tab (2).

Let us know if this set reflects your internal versions so we can have it ready for the jurors' laptop on Thursday.

Thanks,
Rachel

---

**From:** Pomerantz, Lara (USANYS) <LPomerantz@usa.doj.gov>
**Sent:** Monday, July 8, 2024 6:17 PM
**To:** Adam Fee (adamfee@paulhastings.com) <adamfee@paulhastings.com>; Avi Weitzman (aviweitzman@paulhastings.com) <aviweitzman@paulhastings.com>; PH-MenendezTeam <PH-MenendezTeam@paulhastings.com>; Lustberg, Lawrence S <llustberg@gibbonslaw.com>; Collart, Anne M. <ACollart@gibbonslaw.com>; rsolano@gibbonslaw.com; LaBruno, Christina M. <CLaBruno@gibbonslaw.com>; Cesar de Castro <cdecastro@cdecastrolaw.com>; Seth Agata (sagata@cdecastrolaw.com) <sagata@cdecastrolaw.com>; Shannon McManus <smcmanus@cdecastrolaw.com>; ktabares@cdecastrolaw.com
**Cc:** Monteleoni, Paul (USANYS) <PMonteleoni@usa.doj.gov>; Richenthal, Daniel (USANYS) <DRichenthal@usa.doj.gov>; Mark, Eli (USANYS) <EMark@usa.doj.gov>; Ghosh, Catherine (USANYS) <cghosh@usa.doj.gov>; Clark, Christina (NSD) <Christina.Clark3@usdoj.gov>; Wechsler, Rachel (USANYS) [Contractor] <RWechsler@usa.doj.gov>; Hamill, Connor (USANYS) [Contractor] <CHamill@usa.doj.gov>; Florczyk, Braden (USANYS) <BFlorczyk@usa.doj.gov>
**Subject:** United States v. Menendez, et al., S4 23 Cr. 490 (SHS) -- defense exhibit lists

All,

Please send us your admitted defense exhibit lists, as we have been sending you with our exhibit productions.  Please send these lists by tonight so that we have time to review in advance of your summations.

Thanks,
Lara

Lara Pomerantz
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
Tel: (212) 637-2343

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.