# **Exhibit F**

| No. | Date | Time (ET) | From | To | Detail |
|-----|------|-----------|------|-----|--------|
| | | | | | **December 13, 2017 - January 29, 2022** |
| 1 | December 31, 2017 | 7:22 AM | Nadine Arslanian | Robert Menendez | Text: "I want to wish you all the very very best for the new year." and "In 4 1/2 hours it's going to be your birthday . I will text you happy birthday and I hope it's going to be the best year ever for you and I would like to take you out to lunch for your birthday. I'm looking forward to catching up. Nadine" (GX A101-1) |
| 2 | December 31, 2017 | 8:21 PM | Robert Menendez | Nadine Arslanian | Text: "Would love to get together but as I said once before I don't want to interfere with your boyfriend." (GX A101-1) |
| 3 | January 31, 2018 | 4:45 PM | Nadine Arslanian | Robert Menendez | Text: "Now re-election!!!!" (GX A101-2) |
| 4 | January 31, 2018 | 4:46 PM | Robert Menendez | Nadine Arslanian | Text: "Yes! Are you around Friday?" (GX A101-2) |
| 5 | January 31, 2018 | 4:46 PM | Nadine Arslanian | Robert Menendez | Text: "Yes. I will be" (GX A101-2) |
| 6 | February 2, 2018 | 6:00 PM | Robert Menendez | Nadine Arslanian | Call: 58 seconds (GX 6A-112) |
| 7 | February 2, 2018 | 6:03 PM | Robert Menendez | Nadine Arslanian | Text: "https://www.google.com/search?q=acappella%20west%20restaurant" (GX A101-3) |
| 8 | February 2, 2018 | 11:50 PM | Nadine Arslanian | Robert Menendez | Text: "Thank you for a great night." (GX A101-3) |
| 9 | February 2, 2018 | 11:54 PM | Robert Menendez | Nadine Arslanian | Text: "Glad your home safe. Enjoyed your company. We'll have to do it again!" (GX A101-3) |
| 10 | February 3, 2018 | 11:29 AM | Nadine Arslanian | Robert Menendez | Call: 3 seconds (GX 6A-112) |
| 11 | February 3, 2018 | 11:49 AM | Robert Menendez | Nadine Arslanian | Call: 5 minutes, 58 seconds (GX 6A-112) |
| 12 | February 3, 2018 | 12:01 PM | Wael Hana | Nadine Arslanian | Text: "what u doing today" (GX C102-1) |
| 13 | February 3, 2018 | 12:01 PM | Nadine Arslanian | Wael Hana | Text: "I'm at a meeting for the gala now.  What are you guys doing?" (GX C102-1) |
| 14 | February 3, 2018 | 12:02 PM | Wael Hana | Nadine Arslanian | Text: "will be at ani at 230" (GX C102-1) |
| 15 | February 3, 2018 | 12:06 PM | Nadine Arslanian | Wael Hana | Text: "I think we should be done by then if so I will meet you" (GX C102-1) |
| 16 | February 3, 2018 | 1:22 PM | Nadine Arslanian | Wael Hana | Text: "I'm done" (GX C102-1) |
| 17 | February 3, 2018 | 1:23 PM | Wael Hana | Nadine Arslanian | Text: "be there 245" (GX C102-1) |
| 18 | February 3, 2018 | 1:26 PM | Nadine Arslanian | Wael Hana | Text: "Ok" (GX C102-1) |
| 19 | February 3, 2018 | 2:42 PM | Nadine Arslanian | Wael Hana | Text: "I'm back . At our table. At least for this Saturday LOL" (GX C102-1) |
| 20 | February 3, 2018 | 3:01 PM | Nadine Arslanian | Wael Hana | Text: "they have kebbe Naye" (GX C102-1) |
| 21 | February 3, 2018 | 3:01 PM | Wael Hana | Nadine Arslanian | Text: "3 m" (GX C102-1) |
| 22 | February 3, 2018 | 3:02 PM | Nadine Arslanian | Wael Hana | Call: 34 seconds (GX 6A-112) |
| 23 | February 3, 2018 | 3:02 PM | Nadine Arslanian | Wael Hana | Text: "No rush" (GX C102-1) |
| 24 | February 3, 2018 | 4:40 PM | Nadine Arslanian | Robert Menendez | Text: "Do you know albio sires?   What is your international position?" (GX A101-4) |
| 25 | February 3, 2018 | 4:49 PM | Robert Menendez | Nadine Arslanian | Text: "Yes I know him well.  I am the ranking member, which means senior Democrat on the Senate Foreign Relations Committee" (GX A101-4) |
| 26 | February 3, 2018 | 5:00 PM | Nadine Arslanian | Robert Menendez | Text: "Senator, I'm using Nadine's phone but I'm Andy Aslanian. Albio knows me very well. I was one of the attorneys for West New York when he was mayor.   I am now the US  attorney for the govt of Egypt-ministry of defense and EPO  office. in Washington DC ." (GX A101-4) |
| 27 | February 3, 2018 | 5:23 PM | Robert Menendez | Nadine Arslanian | Text: "Hello Andy. Based on your last name I guess your related? Would be happy to meet. Will arrange through Nadine. Thanks" (GX A101-4) |
| 28 | February 3, 2018 | 5:23 PM | Nadine Arslanian | Wael Hana | Text: "Senator Robert Menendez"  (GX C102-1) |

*(NB: Additional name attributions: GX 1305)*

GOVERNMENT
EXHIBIT
1302
23 Cr. 490 (SHS)

1

| No. | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 1029 | September 9, 2019 | 12:10 PM | Wael Hana | Nadine Arslanian | Text: Sends image of email invitation to Egyptian Armed Forces Day, Oct 17, 2019, sent by Egyptian Defense Office (GX C102-11, C102-E) |
| 1031 | September 9, 2019 | 7:48 PM | Ahmed Helmy | Wael Hana | WhatsApp: "Is this true ?" (GX C207-8) |
| 1032 | September 9, 2019 | 7:49 PM | Wael Hana | Ahmed Helmy | WhatsApp: [*I'll ask* .] (GX C207-8, GX C207-8T) |
| 1033 | September 9, 2019 | 7:49 PM | Ahmed Helmy | Wael Hana | WhatsApp: [*Please.* ] (GX C207-8, GX C207-8T) |
| 1034 | September 9, 2019 | 7:49 PM | Wael Hana | Nadine Arslanian | WhatsApp: "Is this true ?" (GX C102-11) |
| 1035 | September 9, 2019 | 7:51 PM | Wael Hana | Nadine Arslanian | Call: 4 seconds (GX 6A-112) |
| 1036 | September 9, 2019 | 7:55 PM | Wael Hana | Nadine Arslanian | Call: 2 seconds (GX 6A-112) |
| 1037 | September 9, 2019 | 7:56 PM | Wael Hana | Fred Daibes | WhatsApp call: 0:00 (GX D202-1) |
| 1038 | September 9, 2019 | 7:57 PM | Wael Hana | Nadine Arslanian | WhatsApp: "?" (GX C102-11) |
| 1039 | September 9, 2019 | 8:00 PM | Wael Hana | Fred Daibes | WhatsApp call: 1 minute, 59 seconds (GX D202-2) |
| 1041 | September 9, 2019 | 8:02 PM | Fred Daibes | Robert Menendez | Call: 1 minute, 19 seconds (GX 6A-206) |
| 1042 | September 9, 2019 | 8:04 PM | Fred Daibes | Wael Hana | WhatsApp call: 21 seconds (GX D202-3) |
| 1043 | September 9, 2019 | 8:05 PM | Wael Hana | Ahmed Helmy | WhatsApp: [*Not true, and he knows nothing about it.* ] (GX C207-8, GX C207-8T) |
| 1044 | September 9, 2019 | 8:08 PM | Wael Hana | Fred Daibes | WhatsApp call:57 seconds (GX D202-4) |
| 1045 | September 10, 2019 | 11:19 AM | Fred Daibes | Robert Menendez | Call: 31 seconds (GX 6A-206) |
| 1046 | September 10, 2019 | 1:56 PM | Fred Daibes | Robert Menendez | Call: 3 seconds (GX 6A-206) |
| 1047 | September 11, 2019 | 7:06 AM | Wael Hana | Fred Daibes | WhatsApp:"morning<br>can you find out if he did make any phone call about that message ." (GX D207-3) |
| 1048 | September 11, 2019 | 10:54 AM | Wael Hana | Fred Daibes | WhatsApp Call: missed call. (GX D202-5) |
| 1049 | September 11, 2019 | 11:31 AM | Wael Hana | Nadine Arslanian | Text: "call me" (GX C102-11) |
| 1050 | September 11, 2019 | 11:35 AM | Nadine Arslanian | Wael Hana | Text: "Good morning. I will call you after 3 o'clock" (GX C102-11) |

*(NB: Additional name attributions: GX 1305)*

| No. | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| | | | | | |
| 1265 | January 28, 2022 | 12:33 PM | Nadine Menendez | Robert Menendez | Text: "WOW" (GX A103-10) |
| 1266 | January 28, 2022 | 12:35 PM | Nadine Menendez | Wael Hana | Missed WhatsApp voice call (GX C603) |
| | | | | | |
| 1268 | January 28, 2022 | 12:36 PM | Nadine Menendez | Wael Hana | Missed WhatsApp voice call (GX C603) |
| 1269 | January 28, 2022 | 12:37 PM | Nadine Menendez | Wael Hana | WhatsApp: "I text it to you"(GX B207-1) |
| | | | | | |
| 1271 | January 28, 2022 | 6:36 PM | Nadine Menendez | Wael Hana | WhatsApp: "Did you get the text?" (GX B207-1) |
| 1272 | January 29, 2022 | 3:52 AM | Wael Hana | Nadine Menendez | WhatsApp: "Yes" (GX B207-1) |

*(NB: Additional name attributions: GX 1305)*