# Exhibit G-1





**Forwarded**

From: ▮▮▮@s.whatsapp.net Will Hana (owner)

To: ▮▮▮@s.whatsapp.net ahmed helme DC

Our friend would like to have dinner on Thursday night

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮@s.whatsapp.net ahmed helme DC | 9/1/2019 5:14:33 PM(UTC+0) | 9/1/2019 5:14:37 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:14:31 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A916 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

474

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                                    SDNY_00012144



> ➦ **Forwarded**
> **From:** ▬▬▬@s.whatsapp.net Will Hana (owner)
> **To:** ▬▬▬@s.whatsapp.net ahmed helme DC
>
> Our friend would like to have dinner on Thursday night
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | ▬▬▬@s.whatsapp.net ahmed helme DC | 9/1/2019 5:14:33 PM(UTC+0) | 9/1/2019 5:14:37 PM(UTC+0) | |
>
> **Status:** Sent
>
> **Platform:** Mobile
>
> 9/1/2019 5:14:31 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A916 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



> ▬▬▬@s.whatsapp.net ahmed helme DC
>
> 👍
>
> **Status:** Read
>
> **Platform:** Mobile
>
> 9/1/2019 5:14:58 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

SUBJECT TO PROTECTIVE ORDER -- PROTECTED   SDNY_00012145

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A7A5 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A7A5 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



Source Extraction:
Encrypted Backup 395215

476

SUBJECT TO PROTECTIVE ORDER -- PROTECTED

SDNY_00012146

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A70F (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



@s.whatsapp.net ahmed helme DC

Status: Read

Platform: Mobile

9/1/2019 5:15:16 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A70F (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

SUBJECT TO PROTECTIVE ORDER -- PROTECTED          SDNY_00012147



| From: | ▓▓▓@s.whatsapp.net Will Hana (owner) | | |
|---|---|---|---|
| To: | ▓▓▓@s.whatsapp.net ahmed helme DC | | |

nj

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓@s.whatsapp.net ahmed helme DC | 9/1/2019 5:15:41 PM(UTC+0) | 9/1/2019 5:15:41 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:15:37 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A61B (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

478

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                SDNY_00012148





SUBJECT TO PROTECTIVE ORDER -- PROTECTED                    SDNY_00012149

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A4E4 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



@s.whatsapp.net ahmed helme DC

No problem

Status: Read

Platform: Mobile

9/1/2019 5:16:14 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A4E4 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

480

SUBJECT TO PROTECTIVE ORDER -- PROTECTED    SDNY_00012150



SUBJECT TO PROTECTIVE ORDER -- PROTECTED

481

SDNY_00012151



> **Forwarded**
> From: ▇▇▇@s.whatsapp.net Will Hana (owner)
> To: ▇▇▇@s.whatsapp.net ahmed helme DC
>
> Edgewater. Either Fleming's or river Palm up to you.  7:00 / 7:30
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | ▇▇▇@s.whatsapp.net ahmed helme DC | 9/1/2019 5:16:47 PM(UTC+0) | 9/1/2019 5:16:47 PM(UTC+0) | |
>
> **Status:** Sent
>
> **Platform:** Mobile
>
> 9/1/2019 5:16:45 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A3AB (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

482

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                                    SDNY_00012152



**From:** ███████@s.whatsapp.net Will Hana (owner)
**To:** ███████@s.whatsapp.net ahmed helme DC

Ok , Fleming's. Next to the office

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████@s.whatsapp.net ahmed helme DC | 9/1/2019 5:17:55 PM(UTC+0) | 9/1/2019 5:17:55 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:17:51 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A17D (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

SUBJECT TO PROTECTIVE ORDER -- PROTECTED    SDNY_00012153



**From:** ███████@s.whatsapp.net Will Hana (owner)
**To:** ███████@s.whatsapp.net ahmed helme DC

Ok , Fleming's. Next to the office

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████@s.whatsapp.net ahmed helme DC | 9/1/2019 5:17:55 PM(UTC+0) | 9/1/2019 5:17:55 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:17:51 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A17D (Table: ZWAMESSAGE; Size: 62464000 bytes)
Phone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
Phone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



███████@s.whatsapp.net ahmed helme DC

Anyone of them, and 7:30 will be better.

**Status:** Read

**Platform:** Mobile

9/1/2019 5:17:53 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

484

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1593590 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



@s.whatsapp.net ahmed helme DC

Anyone of them, and 7:30 will be better.

Status: Read

Platform: Mobile

9/1/2019 5:17:53 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1593590 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

SUBJECT TO PROTECTIVE ORDER -- PROTECTED



↩ Reply

████ @s.whatsapp.net ahmed helme DC

From: ████ @s.whatsapp.net Will Hana (owner)
To: ████ @s.whatsapp.net ahmed helme DC

Ok , Fleming's. Next to the office

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████@s.whatsapp.net ahmed helme DC | 9/1/2019 5:17:55 PM(UTC+0) | 9/1/2019 5:17:55 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:17:51 PM(UTC+0)

👍

**Status:** Read

**Platform:** Mobile

9/1/2019 5:18:25 PM(UTC+0)

Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1593FC2 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



Source Extraction:
Encrypted Backup 395215

Source Info:
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1593FC2 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

SUBJECT TO PROTECTIVE ORDER -- PROTECTED