# **Exhibit G-2**





↪ **Forwarded**

From: ▇▇▇▇@s.whatsapp.net Will Hana (owner)

To: ▇▇▇▇@s.whatsapp.net ahmed helme DC

Our friend would like to have dinner on Thursday night

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇@s.whatsapp.net ahmed helme DC | 9/1/2019 5:14:33 PM(UTC+0) | 9/1/2019 5:14:37 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:14:31 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A916 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

474



➤ **Forwarded**

From: ▮▮▮▮@s.whatsapp.net Will Hana (owner)

To: ▮▮▮▮@s.whatsapp.net ahmed helme DC

Our friend would like to have dinner on Thursday night

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮@s.whatsapp.net ahmed helme DC | 9/1/2019 5:14:33 PM(UTC+0) | 9/1/2019 5:14:37 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:14:31 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A916 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



▮▮▮▮@s.whatsapp.net ahmed helme DC

👍

**Status:** Read

**Platform:** Mobile

9/1/2019 5:14:58 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

475

Source Info:

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A7A5 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



Source Extraction:

Encrypted Backup 395215

Source Info:

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A7A5 (Table: ZWAMESSAGE; Size: 62464000 bytes)

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



Source Extraction:

Encrypted Backup 395215

476

SUBJECT TO PROTECTIVE ORDER -- PROTECTED
SDNY_00012146

Source Info:

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A70F (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



@s.whatsapp.net ahmed helme DC

واشنطن ولا نيوجيرسي ؟

Status: Read

Platform: Mobile

9/1/2019 5:15:16 PM(UTC+0)

Source Extraction:

Encrypted Backup 395215

Source Info:

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A70F (Table: ZWAMESSAGE; Size: 62464000 bytes)

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

477

SUBJECT TO PROTECTIVE ORDER -- PROTECTED        SDNY_00012147



**From:** ███████@s.whatsapp.net Will Hana (owner)
**To:** ███████@s.whatsapp.net ahmed helme DC

nj

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████@s.whatsapp.net ahmed helme DC | 9/1/2019 5:15:41 PM(UTC+0) | 9/1/2019 5:15:41 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:15:37 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A61B (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

478

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                                    SDNY_00012148



From: ▓▓▓▓▓@s.whatsapp.net Will Hana (owner)
To: ▓▓▓▓▓@s.whatsapp.net ahmed helme DC

nj

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓@s.whatsapp.net ahmed helme DC | 9/1/2019 5:15:41 PM(UTC+0) | 9/1/2019 5:15:41 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:15:37 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A61B (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



▓▓▓▓▓@s.whatsapp.net ahmed helme DC

No problem

**Status:** Read

**Platform:** Mobile

9/1/2019 5:16:14 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

479

Source Info:

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A4E4 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



@s.whatsapp.net ahmed helme DC

No problem

**Status:** Read

**Platform:** Mobile

9/1/2019 5:16:14 PM(UTC+0)

Source Extraction:

Encrypted Backup 395215

Source Info:

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A4E4 (Table: ZWAMESSAGE; Size: 62464000 bytes)

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

480



→ Forwarded

From: ▮▮▮▮@s.whatsapp.net Will Hana (owner)
To: ▮▮▮▮@s.whatsapp.net ahmed helme DC

Edgewater. Either Fleming's or river Palm up to you. 7:00 / 7:30

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮@s.whatsapp.net ahmed helme DC | 9/1/2019 5:16:47 PM(UTC+0) | 9/1/2019 5:16:47 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:16:45 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A3AB (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

481

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                    SDNY_00012151



Forwarded

From: [redacted]@s.whatsapp.net Will Hana (owner)

To: [redacted]@s.whatsapp.net ahmed helme DC

Edgewater. Either Fleming's or river Palm up to you. 7:00 / 7:30

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted]@s.whatsapp.net ahmed helme DC | 9/1/2019 5:16:47 PM(UTC+0) | 9/1/2019 5:16:47 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:16:45 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A3AB (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A17D (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)

483

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                              SDNY_00012153



From: ███@s.whatsapp.net Will Hana (owner)

To: ███@s.whatsapp.net ahmed helme DC

Ok , Fleming's. Next to the office

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███@s.whatsapp.net ahmed helme DC | 9/1/2019 5:17:55 PM(UTC+0) | 9/1/2019 5:17:55 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:17:51 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x155A17D (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x3127 (Size: 17590 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



███ s.whatsapp.net ahmed helme DC

Anyone of them, and 7:30 will be better.

**Status:** Read

**Platform:** Mobile

9/1/2019 5:17:53 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

484

SUBJECT TO PROTECTIVE ORDER -- PROTECTED                SDNY_00012154

**Source Info:**

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1593590 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



@s.whatsapp.net ahmed helme DC

Anyone of them, and 7:30 will be better.

**Status:** Read

**Platform:** Mobile

9/1/2019 5:17:53 PM(UTC+0)

**Source Extraction:**

Encrypted Backup 395215

**Source Info:**

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1593590 (Table: ZWAMESSAGE; Size: 62464000 bytes)

iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

485

SUBJECT TO PROTECTIVE ORDER -- PROTECTED
SDNY_00012155



↰ Reply

▮▮▮▮@s.whatsapp.net ahmed helme DC

From: ▮▮▮▮@s.whatsapp.net Will Hana (owner)
To: ▮▮▮▮@s.whatsapp.net ahmed helme DC

Ok , Fleming's. Next to the office

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮s.whatsapp.net ahmed helme DC | 9/1/2019 5:17:55 PM(UTC+0) | 9/1/2019 5:17:55 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:17:51 PM(UTC+0)

👍

**Status:** Read

**Platform:** Mobile

9/1/2019 5:18:25 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1593FC2 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)



↰ Reply

▇▇▇ @s.whatsapp.net ahmed helme DC

From: ▇▇▇ @s.whatsapp.net Will Hana (owner)
To: ▇▇▇ @s.whatsapp.net ahmed helme DC

Ok , Fleming's. Next to the office

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ @s.whatsapp.net ahmed helme DC | 9/1/2019 5:17:55 PM(UTC+0) | 9/1/2019 5:17:55 PM(UTC+0) | |

**Status:** Sent

**Platform:** Mobile

9/1/2019 5:17:51 PM(UTC+0)

👍

**Status:** Read

**Platform:** Mobile

9/1/2019 5:18:25 PM(UTC+0)

**Source Extraction:**
Encrypted Backup 395215

**Source Info:**
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1593FC2 (Table: ZWAMESSAGE; Size: 62464000 bytes)
iPhone (iPhone 12 Pro)/ChatStorage.sqlite : 0x1764E1C (Table: ZWAGROUPMEMBER, ZWACHATSESSION; Size: 62246912 bytes)

487