# **Exhibit H-2**

**From:** ▮▮▮▮▮@s.whatsapp.net Ali Qatar

Dear Fred, thank you very much for a wonderful evening. It was great to meet you. I enjoyed our conversation a great deal and I am looking forward to picking it up again soon and of course seeing your car collection. Thanks again Ali

Platform: Mobile

7/3/2021 5:06:18 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1 db.crypt14/msgstore-2023-05-11.1.db : 0x1DBF08 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x646D8 (Table: wa_contacts; Size: 520192 bytes)

**From:** System Message System Message

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

Platform: Mobile
Label: System

7/3/2021 5:06:20 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1 db.crypt14/msgstore-2023-05-11.1.db : 0x1DA194 (Table: message; Size: 2555904 bytes)

**From:** ▮▮▮▮▮@s.whatsapp.net Fred Daibes (owner)

Dear Ali . The pleasure was all mine I have told Sultan that our mutual friend will attend the function on the 20th and he looks forward to meeting you keep in touch when you are in NYC. And we'll arrange a dinner

Status: Delivered
Platform: Mobile

7/3/2021 9:18:34 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1DBB73 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/registration.RegisterPhone.xml : 0x198 (Size: 708 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/startup_prefs xml : 0x2E4 (Size: 768 bytes)

**From:** ▮▮▮▮▮@s.whatsapp.net Ali Qatar

That's great, thank you so much

Platform: Mobile

7/3/2021 9:20:22 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1DBB06 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x646D8 (Table: wa_contacts; Size: 520192 bytes)

**From:** System Message System Message

Incoming call from Ali Qatar (▮▮▮▮▮@s.whatsapp.net)

7/18/2021 11:37:32 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/msgstore.db : 0x4152B5 (Table: call_log; Size: 6131712 bytes)

GOVERNMENT
EXHIBIT
3D-1
23 Cr. 490 (SHS)

DAIBES_045518

**From:** System Message System Message
Missed call from Ali Qatar (████████@s.whatsapp.net)
7/18/2021 11:38:25 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/msgstore.db : 0x415270 (Table: call_log; Size: 6131712 bytes)

**From:** System Message System Message
Incoming call from Ali Qatar (████████@s.whatsapp.net)
7/19/2021 12:00:56 AM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/msgstore.db : 0x415229 (Table: call_log; Size: 6131712 bytes)

**From:** ████████@s.whatsapp.net Ali Qatar
Good morning Fred, I wanted to thank you again for a great dinner last night. Looking forward to what's to come and certainly many more wonderful and fruitful gatherings. I texted you on signal from my UK number let's stay in touch my friend. We will be back end of next week from Washington let's touch base. Ali
Platform: Mobile
7/19/2021 11:39:02 AM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1DE8C9 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x646D8 (Table: wa_contacts; Size: 520192 bytes)

**From:** ████████@s.whatsapp.net Fred Daibes (owner)
Good morning Ali. I also enjoyed the night very much. Send me your email address and I will send the articles on the Hitler car. I would also very much like to bring sheikh Mohammed to N.J. and show him around
Status: Delivered
Platform: Mobile
7/19/2021 1:44:33 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1DE7B4 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/registration.RegisterPhone.xml : 0x198 (Size: 708 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x2E4 (Size: 768 bytes)

**From:** ████████@s.whatsapp.net Ali Qatar
Sure will do my dear friend
Platform: Mobile
7/19/2021 1:54:39 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1DE74D (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x646D8 (Table: wa_contacts; Size: 520192 bytes)

**From:** █████████ @s.whatsapp.net Ali Qatar
**Platform:** Mobile

*7/23/2021 4:23:29 PM(UTC+0)*

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-10.1.db.crypt14/msgstore-2023-05-10.1.db : 0x1DFE5A (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x646D8 (Table: wa_contacts; Size: 520192 bytes)

---

**From:** █████████ @s.whatsapp.net Ali Qatar
Deleted by the sender
**Platform:** Mobile

*7/23/2021 4:23:29 PM(UTC+0)*

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1DFE5A (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x646D8 (Table: wa_contacts; Size: 520192 bytes)

---

**From:** █████████ @s.whatsapp.net Ali Qatar
Thank you very much, Fred. I left NYC today, but will be back in September, and hope to see you again then. Sh. Sultan is working on the project with a strong blessing and I am sure we will be hitting the ground running in no time. Ali
**Platform:** Mobile

*7/24/2021 8:46:37 PM(UTC+0)*

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1 db.crypt14/msgstore-2023-05-11.1.db : 0x1DFB3B (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x646D8 (Table: wa_contacts; Size: 520192 bytes)

---

**From:** █████████ @s.whatsapp.net Fred Daibes (owner)
It was an honor and a pleasure to meet with the and i look forward to seeing you in September. Safe travels    my friend
**Status:** Delivered
**Platform:** Mobile

*7/24/2021 8:56:06 PM(UTC+0)*

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1DFA86 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/registration.RegisterPhone.xml : 0x198 (Size: 708 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/startup_prefs xml : 0x2E4 (Size: 768 bytes)

---

**From:** █████████ @s.whatsapp.net Fred Daibes (owner)
Hi Ali our mutual friend will be issuing a statement on Monday on the Qatar contribution
**Status:** Delivered
**Platform:** Mobile

*7/25/2021 7:46:54 PM(UTC+0)*

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1DF9E3 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/registration.RegisterPhone.xml : 0x198 (Size: 708 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x2E4 (Size: 768 bytes)

**From:** ▮▮▮▮▮@s.whatsapp.net Ali Qatar
**Platform:** Mobile

7/26/2021 6:09:38 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-10.1.db.crypt14/msgstore-2023-05-10.1.db : 0x1DF997 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x646D8 (Table: wa_contacts; Size: 520192 bytes)

**From:** ▮▮▮▮▮@s.whatsapp.net Ali Qatar
Deleted by the sender
**Platform:** Mobile

7/26/2021 6:09:38 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1DF997 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x646D8 (Table: wa_contacts; Size: 520192 bytes)

↱ Forwarded
**From:** ▮▮▮▮▮@s.whatsapp.net Fred Daibes (owner)

FOR IMMEDIATE RELEASE
August 2, 2021

CONTACT
Juan Pachon

Chairman Menendez Applauds Qatari Government's $100 Million Contribution in Humanitarian Assistance for Yemen

WASHINGTON – U.S. Senator Bob Menendez (D-N.J.), Chairman of the Senate Foreign Relations Committee, released the following statement expressing support for the Qatari government's recent contribution of an additional $100 million towards humanitarian operations in Yemen to help alleviate the humanitarian crisis in the country:

"I applaud Qatar's leadership in helping the Yemeni people. The Qatari government's recent announcement of an additional $100 million in additional humanitarian assistance for Yemen is an important contribution that will help provide life-saving aide to the world's worst humanitarian crisis. With more than 233,000 people dead, and millions more on the brink of starvation, the needless death and suffering this protracted war has wrought on so many Yemenis must end.

"As the magnitude of human suffering and scale of destruction in Yemen is compounded by the COVID-19 pandemic, the international community cannot let up our efforts – we must follow suit in redoubling our commitment to lessen civilian casualties, ensure aide reaches the most in need, influence a potential political settlement, or at the very least, prevent the situation from getting worse. I encourage all countries to follow Qatar's example and fulfill their pledges to help alleviate this devastating crisis."

**Status:** Delivered
**Platform:** Mobile
**Label:** Forwarded

8/2/2021 8:58:54 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1E0A09 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/registration.RegisterPhone.xml : 0x198 (Size: 708 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x2E4 (Size: 768 bytes)

**From:** ▮▮▮▮@s.whatsapp.net Ali Qatar

**Platform:** Mobile

8/2/2021 10:28:59 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1E09B4 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x646D8 (Table: wa_contacts; Size: 520192 bytes)

---

**From:** System Message System Message

Outgoing call from Fred Daibes (▮▮▮▮@s.whatsapp.net owner)

9/20/2021 1:41:21 AM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/msgstore.db : 0x1EBEDB (Table: call_log; Size: 6131712 bytes)

---

**From:** System Message System Message

Outgoing call from Fred Daibes (▮▮▮▮@s.whatsapp.net owner)

9/20/2021 1:35:30 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/msgstore.db : 0x1EBD85 (Table: call_log; Size: 6131712 bytes)

---

**From:** ▮▮▮▮@s.whatsapp.net Ali Qatar

Fred Thank you, my friend, for all of your time and effort. I very much appreciate it. I am taking off shortly but hope to be back and see you again very soon.

**Platform:** Mobile

9/21/2021 1:56:06 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1E1A10 (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x646D8 (Table: wa_contacts; Size: 520192 bytes)

---

**From:** ▮▮▮▮@s.whatsapp.net Fred Daibes (owner)

Have a safe flight. Always a pleasure to be with you my brother. Hope to see you soon

**Status:** Delivered
**Platform:** Mobile

9/21/2021 1:58:43 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Databases/msgstore-2023-05-11.1.db.crypt14/msgstore-2023-05-11.1.db : 0x1E197D (Table: message; Size: 2555904 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/registration.RegisterPhone.xml : 0x198 (Size: 708 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x2E4 (Size: 768 bytes)

From: System Message System Message

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more
Platform: Mobile
Label: System

5/12/2023 3:35:24 PM(UTC+0)

Source Info:
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/msgstore.db-wal : 0x32B4F (Table: message; Size: 524288 bytes)



4

Details:
Group photos:

Start Time: 5/12/2020 7:26:15 PM(UTC+0)
Last Activity: 1/31/2023 1:42:13 PM(UTC+0)
Number of attachments: 163
Source: WhatsApp
Account: ▓▓▓▓▓▓▓@s.whatsapp.net
Source file: Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/msgstore.db : 0x4F11C5 (Table: message; Size: 6131712 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/wa.db : 0x752E5 (Table: wa_contacts; Size: 520192 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/registration.RegisterPhone.xml : 0x198 (Size: 708 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/shared_prefs/▓▓▓▓▓▓▓s.xml : 0x2E4 (Size: 768 bytes)
Detected Model_SM-F926U.zip/data/data/com.whatsapp/files/Avatars/▓▓▓▓▓▓▓@s.whatsapp.net.j : 0x0 (Size: 3330 bytes)
Body file: chat-6.txt

Participants:

▓▓▓▓▓▓▓@s.whatsapp.net
Vasken

▓▓▓▓▓▓▓@s.whatsapp.net
Fred Daibes (owner)

Identifier: ▓▓▓▓▓▓▓@s.whatsapp.net

Unknown

Attachments:



Size: 0
Path: https://mmg.whatsapp.net/d/f/AnExQTWaVm_Utt4HefPZY-zy2qZVYlnER1paxaJG9h1e.enc
(Empty File)

Source Info:
Detected Model_SM-F926U.zip/data/data/com.whatsapp/databases/msgstore.db : 0x1C879C
(Table: message_media; Size: 6131712 bytes)