# Exhibit A

| | |
|---|---|
| **From:** | Monteleoni, Paul (USANYS) |
| **To:** | Adam Fee; Avi Weitzman; PH-MenendezTeam; Lawrence S. Lustberg; Anne M. Collart; Ricardo Solano Jr.; LaBruno, Christina M.; Cesar de Castro; Seth Agata; Shannon McManus; Kimberly Tabares |
| **Cc:** | Valeriano Trinidad; Mark Gillespie; Jamaica Young; Mark, Eli (USANYS); Richenthal, Daniel (USANYS); Pomerantz, Lara (USANYS); Ghosh, Catherine (USANYS); Clark, Christina (NSD); Florczyk, Braden (USANYS); Wechsler, Rachel (USANYS) [Contractor]; Hamill, Connor (USANYS) [Contractor] |
| **Subject:** | [encrypt]United States v. Menendez, et al., S4 23 Cr. 490 (SHS) -- updated exhibits and witness material |
| **Date:** | Tuesday, June 25, 2024 11:49:04 PM |
| **Attachments:** | 2024.06.25 US v. Robert Menendez et al. Government Exhibit Index.xlsx |
| | 2024.06.25 U.S. v Robert Menendez et. al 3500 Index (to defense).xlsx |

Attached are updated exhibits and witness material, including reproductions of the documents that were indicated to us to be missing, and a replacement for GX C106-1 to implement redactions consistent with a defense objection. The documents will be produced to you tonight by ECF. Please let Rachel Wechsler, Connor Hamill, or Braden Florczyk, copied here, know if you have any difficulty accessing the documents.

Since we are near resting, please let us know if you believe our admitted GX or DX lists need to be corrected or supplemented. As we understand you all agree, we are substituting the higher image quality version of GX 1302 for the earlier version. Also, we do not believe we have copies of the two admitted DX corresponding to the two highlighted rows, so please send them over. Thanks very much.

Paul M. Monteleoni

Senior Trial Counsel

U.S. Attorney's Office

Southern District of New York

26 Federal Plaza, 37th Floor

New York, NY 10278

212-637-2219