**APPENDIX OF LETTERS**

| Name | Relationship to Mr. Hana | Exhibit |
|---|---|---|
| Abd-ElHakeem, Ahmed Mahmoud | Friend | A-1 |
| Abd-ElHaleem, Fathi Mohamed | Friend | A-2 |
| Ahmed, Ragab Abd-ElFatah | Friend | A-3 |
| Ali, Faijan | IS EG Halal (India) Employee | A-4 |
| Ali, Gamal Ismail | Friend | A-5 |
| Amin, Sherif | Friend | A-6 |
| Aslanian, Antranig Jr. | Friend | A-7 |
| ██████████ | Friend; ██████████████ ██████████ | A-8 |
| Burgueno, Clementine | IS EG Halal (Latin America) Employee | A-9 |
| Carrero, Maya Rivas | IS EG Halal (Latin America) Employee | A-10 |
| Chehab, Mohamad Ali | IS EG Halal (Latin America) Employee | A-11 |
| da Costa, Elizabeth Duarte | IS EG Halal (Latin America) Employee | A-12 |
| D'Alessio, Nick | IS EG Halal (USA) Employee | A-13 |
| D'Alessio, Nick, Sr. | Friend | A-14 |
| de Azevedo, Ariane P. Marinho | IS EG Halal (Latin America) Employee | A-15 |
| Ezzat, Imam Imbrahim | IS EG Halal (India) Employee | A-16 |
| Faragalla, Selvya | Wife | A-17 |
| Galan, Rae | Former Personal Driver | A-18 |
| Garcia, Linamaria Bogota | IS EG Halal (USA) Employee | A-19 |
| Ghaffar, Nermeen Abdel | Delegate, IS EG Halal | A-20 |
| Hajjar, Jack Dr. | Medical Doctor; Friend | A-21 |
| Hana, Hany Loundes Makhaly | Brother | A-22 |
| Hana, Nabil | Brother | A-23 |
| Hanna, Meirna | Personal Assistant; EG Trade Employee | A-24 |
| Helal, Riham Abd El Raouf | Employee for Egyptian Company | A-25 |
| Hussein, Mostafa, Dr. | Veterinary Officer, IS EG Halal | A-26 |
| Kafafy, Emad, Dr. | IS EG Halal (India) Employee | A-27 |
| Khalifa, Magdy Mohamed, et al. | Friends | A-28 |
| Khamis, Walid | IS EG Halal (Germany) Employee | A-29 |
| Khorozian, Zare | Friend | A-30 |

| | | |
|---|---|---|
| Koloda, Medhat | IS EG Halal (Australia/New Zealand) Employee | A-31 |
| Kossup, Chris | Personal Driver | A-32 |
| Lawlor, Dolores | Council Member, Borough of Edgewater | A-33 |
| Lima, Estefania Guerreiro | IS EG Halal (Latin America) Employee | A-34 |
| Lita, Shpresa | Friend | A-35 |
| Massoud, Isefanos Shehata Naguid, Fr. | Priest in Samalut Coptic Orthodox Diocese (Egypt) | A-36 |
| Mortati, Jorge E. Mussi | Consultant and Attorney for IS EG Halal (Brazil) | A-37 |
| Mostafa, Ahmed, Dr. | IS EG Halal (India) Employee | A-38 |
| Mostafa, Heba Tullah | Employee for Egyptian Company | A-39 |
| Nassar, Moussa | IS EG Halal (Latin America) Employee | A-40 |
| Oliveto, Carolina | IS EG Halal (Latin America) Employee | A-41 |
| Prieto, Jessica | IS EG Halal (Latin America) Employee | A-42 |
| Radoniqi, Dren | Friend | A-43 |
| Rashad, Ahmed Mohamed | Friend | A-44 |
| Rifas, Daniel Maya | IS EG Halal (Latin America) Employee | A-45 |
| Sebahie, Anthony | EG Trade Employee | A-46 |
| Shehata, Stefanous, Fr. | Priest in Samalut Coptic Orthodox Diocese (Egypt) | A-47 |
| Sinisi, Cristina | IS EG Halal (USA) Employee | A-48 |
| Travers, Denise | Attorney for IS EG Halal (USA) | A-49 |
| Zebi, Rena | IS EG Halal (USA) Employee | A-50 |

A-1 - Abd-ElHakeem, Ahmed Mahmoud

السيد المحترم رئيس المحكمة
لعرفته

نحيط علماً سيادتكم آمر السيد / واصل لينك خالي
الترشيد، لو أنك هنا من أصدك قريبة معظفه سمولوط
المصافا خوارسة من أبناء القرية به مولود بها معروف
محترماً عند حضوره وصراحة تعامله معروف عنه من
الكلام كما هو حال أسرته ولم نظهر منه ما يخل
بالشرف أو أي خلق ردي له مواقف منها
وخيرة تتم بلقائه مع أهل القرية بمحبة
وليس له من وراء أعماله الخبره أي دوافع أو
مصالح نخبيه، إلا أنه نحفظ بجوار أهلا من قريته
محففاً مع أنه ملتزم بقوانين الدولة ونظامها للدولة
بما حال صدور أي حكم بالإدانة سيكون له أثر
سلبي على أهل القرية رفاهياً الفقراء ولكائن به
ولسيادتكم جزيل الشكر

الحكم ، أحمد محمود مسلم
العوض أحمد محمود مسلم

Your Honor, President of the Court,

Greetings,


I would like to bring to your attention that Mr. Wael Loundes Makhaly, known as Wael Hana, is one of the people of Manqatin Village, Samalut, Minya. He was born in the village, and we've known him since childhood and early years of education to be a good person and from a good family. No dishonorable acts or shameful behaviors were seen from him. He has done good and charitable deeds that reflect his sense of community towards all the people of the village.

He has no ulterior motives or personal gain from these charitable acts, he does them to support the community of the village. He respects national laws and systems. If he is found guilty,[1] it will negatively affect the people of our village, especially the poor and the needy.


Thank you,

Name: Ahmed Mahmoud Abd-ElHakeem

Signature: Ahmed Mahmoud Abd-ElHakeem

---

[1] Translator note: While the Arabic translates directly to "convicted / found guilty", there are several factors that would explain why the this was the authors' choice. One, is that the Egyptian court system is a no-jury system that produces the conviction and the sentencing jointly by the judge. Therefore, it's common in the language of non-legal professionals to refer to the two acts interchangeably. The average Egyptian is not aware of the need to separate the two acts in the US legal system. The Arabic expression is compound in its formation and can sound more like "sentenced as convicted", which would not be a proper translation, but would leave more room for speculation on what the actual intent of the speaker/writer is.

A-2 - Abd-ElHaleem, Fathi Mohamed

بسم الله الرحمن الرحيم

السيد المحترم / رئيس الحكمة          تحية كريمة وبعد

أتشرف بإحالة سيادتكم بأن الأخ الفاضل وائل لندي محالي جنا المشهور
وائل جنا من أبناء العربية الشرقاد وله ذراع طويل في جمع هذه فقراء المساعدين
والمساجدين .. دون تفرقة

وله مواقف طيبة ومشرقة بين فقراء المساعدين والمسيحين .. وهذه المواقف
المشرقة نابعة من إنسان طيب ذو قلب رحيم ابتغاء مرضاة الله سبحانه
وتعالى .. وهو شاب محترم ملتزم بالقانون طوال حياته ولم تسمع عنه
مرة واحدة أنه خالف القانون في أي شئ .. ولو سألنا جيدا مساعدونا
وهسيحيون .. أن نصدر عنده أي أحكام من أي نوع .. حتى سوف يدافع
كل الفقراء وذوى الحاجه من مساعدته وسوف تكون له أثر سيء عليهم
والله الموفق والهادي إلى الحق ..

رعاكم الله وحفظكم لما فيه خير البشرية جمعاء وإظهار الحق
والسلام عليكم ورحمة الله وبركاته

الراسل .. فتحي محمد عبد الحليم
المتني   فتحي محمد عبد الحليم

من قرية منشمان .. مركز سمالوط محافظة المنا
جمهورية مصر العربية

Your Honor, President of the Court,

Greetings,


I would like to bring to your attention that the dear brother Wael Loundes Makhaly Hana, known as Wael Hana, is one of the well-respected citizens of the village. He has a long history of helping the poor, Muslims and Christians alike.

He has a record of kind and honorable gestures towards poor Muslims and Christians. These gestures come from a kind and merciful man who is seeking God's reward. He has always been an upright and law-abiding young man, and we have never heard of any instances where he broke the law. It saddens us all, Muslims and Christians, that he may receive any sentences against him. All the poor and needy people will miss him and his assistance, and it will negatively affect them.

May God guide us all to righteousness.

May God protect and guide you to all that is good for humanity, and may He reveal the truth.

Peace be upon you,


From: Fathi Mohamed Abd-ElHaleem

Signature: Fathi Mohamed Abd-ElHaleem


Of Manqatin Village, Samalut City, Minya Governorate

Arab Republic of Egypt

A-3 - Ahmed, Ragab Abd-ElFatah

السيد / رئيس المحكمة المحترم
تحية طيبة وبعد .

نحيط علم سيادتكم بأنه لسيد / وائل هنادس بقالى هنا الشهر
يزائل هنا من أهل ترمة منطقة - بالدوا - لمنا
إلنا نسكن بلد جميعا   علما بأم السيد وائل لله ولدينه
الترميز ويربجوا رشتا فخر وبفرق طفرلته . وسنوات
ونتراكت تعلبه بالقرسن . ولم نعلم عنه الا الخير وهو يا مة الأسرة
ومعرفة عنه كل فئت كريم . ولم نرها منه أنا مواقف سيئة أو مخالفة
للقانون أو أثرات في الترسيم

كان ابنه له علاقة مشتركة معنا كا الترمز مثل ساعدة
الفقراء والمساكين ولم معرفة فا هذا الأمر بين مسلم وغيرهم
ولا كانت في مساعدة الكرمة والطلبة في الكدارسا ونفرة فا

كان هذه الكرامات ليست الا أن دوافع الا الرضى بياسك أهل
مدرسيه التي نشأ فيلا . ولا نعلم مشيا آخر

ولكنا في ملكرم منقلا و رسو أفيه الدولة ولم يشيت عنه أى مخالفة
معلنت .

تم تنأثر الأمال استشتركت في حالت صدر أنا حكم بالإدانت
قراءة الفقراء والمساكين . ونسبادتكم جزيل الشكر

الاسم / رجه سلمان 9 أحمد
الرجع / رجه سيدان 9 أحمد

Your Honor, President of the Court,

Greetings,


I would like to bring to your attention that Mr. Wael Loundes Makhaly Hana, known as Wael Hana, is one of the people of Manqatin Village, Smamlut, Minya, where we all live. Mr. Wael Loundes was born and raised in the village, and *[Illegible text]* his childhood and education in the village. He, like his entire family, is known as a good and well-mannered person. We've never known him to cause any trouble or break any laws or village customs.


He has often helped the poor and the needy of the village, without discriminating between Muslims and non-Muslims. He has helped sick people as well as school students, among others.


These situations were only driven by his desire to support his community. We don't know of any other reason.


He is a law-abiding citizen and was never known to violate the law.


*[Illegible text]* common deeds will be affected in case he is found guilty,[1] especially the poor and the needy.


Thank you,

Name: Ragab Abd-ElFatah Ahmed

Signature: Ragab Abd-ElFatah Ahmed

---

[1] Translator note: While the Arabic translates directly to "convicted / found guilty", there are several factors that would explain why the this was the authors' choice. One, is that the Egyptian court system is a no-jury system that produces the conviction and the sentencing jointly by the judge. Therefore, it's common in the language of non-legal professionals to refer to the two acts interchangeably. The average Egyptian is not aware of the need to separate the two acts in the US legal system. The Arabic expression is compound in its formation and can sound more like "sentenced as convicted", which would not be a proper translation, but would leave more room for speculation on what the actual intent of the speaker/writer is.

A-4 - Ali, Faijan

Dear Judge Stein,

It's my great honor to write this letter to you.
I hope this message finds you well and in good health.

My name is Faijan Ali.
I was born in Delhi, India.
I hold a Bachelor of Commerce (B. Com) degree from Delhi University.

I got married in December 2021, which brought new responsibilities as a husband. Shortly thereafter, I learned that I would soon become a father.

Before joining my current company, I applied to numerous companies. Despite my persistent efforts, I was unable to secure a suitable position. Although I did find employment, the work environments at those places were not conducive to my well-being. The demands were overwhelming, often requiring me to work through the night, and the workload was so heavy that it often extended into my days off, leaving me no time for meals. This made it challenging for me to spend quality time with my family.

My circumstances improved when I had the opportunity to interview at my current workplace. I was fortunate to meet Mr. Wael Hana during the interview process. Mr. Wael Hana is an exceptionally understanding individual, and upon learning about my previous job experience, he hired me without asking too many questions. I joined the company in May 2022.

Mr. Wael Hana provided me with 2-3 months to learn and understand all aspects of my role without any pressure, allowing me to familiarize myself with the company's operations. This is the only place I have encountered where there is no internal politics, and transparency is maintained at all levels. Mr. Wael Hana has fostered an environment where employees are encouraged to share their concerns openly, creating a supportive and positive workplace.

The company and Mr. Wael Hana have been incredibly supportive of me. A few months ago, when my wife was pregnant, I needed to take time off for her weekly checkups. I shared my concerns, and my requests for time off were always granted. When my daughter was born, I was given a week off without any salary deduction.

I am now able to enjoy a happy married life and maintain a good job that allows me to balance my work and personal life effectively. I am deeply grateful for the positive impact that my workplace and Mr. Wael Hana have had on my life. I wish him continued success and prosperity in making my life easier and more fulfilling.

Considering the respect and trust we place in your sense of justice, we hope that a fair and just judgment will be rendered, ensuring that the hard work of those involved is acknowledged and respected.

Be happy and victorious.

Respectfully,

Faijan Ali

A-5 - Ali, Gamal Ismail

السيد المحترم، بنيه اكتبه ،

حفظه الله ورعاه

للعلي واعطاء طه السيد، وأني لكنك أريد بيان هنا من أهالي قرية شطب
حمدوط لبنا، وتدخل، رجوتشز ضيفزه دراحل النفس .
نعرف لزن اللبية جميعا بالاطارات العالمة وباستاذ كل
بخصم رصرد السيد الاسلول حوراك كة محمعا . وله برامو
هيئتنا شرك على هيئه لاصول لقريه باحدان للاعداد لاصعل
الخراجات هنا صد وترض مع أنك محبا . ثدوبل مرقوم له وقائع
وحجنه أرحعله ضاعمه . الاله نهمف كواسر اصحل السلر،
مع التزامه لهواسه وفظام حموله . وحياه صرسر اي اي فتر
باريواا نه حكونا له اي ثزه لافز فطعيه بري اصحل كبر جمعا
ولبجالزبك عزل سك تكم

الدكتر، جلال الحاجلي على

العريس جلال الحاجلي على

Your Honor, President of the Court,

Greetings,


For your consideration, Mr. Wael Loundes, also known as Wael Hana, is from the village of Manqatin, Samalut, Minya. He was born there, and since his childhood and school years, has been known to be of high moral character and [Illegible text] with everyone; he and the entire family are known for good behavior. There are many situations that show his care for the villagers, the poor, people with special needs, sick people, and everyone with no personal gain or ulterior motives. He always supports his community, while following national rules and regulations. If he is convicted,[1] it will negatively affect all members of our community.


Best Regards,

Name: Gamal Ismail Ali

Signature: Gamal Ismail Ali

---

[1] Translator note:  While the Arabic translates directly to "convicted / found guilty", there are several factors that would explain why the this was the authors' choice.  One, is that the Egyptian court system is a no-jury system that produces the conviction and the sentencing jointly by the judge.  Therefore, it's common in the language of non-legal professionals to refer to the two acts interchangeably.  The average Egyptian is not aware of the need to separate the two acts in the US legal system.  The Arabic expression is compound in its formation and can sound more like "sentenced as convicted", which would not be a proper translation, but would leave more room for speculation on what the actual intent of the speaker/writer is.

A-6 - Amin, Sherif

12/09/2024

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Stein,

I am writing to you regarding Mr. **Wael Hana**, whom I have had the privilege of knowing for almost 5 years. It is with a deep sense of respect and sincerity that I provide this character reference in support of Mr. Hana.

Throughout my acquaintance with Mr. Wael, I have consistently witnessed a person of exceptional kindness, integrity, and generosity. He is a person who embodies the qualities of compassion and genuine concern for others. Mr. Wael has on numerous occasions demonstrated his commitment to helping others.

Mr. Hana is very generous and kind to the people in his surroundings. I have seen him tip the drivers, waiters, housekeeping, Luggage carrier very well, during his visits to Dubai or KSA and at the same time making sure his team/ support staff is comfortable. He is responsible for the well-being of several families globally, who are dependent on the employment availed by Mr. Hana as part of the Halal certification company, *IS EG Halal*.

At the same time, he is also a family person. I have witnessed him making video calls making time for his family even during the busiest times during Saudi Food Show and Gulf Food exhibitions. He ensures to take the time and talk to his family bringing smiles to them all. He portrays a great deal of patience managing work and personal life.

From time to time, I engage with his team and his team speaks highly of him even when he is not around – that to me, gives away a great impression of a humble man. Because of his attitude and dedication towards work, happy demeanor, I know quite some people who are keen to join and work for him.

While Mr. Hana's first appearance may be of a stern businessman when you meet him the first time, I can vouch that once you get to know him, he is really a down to earth person.

A true gentleman, who speaks with respect and a loving tone to people of all ages and class, while paying attention to the needs of all around him.

Sherif Amin

I have had multiple meetings with Mr. Hana, spending time with him during his visits for Gulf Food and Saudi food exhibitions in the UAE and KSA regions.

One instance that stands out is his philanthropic deeds: In Egypt, he ensures free food distribution for the poor every year, on Big Eid. This experience is a testament to Mr. Hana's character, as it highlights his concern to act selflessly and with great care for the well-being of others, even though the people he is helping, may not be of the same religion as him [Muslims or otherwise].

I understand that the current situation may cast a shadow on Mr. Wael's reputation, but I want to assure you that my experiences with him, each time he is in Dubai or KSA, have been highly positive. He is someone who has always conducted himself with a high degree of honesty and respect towards others.

The extent of the impact of this case is really heavy for his family, his company and its employees. Everyone is looking forward to see Mr. Hana soon out of the situation, especially his wife and his kids and friends.

I hear from Mr. Hana's employees that they are concerned about the future of the company and therefore, their living expenses. As the company and the employees depend on Mr. Hana's lead, to drive the business with his relationships with clients and suppliers globally.

His unavailability in recent times has certainly had a negative impact on the workflow and on the business relationships he has built over the years.

In my view, Mr. Wael is not only a good person but also a valuable member of our community. I firmly believe that he has the capacity to contribute positively to society and the people in need.

I kindly ask you to consider Mr. Hana's character and the positive impact he has made on those around him when making your judgment. I am confident that Mr. Wael will continue to be a person of high moral standing and a source of support and goodwill to others.

Thank you very much for taking the time to read this letter. I hope that it provides a clearer picture of Mr. Wael's and contributes to a fair and just resolution of his case.

Sincerely,

Sherif Amin

Sherif Amin

+971 50 432 3760
sh_sms18880@yahoo.com

A-7 - Aslanian, Antranig Jr.

# LAW OFFICES
## of
# ANTRANIG ASLANIAN, JR., P.C.

ATTORNEY AT LAW
1047 ANDERSON AVENUE
FORT LEE, NEW JERSEY 07024
(201) 592-0500
FAX (201) 224-9841

ANTRANIG ASLANIAN, JR.

------------------
ANTRANIG ASLANIAN, SR.
1933-1994

September 18, 2024

Honorable Sidney M. Stein
US District Court
Seventh District of New York
500 Pearl Street
New York, NY 10007

Re:    Wael Hanna

Dear Judge Stein:

I am writing on behalf of Mr. Wael Hana who is scheduled to be sentenced by Your Honor in the near future.

I have been an attorney in the State of New Jersey for 60 years practicing in all areas of litigation and have always been in good standing.

I have known Wael Hana since 2009 having first met him when he retained me to review a lease in connection with a gas station business he was developing. Wael was in his mid twenties at the time having recently arrived in the United States with the aspiration to become a business owner and pursue the American dream. From the beginning, I was impressed with Mr. Hana's aspiration and enthusiasm to become a successful businessman as generally most people that age lack the ability to commit to the long hours and hard work that it takes to reach that objective.

Over the years, our relationship transitioned from professional to personal and we became very close friends, often referring to him as my son. Through those years I observed Mr. Hana's kindness and generosity and his willingness to assist others having difficulties.

Mr. Hana is a Christian with deep faith in his religion and great dedication to his church, Saint Abanoub Coptic Orthodox Church in Bayonne. Since I have known Mr. Hana he has been

Honorable Sidney M. Stein
September 18, 2024
Page Two /2

an active and dedicated member of the church community often being called upon by clergy to
assist in various initiatives and/or provide assistance to other members of the church. He played
a pivitol role in fundraising efforts and took on personal financial responsibility by securing a
loan to support the construction of the church in 2010. His dedication to the church community
was unwavering and as his success grew, so did the assistance he rendered. He believed that any
success he enjoyed was a blessing and it was his duty to his faith to share those blessings to
assist people who were struggling and less fortunate than he. I am aware of many instances of
his selfless dedication to supporting people facing hardship.

I personally experienced Mr. Hana's selflessness and great capacity to assist people in
need when I was diagnosed with inoperable Stage 4 neck cancer in 2017. The cancer was very
advanced and required an extreme regimen of numerous 8 hour chemotherapy infusions and
daily radiation treatments for 12 weeks. Mr. Hana was by my side at the chemo infusions and
nearly all of the radiation treatments. At a certain point I was too ill to drive and Wael
transported me wherever I needed to go. He helped my wife and I with anything we needed
throughout a very difficult period of our life and I attribute a great deal of my survival to the
selflessness, generosity and kindness of Wael Hana.

But it did not end there. The cancer metasticized to my lungs twice, requiring two
separate surgeries at Columbia Presbyterian in New York City. Once again Mr. Hana was with
my wife and I throughout the process. He would drive my wife to the hospital each day and then
pick her up to return her to our home in New Jersey each night. He would then return to the
hospital and stay with me all night then pick up my wife and bring her back to me in the
morning. In my entire life I have never had a person willing to give me and my family the level
of help, compassion and love that I received from Wael Hana. His dedication and devotion to
helping others is a fundamental aspect of Mr. Hana's beliefs and core values.

In approximately 2016 I provided Mr. Hana a furnished office in my building together
with use of my secretarial staff and he conducted his business from that office. During that time
I was able to observe Mr. Hanna's interaction with other professionals and business associates
and he always conducted himself in an honest and forthright manner. I saw first hand his
commendable work ethic and determination.

In light of Mr. Hana's character and the many contributions he has made to so many
people, I respectfully request that this Court consider a sentence of probation. Mr. Hana has a
beautiful family with a three and a half year old daughter and two twin daughters who are one
and a half. Their lives will be irreparably damaged if Mr Hana is unable to financially support
them and provide the parenting that all children need to develop successfully.

Honorable Sidney M. Stein
September 18, 2024
Page Three / 3

    If the Court requires any further information from me or further explanation please do not
hesitate to contact me.

                                        Respectfully Submitted,

                                        Antranig Aslanian, Jr.

A-8 - █████████

To: Honorable Sidney H. Stein

United States District Judge

Southern District of New York

500 Pearl Street – New York, NY 10007


Subject: Wael Hana Character Reference


The Honorable Judge Stein,


My name is ████████████ and I serve as the ████████████████████████████ ████████████████████████████ In August of 2009, I had the opportunity to attend a conference in Washington, DC, coinciding with the visit of the former Egypt's President Hosni Mubarak to the White House. It was during this event that I first had the occasion to meet Wael Hana, who was there promoting the human rights of Coptic Christians and a time in history when it took great courage to do so, given the disturbed political situation in Egypt in those years. Since that initial encounter, our relationship has grown significantly, and I have come to know him on both a personal and professional level.


Wael's genuine willingness to help others and his dedication to those around him are clear reflections of his strong character and integrity Over the years, I have witnessed these qualities come to life in numerous ways, and I would like to share a few stories that highlight his generosity, integrity, resilience and eagerness to assist whenever possible.


In 2010, ████████████████████████████ Saint Abanoub's Coptic Orthodox Church in Bayonne, New Jersey, where Wael was not only an active member but also served on the church's board. At that time, the church faced significant challenges due to a lack of funding. Wael's deep passion for this cause was evident in everything he did. He was instrumental in our fundraising efforts and went above and beyond by personally guaranteeing a loan to ensure the church's construction could be completed. Wael's dedication to Saint Abanoub's Church clearly highlights his remarkable commitment. His actions reflect a profound and enduring sense of responsibility, demonstrating his genuine drive to support and uplift his community.

Even when faced with personal hardships, Wael remained unwavering in his commitment, working tirelessly and staying true to his word.

In 2011, Wael encountered a significant challenge when he lost his business due to Hurricane Sandy. Before the hurricane, he had borrowed money from several individuals to fund his trucking and gas station business. After the disaster, these individuals approached me with concerns about repayment. I spoke with Wael, who sincerely promised to repay everyone, though he needed time to manage his situation. Despite the prolonged hardship, Wael never wavered in his commitment. He consistently reassured me of his intent to fulfill his promises, even when hope seemed to diminish. Through relentless hard work, Wael eventually repaid every penny, including interest. This reflects not only his steadfast dedication but also his profound integrity and resilience, demonstrating how deeply he values his commitments, and the trust others placed in him.

Wael's generosity is a profound reflection of his compassionate character. He consistently directs his efforts towards helping those in need, particularly those who are ill, and supports the church's mission in numerous places through regular donations. His contributions aid individuals facing health challenges and reinforce the church's work and ministries, highlighting his unwavering dedication to both personal and communal causes.

Beyond his generous financial contributions, Wael's kindness is also reflected in the personal time he dedicates. He frequently volunteered to drive me to various liturgies, demonstrating his eagerness to help and his commitment to active community involvement. Wael's dedication to supporting others shines through every aspect of his life, reflecting a genuine and selfless devotion to both his faith and those in need. As he has been blessed with more, his desire to give back has only grown stronger.

When Wael was faced with these charges in 2023, he didn't hesitate for a moment to return to the United States. His immediate decision to confront the situation head-on reflects his resilience, courage, and strong sense of responsibility. Despite Wael's strength, the current challenges he faces have deeply affected both him and his family. Wael has always maintained a strong and

affectionate bond with his family, which speaks to his deep personal values. I had the pleasure of meeting his mother when she came to the U.S. for treatment in 2010. The separation from his family due to their travel restrictions has had a significant emotional impact on him. Being distanced from his loved ones, particularly his young children, has been especially challenging for Wael, contributing to his sense of disappointment and isolation.

Should incarceration occur, it would significantly intensify the distress felt by all his loved ones. Wael has consistently expressed deep concern for his family's well-being in his absence, frequently asking me to provide emotional support to them if he is unable to be present. This profound concern for their emotional needs highlights Wael's deep love and sense of responsibility toward his family, even while he is physically apart from them.

Sincerely,



A-9 - Burgueno, Clementine

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Stein,

My name is Clementina Burgueno. I am an American citizen living in Uruguay. I was born in New York on January 19, 1985, and lived in Kew Gardens until my family decided to move to Uruguay when I was 4 years old. I am writing this letter to express my opinion and feelings about Mr. Wael Hana. I have known Wael for almost 5 years. I was hired by him in September 2019 as one of the first employees of the Latin America branch of IS EG Halal in Uruguay. Since then, I have been working for him even during the pandemic. For as long as I have known him, Mr. Wael Hana has been a committed and responsible businessman complying with the legal requirements of Uruguay, and always ensuring the well-being of his employees.

Although Mr. Hana does not have a personal relationship with his employees, he has always been concerned about our comfort at work and encouraged a good working relationship between coworkers.

At the time I was hired, I was struggling to find a job. I was called by an employment agency I had applied to, and they arranged an interview with Mr. Hana. As soon as I met him, I knew he was a kind and fair man. I told him my life story, I told him I was an American citizen, and I wanted to settle down, as I had moved back and forth from Uruguay to the US a few times. I needed stability, and for some reason until then I had not achieved it. He understood me and liked the fact that I was born in the country that adopted him and which he loves and is grateful for. Therefore, he gave me the opportunity to be an account manager at his company, which was the highest position that I had ever occupied. I remember, I was very happy and grateful for him. This job changed my life, to which I owe Wael.

I have been part of the Latin America branch since the beginning, throughout its growth, I have only seen Mr. Hana making peoples lives better, creating jobs and giving stability to many families.

Wael has been a responsible leader for his staff and has always complied with all the legal requirements of Uruguay by respecting employment contracts and agreements. He has truly been a person concerned about his employees and their well-being.

I have seen Wael's kindness and patience with people. He appreciates and gives opportunities to those who are worthy. In the past, he has provided second chances to some employees, always showing compassion for those who have made wrong decisions.

I can remember all the anecdotes with him in these past five years, always encouraging and giving advice to all of us. He has been there for me and my colleagues as a constant emotional support. His presence is essential and needed by so many.

I can't imagine how devastating this prosecution must be for him and his family. It tears me apart that Wael, who has worked and dedicated so much to achieve his dreams in the United States is now facing sentencing in his beloved adoptive country. I can state that Wael would have never knowingly been a part of any wrongdoing.

Since this prosecution started, it has damaged his professional reputation, and took a toll on him physically, psychologically and emotionally. This situation has already caused enough harm to Mr. Hana, his family, his company, employees and to all of us who care about him and his well-being. When making your decision, I hope you take into consideration the many lives Mr. Hana has changed and will continue to change.

Respectfully yours,

Clementina Burgueno

A-10 - Carrero, Maya Rivas

Montevideo, August 29th, 2024.


Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Dear Judge Stein:

On behalf of Mr. Wael Hana, I am writing in my capacity as the Administration and Finance Manager at IS EG Halal Latin America SA. Mr. Hana has been my direct supervisor since September 16th, 2019. During this time, I have had the opportunity to get to know him closely both professionally and personally. I consider Wael to be a person of integrity, responsible, and dedicated to both his obligations and his staff.

Wael Hana has consistently demonstrated a high level of professionalism and ethics in the performance of his duties. His effective leadership and ability to manage complex situations have been key to the success of our team and the company. Furthermore, his fair and respectful treatment of all team members has fostered a positive and collaborative work environment. It is important to emphasize that Wael Hana has always acted with complete transparency and integrity when making informed and balanced decisions. At all times, he has shown deep respect for prevailing rules and regulations. Additionally, he has publicized an unwavering commitment to the organization's values.

For all of these reasons, I can state with full confidence that Wael Hana is a trustworthy and highly principled individual. Please take this into consideration when making your decision.

I am available to provide any additional information that may be required.


Respectfully,



Mayeurin Rivas Carrero
Administration and Finance Manager
IS EG Halal Latin América SA
+598 097822412
m.rivas@iseghalal.com

A-11 - Chehab, Mohamad Ali

To: Honorable Sidney H.stein
   United State District Judge
   Southern District of New York
   500 Pearl Street – New York, NY 10007

From : Mohamad Ali Chehab

Residence : brazil
Position : export director for global food beef co in south America

Subject : the court case of Mr. Wael  Hanna ( or Will Hanna )
Date : 29-08-2024

Dear judge Stein

I would like to inform your honor about what I know personally about Mr. Hanna since
I met him first time in Brazil from about 4 years .

First meeting was in our office in Brazil, with the presence of the embassy of Egypt
Commercial attaché and other people from the embassy and Mr. Hanna and  his team .
Mr. Hanna was very open and in his discussion and  he was explaining to us the new role
that ISEG will be playing in controlling the halal procedures and the transparency they
need in the relation between the industry and the ISEG team.
They want to stop any doubts that people in Egypt have about the halal ,since it happen
One of the most famous halal controller in south America issued halal certificate for
Pork , and this was example how mess was happening in the industry about halal
control .
So, Mr. Hanna vision was to stop all this mess and doubts people have in their mind
inside Egypt about the halal procedures.
For us as big group, we were happy to see things will be under control since most big
Companies prefer to follow a clear system, and they do not like to be in gray area.
From the first meeting, I felt Mr. Hanna is a decent and logic person.
So our personal relation started from there, and I use to meet him for dinners or lunch
Any time circumstances were allowing us to have free time to meet.
I start to know him deeper every time I see him, he was lovely person, honest,
Family caring, always telling me how much he mis kids because he always travel.
I start to see the way he treats his staff in the office, like his own family.
Always very generous with his staff and his surrounding, one day I was with him
In Egypt for lunch, I was shocked when I saw his generosity and caring with everybody is
In the table.  He just treats people like they are his family, this is his personality as I
discovered after years of knowing him as a person.
In the field of work, he was always very fair and logic in his decision and he do not
accept
To see mistakes keep running, he gives time for people to correct their mistakes and
help
People to fix their mistakes by giving new ideas etc.........

When I heard about his case, I could not believe that he is guilty, since I know it is not
His personality to do these kinds of things, and he do not need to do anything wrong.
He was always very proud because he got the USA citizenship and how much he love
The USA and the area he live and he only see his future life to be in the USA .

For a wise person like Mr. Hanna, and the hard work he did in the start of his life until
He achieved what he achieved today, it is impossible to believe Mr. Hanna will destroy
his
Life and his courier for things he does not need to do it at all

I wish your honor to revise any decision can be negative against Mr. Hanna .

Respectfully Yours
Mohamad Ali Chehab
29-08-2024

A-12 - da Costa, Elizabeth Duarte

São Paulo, 04 de Setembro de 2024.


Excelentíssimo Senhor Juiz,


Meu nome é Elizabeth Duarte da Costa, sou funcionária da Empresa Is Eg Halal Latin America Ltda desde 28/Abril/2022 – São Paulo – Brasil – ocupando o cargo de Analista Administrativo.

Gostaria de expressar meu parecer sobre o Sr Wael Hana, proprietário da empresa em que trabalho, que sempre foi um gestor muito justo, educado, íntegro, gentil e correto no tratamento com todos os funcionários da empresa.

As grandes decisões sempre foram tomadas,  visando o bem estar de todos os funcionários da companhia.


Sendo só o que tenho a dizer sobre o Sr Wael Hana.


Atenciosamente,


Elizabeth Duarte da Costa

Sao Paulo, September 4, 2024.


Your Excellency Judge,


My name is Elizabeth Duarte da Costa, I have been an employee of the Company Is Eg Halal Latin America Ltda since April/28/2022 – Sao Paulo – Brazil – holding the position of Administrative Analyst.

I would like to express my opinion about Mr. Wael Hana, owner of the company I work for, who has always been a very fair, polite, honest, kind and correct manager in his treatment of all company employees.

Big decisions have always been made, aiming for the well-being of all company employees.


That is all I have to say about Mr. Wael Hana.


Yours sincerely,


Elizabeth Duarte da Costa

A-13 - D'Alessio, Nick

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Hon. Judge Stein,

I have known Wael Hana for over seven years. Around the years 2016-2017, I met Wael for the first time at a dinner in a small Italian restaurant in Cliffside Park, NJ. My father had invited me to the dinner with a group of his friends and associates for a "family style" dinner, which is a common invitation for him to extend to me. What was uncommon, was one of the gentleman at the dinner, Wael Hana. At that time, I could not foresee the trajectory my life would be altered as a result of that dinner. The lessons in family and business I've learned, the unique experiences I lived through, and my overall perspective of American entrepreneurship; over the last half a decade have all been altered by that singular unique gentleman at that dinner. I want to take the opportunity of writing this letter to shed light on the man I met that night, and my experiences with him over the past five years. I thank you, Honorable Judge Stein, in advance for taking the time to read and consider my testimonial.

To begin, I believe it is important to establish that I am currently employed by Wael in the capacity of Vice President of IS EG Halal. I graduated from Montclair State University in 2015, and spent four years working as a congressional staffer. I started at IS EG Halal a few months after I left my position in the Government, seeking an opportunity to expand my experience in the private sector to compliment my public sector background. In Q4 2019, I embarked on that new career path, joining a venture that was as small as it was ambitious; the sole certification of halal goods destined for Egypt. Our office was a modest space, hosting only four- to -five employees, including myself, but equipped with just three-four computers. This setup might sound quaint, but it was the 'Brain' behind the idea that the seeds of significant growth were sown. From the outset our mission was clear, to ensure that every product bearing our halal certification mark met the standards of Egyptian dietary and religious law, thereby serving the community with integrity while also strengthening United States and international exports and trade.

It is at that time that I witnessed Wael's entrepreneurial prowess. He has a unique ability to always remain active and working. On most occasions, before July, Wael could be found in the office on Saturday's fielding phone calls and reviewing paperwork. One example I briefly can provide, was when I went to the office on a Saturday early in my employment, and 'ran into' Wael. At that time I did not yet know he went to the office on Saturdays. He calmly explained, that he goes in on most Saturdays and that he was closing in on a deal for one of his other businesses. The commitment of time Wael puts towards his business is one of the many keys to his success. I have seen him work around the clock, from early morning hour calls with Egypt associates, then putting in a full 9-5 work day, then attending an off hour work meeting with our international offices, and capping it off with work dinner at night. It is why one should not be surprised when they hear Wael spent hours studying the international halal trade business to understand how to run a certification company effectively. I've found that in life, half the battle is simply showing up, and Wael "shows up", twenty four hours a day, seven days a week, for his business interests.

Regarding phone calls, this is another strong example of Wael's work ethic along with his commitment to others. He will never ignore or silence a phone call, unless otherwise completely inappropriate. The acknowledgment of individuals both in business and personal, are significant aspects of success that I've witnessed throughout my career. Experiencing Wael's vigilance to never ignore a call, even when I know he does not want to pick up the phone, or he is tired, or it happens to be the 100th call of the day: regardless the reason; Wael's commitment to the people around him at *any* hour of the day is an essence of his success. He will never turn down a conversation or hearing someone out, sometimes past his own determinate. He always will find time to make himself available, which is important for building business and personal relationships.

On top of all of this, he has a sharp mind. I have found he is a great negotiator and very strong with mathematics and percentages. I envy his ability to negotiate and have a lot to still learn regarding his ability to do so. I mention this to put into context the multinational business conglomerate he built and the factors that went into creating it, besides the notorious "halal monopoly contract". He is the 'Brain' behind the mission. A mission that provides for the livelihoods, and career development for a hundred plus employees worldwide and literally food for the table for millions of Egyptians. Highlighted above; Wael's strong work ethic to learn and understand the business, commitment to the people around him, and his own innate ability to negotiate good business deals are the truest and most pure testaments to describe his success.

The notion of the "American Dream", is used often to describe the greatest of opportunities know to mankind. The notion that honest hard work, commitment, and efficient practices remain the supreme components towards the *pursuit of happiness*, regardless of someones' race, ethnicity, creed, sex, and/or class. Wael exemplified the American Dream. That experience inspired myself and our other employees to stay committed to the mission of providing an essential service on a global scale.

While most of my experience with Wael orbits around work related material, I have also developed a personal relationship with him, and consider him a friend. I was there during his marriage and becoming a father with the birth of his first daughter. (To be clear those happened in Egypt, but more on that experience later.) I was there when he wrote significant donation checks to his Coptic Church, which provides a solid foundation of community for Coptic Egyptians. I was there to witness him ordering not one, but two portable medical grade vein finders, for an individual in his home town in Egypt who was seeking dire medical attention and did not have the necessary resources. Wael order two vein finder devices because he needed it ASAP and, "which ever one comes first we will send", because it was that urgent to that individuals well being. I witnessed Wael donate to the Municipality of Edgewater a specialized bus used to shuttle senior citizens in the town. My father and I received decorative mirrors with my father's police badge number engraved, because Wael saw a similar mirror and thought it would be a thoughtful gift. I've lost count of the amount of dinners Wael paid the bill for with friends and associates. I've seen Wael provide a personal loan for an individual in the Coptic community who fell under hardships.

In fact, Wael himself has offered assistance to myself. When I first moved to my new apartment he offered to furnish the apartment in a form of a loan. His words to me in summary were; "It's not about the money, pay me back whenever. I want you to be comfortable in your new space. Pick whatever you want, and let me know." These examples continue still to this day, even in his current legal circumstance. Just last week he offered to pay for myself to go to business or law school and the company would provide a payment plan for my tuition. It's simple, and straightforward acts of generosity that I have become to know Wael for. Maybe it is not the best practice to offer loans in such a way because of the risk and scrutinization. However, for better or for worse this is a testament to Wael's personality and who I know him to be. Again referencing back to Wael's attribute of commitment to others, he will do what he can to provide opportunities and well being for the people around him.

Finally and in my opinion most importantly, is Wael's commitment to his family who are currently in Egypt. I do not want to take up too much of your time highlighting the importance of a father's presence in his young daughters's life and how it carries generational consequences. It is already tragic that he has not been able to see and hug his wife and three toddler daughters in person for around a year now. As adults we are all aware of the circumstance, but his children are not capable of understanding why. Their innocence and how Wael acts around them is a silver lining for myself through this whole experience.

As I mentioned before Wael is serious about his business and his relationship with others. He does not miss a phone call, however there is one special phone call that is not related to work he surely will not miss. That all important phone call (FaceTime) is from his wife, and his three daughters are often part of those calls.

I will tell you it is like a switch for Wael, something magical happens, you can see the weight of the world lift from his shoulders, the furrows of uncertainty on his brow smooth out, and his eyes light with joy only a parent can truly understand. In those brief calls, daily stress, burdens and personal woes fade into the background, and is replaced with love at its purest form. His smile and laughter become more genuine, his voice becomes a little softer, and time is allowed to slow down while he is transported to that shared space with his family. To prohibit this scared interaction of pure love, would not just be dramatically sad, it would be akin to robbery of his and their humanity. Such a decision would, in my opinion, be the grandest of crimes, stripping away not just fleeting moments in time, but the foundation of a loving relationship.

In summary, my experience with Wael Hana over the past seven years have shown someone who is deeply committed to both his personal and professional relationships. His work ethic, business acumen, and generous spirt have not only shaped his enterprises but have also profoundly influenced the ones around him, including myself. As you consider the circumstance before you, Judge Stein, I urge you to consider the full scope of Wael's character and who he is as a human. Not just in the context of his legal

challenges, while very serious, but consider the broader scope of Wael's contributions to society. I hope you take my heartfelt letter into consideration. Again, thank you for your time and attention.

Respectfully yours,

Nick D'Alessio
862-354-3368 | nick.dalessio8@gmail.com

A-14 - D'Alessio, Nick, Sr.

Honorable Sidney H. Stein
United States District Judge
Southern District of New York

500 Pearl Street
New York, NY 10007

September 3rd. 2024

I would like to thank Your Honor for giving me the opportunity to present my voluntary statement as to my association with the defendant Wael Hana. I was introduced to Mr. Hana, I believe, somewhere around the year 2010 by my longtime childhood friend Andy Aslanian Esq. We had many dinners together and a lot of fun times. At the time, Mr. Aslanian was in the process of starting a business involving certification of foods. After this time, Mr. Aslanian developed throat and lung cancer. Mr. Hana took personal time accompanying Mr. Aslanjan to the Colombia Presbyterian Medical Center in NY and always offering his assistance during treatments, as no one else did.

I recall both Mr. Aslanian and Mr. Hana discussing the venture while at dinner and drink. I believe that during the time between 2010 and 2017 a company was established and incorporated involving this. Mr. Aslanian was the attorney for this venture, and I believe a shareholder. As the company progressed, / was made to understand that it was going well due to Mr. Hana's constant hard work on the project, which I observed for many months and now years.

It was around 2018 that my son Nicholas was in need of a job, as his former employee had retired from his position with the government. Your Honor, as a former NJ state trooper I would have never asked Mr. Hana to interview my son if I had any inclination that he was involved in any criminal activity. I firmly believe in the rule of law as I lived it. I am 89 years of age, and a God-fearing man. I Judge man by his or her heart. Mr. Hana, in my honest and truthful opinion has a good and loving heart, I had several medical issues, and he asked me many times if there was anything I needed just to ask. It was not only me but everyone who he knew needed help financially or otherwise. He is just a very generous man and a person who I know would never have broken the law if he knew that what he was doing was wrong. From what I observed, he did not.

Your Honor, I believe in the rule of law as I lived it and respect it to the fullest. As a man of God, I know that none are not innocent of mistakes during our lifetime. Mr. Hana may have made mistakes in terns who he associated with, as a father I become emotional thinking of Mr. Hana not being able to spend precious time with his three little girls living back home in Egypt. It's been over a year since he has been able to hold them and mentor them. I've witnessed the hours he spends on the phone talking to them on face calls, while grieving about not being able to hug or kiss them.

In essence, I ask Your Honor to look into your heart to help a man who also has a truly good heart. Please help him to keep it while making your decision as to the penalty to be imposed. Hopefully god willing, he will be given probation and no incarceration and gets a second chance.

Respectfully submitted

Nicholas D. D'Alessio

A-15 - de Azevedo, Ariane P. Marinho

Ao Excelentíssimo Senhor Juiz Stein,

Meu nome é Ariane P Marinho de Azevedo, sou Assistente Administrativo da IS EG Halal a cerca de um ano, obtive a oportunidade de conhecer Sr. Hana em 2023 quando veio ao Brasil conhecer nosso novo escritório, tenho a dizer sobre o Sr. Hana que é um ser simpático, educado, de grande sabedoria e expectativa, que conduz perfeitamente o que faz e que sabe o que dizer no momento certo, foi atencioso com todos da empresa em durante sua permanência, esteve sempre aberto para conversar sobre qualquer assunto para poder ajudar, e claro, pensando no nosso bem-estar sempre.

Além de tudo, sou totalmente agradecida pela oportunidade de fazer parte da sua equipe, pois em pequenos passos e com muitas mãos que se faz uma empresa dedicada.

Respeitosamente,
Ariane P Marinho de Azevedo

To His Excellency Judge Stein,

My name is Ariane P Marinho de Azevedo, I have been an Administrative Assistant at IS EG Halal for about a year, I had the opportunity to meet Mr. Hana in 2023 when he came to Brazil to see our new office, I have to say about Mr. Hana that he is a friendly, polite person, with great wisdom and expectations, who carries out what he does perfectly and who knows what to say at the right time, he was attentive to everyone in the company during his stay, he was always open to talk about any subject in order to be able to help, and of course, always thinking about our well-being.

Above all, I am completely grateful for the opportunity to be part of his team, because in small steps and with many hands [is] how a dedicated company is made.

Respectfully,
Ariane P Marinho de Azevedo

A-16 - Ezzat, Imam Ibrahim

Dear Judge Stein,

Hope your excellancy are doing well. It's my great honor to write this letter for you. I have some information on behalf of Mr. Hana, wish will be helpful. I had first met him on 24th Feb, 2020 in India. My main and basic especialization is in Religion Islamic affairs and came India to supervize their work or slaughtering to be in accordance with Islamic rites. We met him evening in dinner, I found him modest, respectful and successful businessman. We had a discussion, he advised to exert utmost efforts to ensure the quality of products. Our maid main requirement to present a hygeinic food with the highest quality. We all must devout our efforts for humanity, each in his feild to rise the product quality, to be patient and helpful to all clients and to push the progress of economy and any one works in public position must exert his time for people, he said. When he was that time in India, he never disrespect anyone position, nor had a meal without all the staff and how was gerous with waiters or with our team. I remember that our office driver in India had a very bad financial conditions as he was Afghan refugee, father of 5 children, and his handicap aunt that got very bad family conditions. When Mr Wael Hana knew about he started p to pay whatever medical charges of aunt, increased his (driver) salary, paid educational charges of his children in schools and made sugery to his wife as the baby died she was pregnant died.

that was very necessary to have a surgery. He is used to buy them the monthly medicine. He gave them money to push their financial requirements of these 8 family members. In addition to give the driver two months bonus. Mr Hana asked me to update him of like these bad conditions of our office members or even strangers. He will provide them with whatever assistance of medicine, food, clothers or educational requirements for children.

This driver had a very bad life before joining the work as he is a refugee and he didn't had a job. Tough life, his family and children faced as they escaped from war in His country to save their lives.

I visited them in their poor flat, I updated Mr Hana and he took the charge of helping them on monthly basis. He relieved their sufferings, bought their medicine and helped children to complete their education.

The sample example, with our maid in office, (cleaning) she is the only person in her family works. she is also Afghan and a refugee.

she had 3 children, husband, old mother-in-law, aged father-in-law. They were leading a very crucial life in India after their travel from their country leaving war and conflict behind to save their lives and children. No one agreed her to work except Mr Wael Hane. They

3

are living in India together in Two rooms with very bad money conditions. She was pregnant and no money to have an operation in hospital. Mr. Hana asked to give her two months bonus plus any surgerical operation, he will bear and pay from his pocket. I remember how was this Family happy with the new Female baby and make suplications to Mr. Hana to Allah to increase his health and wealth. He paid monthly the medical expenses of the aged Father and mother of her and also the monthly medicine. Without his assistance, no one will pay and save human lives. He asked me to keep like this as confidential and not to disclose to anyone as according to him, he wants only reward From (God, He is All-Knowing) and asked to keep between me and him. Even his mother, brothers or wife not know about charity or the good support to the poor, needy or handicap. I kept confidential more than 4 years now, but It's Time to tell you.

I also remember that one Sheikh lady worked with us for our office and left the job two months befor delivery her new baby boy, Mr Hana asked to send her two months as bonus to help her.

One perspon person asked some amount to help him I checked and Found him lair, he asked around 300$

4

then I refused, but this man called Mr Hana and he
believed him, when Mr Hana called me to give, I exp-
lained to him the reality. Mr Hana appreciated me and,
told me, it's a very small amount, Maybe you didn't
The real situation behind his requirement. We all were
in bad conditions, everyone has good or bad qualities
but don't-/mam-your bad qualities to kill or overcome
your good nature. I was in a very bad need and
God gave me from his bounty. Then asked me to
give him,
Covid-19 started in India around 21th March, 202
the situations were bad for everyone, the private offices
closed, curfew everywhere, some office started to fire
some of their staff or decrease 50% of salaries.
Mr Hana refused to make the same and everyone
recieves Full salary on time, even with no work.
He said, people are very weak and situations very
hard, we should help and assist. I told him, we
as a company didn't gain or achieve profit or even
make work. He said we should support the needy
in hardships, to win hearts better than to win money.
We were in need of some account managers, those
applied were different religions, muslims, Hindu, sikh, e
some of our team wanted to appoint Muslims only,
pretending that it's better to have good relation of habe
but Mr Hana agreed to appoint different religions and

asked
to teach them about Halal. We are all humans and brothers" Mr Hana said. Now we have Muslims Hindu, Sikh or different religions. During the Covid time, the international flight operations from or to India were hold.

And I had problem to extend my visa, I had left My wife and my (3) baby daughters. My youngest daughter was less than 6 month of age. The life conditions were tough and couldn't travel to my family, had a problem in My official job in Egypt. Mr Hana helped me to extend visa, To bring my wife and children and paid the expenses. I recivered My Family on 3rd Sep, 2021 after (19) months of absence. And for my job, he gave me agreement to help me in tough time and he never mention about it.

In breif:
- Mr Hana pays monthly whatever expenses of medicine, medical visits to some aged people.
- Mr Hana extended the helpful hand to pay the charges of delivery of some ladies.
- Some still recieve monthly money for the educationalcharges of their children.
- He increased some salaries more than 300% of some employees to help them manage their daily life in 4 years only.
- He gave instructions to help any poor, needy or in critical situations of our team or not.

- He helped some indian clients to get their payment from Egyptian buyers.
- He helped to push the economy between countries, especially during Covid 19 tough Time,
- He asked to assist clients in any hard time and reply emails and meet them if required.
- He still paying for any surgical operations and one lady took her salary 5 month and she were at home.
- So many charity are given monthly after he approves
- He never reject any good to any needy, whatever religion or family members.
- I don't know the fate of all these people, sick, children, students, poors, needy, etc if any thing happens to prevent Mr. Hana to give them.
- I don't know how refugees, poor families will live or send children to schools, if anything happens to Him,
- please, dear judge bear in your merciful decree or decision the many families depens mainly on Mr. Hana freedom to continue his doing good and completing their life with their small children in life. Only we need your human support to this merciful man and to those people of sufferings to continue their life.

                    Respectfully yours
              Imam Ibrahim Ezzat

A-17 - Faragalla, Selvya

To: Honorable Sidney H. Stein

United States District Judge

Southern District of New York

500 Pearl Street – New York, NY 10007


Subject: Wael Hana Character Reference

Dear Honorable Judge Stein,

It is with an incredibly heavy heart that I write this letter. The sadness I feel is overwhelming as I find myself in this position, knowing that my husband, Wael Hana, is enduring such an unimaginable ordeal. It breaks my heart to see him facing these challenges, and I struggle to put into words the pain our family feels. What is not difficult, however, is speaking about the man he truly is—his kindness, his devotion as a father and husband, and the countless qualities that define his character. It is my hope that by sharing these with you, you will come to understand the extraordinary person I have been blessed to share my life with.

Our marriage was arranged through family, and we first met in February 2020. By July of that year, we were married. Despite living abroad, Wael made every effort to make me feel loved and cherished. He never allowed the distance to come between us, maintaining constant contact regardless of the time zone. Wael would frequently travel just to spend time with me, often surprising me with thoughtful gifts that showed how much he cared—from luxury brand bags to gold to jewelry. When he proposed, he gifted me a ring over 5 carats, a gesture that was

exceptionally rare and remarkable in Egypt. This generous behavior did not end after the engagement; it has continued until this day.

Even though our engagement period was short, I quickly learned who Wael truly is through his actions, which seemed almost second nature to him. Family has always been of utmost importance to him, and he consistently went out of his way to ensure that those close to him felt supported, valued, and cared for. Wael's father passed away at a young age, and this loss shaped the man he has become today given him a deep sense of empathy and responsibility, which is reflected in his actions towards others.

Wael's generosity extends beyond his immediate family, deeply touching the lives of those within and outside our church community. He has always been attentive to the struggles faced by members of our community, frequently asking me about any families in need of assistance. Let me share a few examples that illustrate his dedication to ensuring no one is left unsupported. Our church has a priest who oversees widows facing severe financial hardship. In Egypt, debts often fall on widows who, having never worked, face the threat of imprisonment if they cannot pay. Since I have known Wael, he has consistently made sure that no widow is left in such circumstances. Another cause that deeply concerns Wael is providing assistance to those in need of medical equipment, medication, or procedures. The most recent event, someone in our community required two cornea implants—a procedure that is extremely costly and must be paid for upfront. Without hesitation, he covered the entire cost, alleviating a significant burden from the individual and their family. Wael's generosity has made a significant difference in people's lives.

We are blessed with three wonderful daughters: Marla, and twin sisters Myla and Mylin. Wael's role as a father is where his love and commitment shine most brightly. Despite the physical distance and challenges he faces, he has always made it a priority to be present for each of their

significant moments, including their births and baptisms. He is deeply invested in their well-being and happiness, both financially and emotionally. His love for them is evident in every action he takes and every decision he makes. He ensures that his children always have the best of everything—whether it's clothes, shoes, or schooling—because he wants to provide them with every opportunity for a happy and fulfilling life.

Although the girls are very young, their father's absence has profoundly affected them. They may not fully understand why he isn't physically present, but they certainly feel his absence. His absence weighs heavily on them, particularly during moments when they long for his attention and affection. Since Wael left in September, it has been heart-wrenching as a mother to witness the deep emotional toll on my children—a pain I never imagined experiencing. The girls become visibly distressed when they see other children with their fathers at church or daycare. We live near an airport in Cairo, and whenever an airplane flies overhead, their faces light up with hopeful excitement as they chant, 'Daddy is coming home!' Marla, at just three and a half years old, often approaches her teachers with questions like, 'When is Daddy coming?' because neither I nor her father can give her a direct answer. The sadness over her father's absence became so overwhelming that she refused to attend daycare for six months, in hope of his return.

While Wael does his best to stay connected through video calls, there is no substitute for having him physically present. Every morning, regardless of the time zone, he Facetimes Marla to say good morning, and before she goes to bed, he always calls to ask about her day and say goodnight. The twins, Myla and Mylin, eagerly rush to Facetime him as soon as they wake up, climbing to be the first in the camera frame during their video calls with him. Wael also consistently sends thoughtful gifts, hoping that these small tokens of his love might bring them a moment of joy and comfort. Despite his best efforts, the physical distance remains a significant challenge for them, and his absence is deeply felt in their daily lives.

In September, when the indictment was announced, Wael and I were together, and the moment the news broke, he was on the phone with the U.S. office, urgently demanding a ticket to fly out immediately. Despite my desperate pleas for him to wait so we could travel together, especially since I was in the process of applying for a visa to join him in the USA, he remained steadfast. His confidence in his innocence drove him to act without hesitation, fully believing that the justice system would ultimately vindicate him.

I want to emphasize that my words about Wael are not just because he is my husband, but because he truly shows the qualities of a good and honorable person. I hope you will look beyond my role as his wife and see the genuine character he has consistently demonstrated. This situation is not merely a legal matter to us—it is a crisis affecting a family that relies on him. The thought of losing Wael to incarceration is not just a legal issue; it represents a severe emotional and practical blow to our entire family and community. His absence would have devastating consequences that are difficult to fully articulate. I am deeply worried about our future, and I urge you, Your Honor, to consider the impact on our three young daughters, myself, his mother, his brothers, and our entire community. Without Wael, we would face challenges far beyond what anyone can imagine.

Sincerely,


Selvya Faragalla

Selvya Faragalla

A-18 - Galan, Rae

Rae Galan
534 Union Blvd
Totowa N.J. 07512
September 10, 2024.


RE: Wael Hana.


To the Honourable Judge Stein,
I am writing on behalf of Wael Hana in hopes to offer you a fuller picture of this man as
an individual.
My name is Rae Galan, I am a retired sheriff's officer. I am contracted with Mr. Hana as
his personal driver. I have had the pleasure to have got to know him and witness daily
the true essence of his character. He exudes the utmost respect to all, showing no
difference to friend or homeless alike. He is extremely hardworking and dedicated to his
family and employees. He is a man respected by all because of his integrity and work
ethic. His values are congruent with and evident in his word, action, personality and
life. He is a true gentleman in every sense of the word. A man revered by all.


I am overwhelmed by his generosity to everyone, staff, strangers and moreover
homeless. In today's society, it is rare so refreshing to see someone so successful be
humble and so grateful for what they have achieved in life to give back as I see him do
on a daily.


It impresses me every time when he insists to stop to help a homeless person regardless
of our schedule. He prioritizes it above everything. Although dealing with the
devastating of this case and constantly taking calls from his family, mainly his
daughters worried about their dad, managing staff and responsibility of family he finds
time for what is important to him, helping others.


I speak with authority about the normal condition of Wael Hana's values character. I
experience first hand being along side him daily as an individual who is hardworking
dedicated to his family. He demonstrates numerous qualities of an extremely values
member in our society, which in these times is very rare.


I am happy to discuss this reference and can be reached every time at 8622389202


Respectfully,
Rae Galan.

A-19 - Garcia, Linamaria Bogota

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

August 24th, 2024

I am writing to you regarding the case of Mr. Wael Lowndes Hana.

I have been employed by IS EG Halal since January 2023. I was given this opportunity due to my academic background in Government and International Affairs, gained as an International student in Boston, and my experience working with diverse cultures and nationalities in my hometown of Colombia.

Initially, I served as the Latin America Liaison, collaborating closely with our well-established offices in Uruguay and Brasil. It wasn't until October 2023 that I had the chance to meet Mr. Hana in person. Shortly thereafter, he promoted me to the position of Global Liaison, entrusting me with the oversight of all countries where we operate, including administrative and operational responsibilities in Germany, India, Australia, New Zealand and Latin America.

1

In my daily interactions, I was struck by the deep respect and genuine affection that employees in the United States, Uruguay, and the rest of offices have for Mr. Hana. While my direct managers, Nicholas D'Alessio and Cristina Sinisi, did not explicitly described his leadership style, it became evident to me through the consistent praise and admiration from colleagues across various countries.

I have witnessed Mr. Hana's remarkable generosity and dedication to his employees. For instance, he covered funeral expenses for a colleague's family member in Uruguay, paid over $5,000 USD in medical bills for a supervisor in Paraguay involved in a car accident, and I was granted extra days off for my five-year-old sister's open heart surgery in Miami last year. I have been given the opportunity to live in an apartment close to the office in order to reduce my time commuting from home. His kindness extends to providing Cadillac SUVs for all employees in the US office, offering premium medical insurance to us, and arranging tickets for regional managers to visit their families in Egypt. Additionally, he ensures that employees receive Christmas gifts and bonuses, religious holiday bonuses tailored to their countries, and has made significant donations, including over $25,000 USD to the

2

Islamic Center in Uruguay, he has donated halal certificates to Palestine, and annually he supports the Alex Sebanie - Never back down memorial foundation located in NJ.

Mr. Hana is a proud father who frequently speaks of his daughter and twins during dinners, reflecting his deep commitment to family values. As I believe he does not pose a threat to the community, he is respected, appreciated, and admired by those who know him. Over the past year and a half, my experience working at his company has shown me that I am privileged to be in an environment where my contributions are valued, my insights are considered, and my experience is respected. Mr. Hana, as Chairman, fosters an atmosphere of unity and respect among all employees, reminding us that the quality of food served on Egyptian tables depends on our daily work.

I deeply admire how Mr. Hana has built such a solid company across multiple countries, especially considering his journey as an immigrant from Egypt at a young age. As an immigrant myself, I respect his resilience and ability to thrive in a challenging environment like the United States.

3

Moreover, I hold an unwavering belief in the fairness and integrity of the American Justice System. I am confident that the truth will prevail and that Mr. Hana will be judged based on the facts, free from any external influences or political bias. The principles of justice that this country upholds have long served as a beacon of hope and equality, and I trust that these values will guide the proceedings in Mr. Hana's case. I firmly believe that the court will recognize his contributions to society, his dedication to his employees, and his character as a law-abiding citizen.

Thank you for the time to consider this sincere letter.

Respectfully yours,

Linamana Bogotá G.
Global Liaison

4

A-20 - Ghaffar, Nermeen Abdel

Dr. NERMEEN ABDEL GHAFFAR.
[Brazil]
[Sao Paulo]
[nrabdelghaffar@iseghalal.com]
[3-Sep.-2024]

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Stein:

I am writing to offer my sincere support for Wael Hana and to highlight some of his outstanding qualities that make him deserve appreciation, support and respect.

I have had the pleasure of knowing Wael for almost two years, having joined IS EG HALAL as a delegate to supervise the work. in this time, I have come to know Wael as a person of integrity, professionalism, and strong moral character.

We are all incredibly proud of Wael as a successful businessman whose extraordinary achievements have built a thriving enterprise that many families rely on, both in the States and internationally. However, I feel compelled to highlight his personality, which is even more remarkable than his business accomplishments. His character is truly special and has profoundly impacted the lives of those who work with him, as well as their families, he has impacted the lives of many employees and their families. While I am not able to speak on their behalf, I can attest to the deep difference his support has made in their lives.

Wael embodies the true essence of generosity. It's not just the people currently employed by him who benefit from his kindness; I have witnessed his generosity extend to former employees and their families, across various countries. He remains in touch with them, offering help and support whenever needed. His generosity and the way he treated everyone in the office during the few times he was here were unforgettable. He made sure everyone joined him for lunch and dinner, showed genuine concern for the young office girl, and was exceptionally generous to the driver.

I have also witnessed his unwavering commitment to supporting others, His giving nature places him at the forefront of those who go out of their way to help, even extending his kindness to friends who never asked for assistance. He not only encourages them to develop their knowledge and qualifications, broadening their minds and perspectives, but also offers help when needed.

As I have no brothers of my own, the opportunity to communicate with Wael has been particularly meaningful. He has always assured me that, regardless of our professional relationship—which may end at any time—we are like brother and sister, and he will always be there as a brother I can call on whenever needed. His constant reassurance, with words like "Everything will be easy, and God is the helper" has been a source of great comfort and support for me. Even though he is in the United States, and I am in Brazil, the support, generosity and care I have received from him made me feel not like a stranger in a foreign land, but rather like a valued member of the company.

Our entire team, though not related by blood, feels like a family with Wael as one of our own. We stood behind him in court, unable to hold back our tears in those final moments because we all believed he deserved nothing but the best. The accusations against him do not reflect the person we know and trust; they are completely out of character for the Wael we know personally, He would never be involved in any wrongdoing against this country, which he once described in his own words as "one of his parents," having spent and worked hard in the United States for half of his life.

I was both astonished and deeply impressed to discover that Wael's remarkable ingenuity, skill, and extensive life and his experiences are all deeply rooted in his profound spiritual belief in God. This was evident in his unwavering words: "God is with us, and I entrust my affairs to God, and God is the One who seeks help." Although this aspect of his faith and spirituality is often private, fairness compels me to acknowledge it, as it is a significant part of who he is.

Words, especially in a language other than your native one, often fall short of fully expressing the depth of meaning and emotion we wish to convey. However, we hope that our words can capture at least some of the feelings we have for him and reflect the qualities that make him so special. We sincerely hope these qualities continue to flourish among his family, friends, colleagues, and community, so that he can keep giving what his loved ones—his daughters, family, those close to him, and the community—need from him.

It is the unique fate of certain individuals to carry the dreams, ambitions, and hopes of many on their shoulders. This is precisely what I have witnessed in Wael Hana. His actions and decisions have had a profound and lasting impact on the progress of our work and the realization of our collective ambitions.

I am confident that the truth of my words will resonate with you, as they reflect the deep respect and admiration, I hold for the remarkable influence he has had on our team.

 I respectfully ask that you consider Wael's past conduct, positive contributions, and the impact he has had on those around him when making your decision. I am confident that his continued presence in the company and community will be of great benefit to all.

Thank you for your time and consideration.

Respectfully,

NERMEEN ABDEL GHAFFAR

VETERINARY OFFICER,LATIN AMERICA

A-21 - Hajjar, Jack Dr.

Dear Honorable Judge Stein,

My name is Dr. Jack Hajjar, and I am a board-certified anesthesiologist with over 30 years of experience in the medical field. Since 1989, I have dedicated my life to practicing medicine and ensuring the well-being of my patients. I first met Wael Hana in 2016 through a mutual friend, Mr. Antranig Aslanian, a respected attorney in New Jersey and someone I considered more like family than just a friend. From the beginning, I was struck by his hard work, sincerity, compassion and eagerness to help people around him.

From 2016 to 2017, I would frequent the law office because I had a case that the firm was working on, and it was during my frequent visits there that I got to know Wael. During these visits, I frequently saw Wael hard at work, diligently researching for his halal company. His dedication and commitment to his business was admirable. In the summer of 2017, we held a celebratory dinner to celebrate Wael's hard work because Egypt had approved his project.

Our relationship continued to grow and my belief in Wael's character became especially clear in 2017 when my dear friend Antranig was diagnosed with stage 4 throat cancer. It was during this incredibly difficult time that I truly came to know Wael's character. Wael was deeply involved in Antranig's care, going far beyond what even the closest of friends might do. He was there for every stage of Antranig's illness. As Antranig's consulting doctor, I frequently received calls from Wael, who always wanted to ensure everything was being handled correctly. He knew Antranig's chemotherapy and infusion schedules as if they were his own, driving him to every appointment and sitting with him for hours during treatments. Wael took it upon himself to learn every detail of Antranig's medications, making sure he adhered to his regimen meticulously. He even called me regularly to check if other physicians were managing his care appropriately, never allowing anything to slip through the cracks.

I distinctly remember one call from Wael, who was distressed because the physicians were planning to insert a G2 feeding tube. He reached out to make sure I was aware and asked for my opinion. Without that call, I might not have had the chance to

intervene. After carefully reviewing the situation, I strongly advised against the procedure, believing it wasn't in Antranig's best interest. It was a critical moment, and Wael's proactive involvement in reaching out undoubtedly played a key role in saving Antranig's life.

Wael's compassion wasn't limited to Antranig; it extended far beyond, to anyone in need. He had an incredible sense of responsibility for others, especially for those who didn't have access to the same medical care we have here. I vividly recall how he would frequently come to me with X-rays, diagnostic tests, blood work, and medical reports from people in Egypt—many of whom had limited access to advanced healthcare. Wael was deeply concerned about their well-being, always seeking my expert opinion so he could help guide their treatment. During COVID-19, he was constantly sending essential supplies—ranging from masks and sanitizers to medications and personal protective equipment—to his friends, family, and community members.

Wael's kindness extended beyond his professional and community efforts. I personally experienced his generosity when my daughter, Alexandria, was seeking employment. His willingness to help her, just as he had helped so many others, speaks volumes about his character. Wael's support made a significant difference in Antranig's life and my daughter's life. He demonstrated genuine compassion and commitment to uplifting those around him.

Thank you for considering my perspective on Wael Hana. I hope this letter helps convey just how truly honorable and caring he is. His kindness and dedication have made a significant difference in many lives. His absence would deeply affect those who have come to rely on him, financially and emotionally. I appreciate your attention to this matter and hope it sheds light on the impact Wael has had on those around him.

Respectfully,

Dr. Jack Hajjar

A-22 - Hana, Hany Loundes Makhaly

السيد القاضي رئيس المحكمة

تحية طيبة وبعد

اكتب لسيادتكم هذا الخطاب بخصوص السيد/ وائل حنا وقضيته التي تنظرونها.

أولا: دعني اشرح لسيادتكم تكوين العائلة، نحن أب وأم وأربع أولاد، توفي والدى في ١٩٩٩/٢/٢١ وكان دائم العمل في الخارج. والدتي كانت مواليد 1952/12/2 وهي ربت منزل تفرغت تماما لتربيتنا وشاهدت معنا في التعليم حتى التخرج وتعبت كثيرا في التربية لأنها معظم الوقت كانت بمفردها بسبب ظروف سفر والدي خارج مصر فهي كانت بمثابة الأم والأب في نفس الوقت لأربع أولاد في مراحل تعليمية وعمرية مختلفة، وبمعاونة ربنا لها كبرنا وتعلمنا، تزوج ثلاثة منا، و اختار الأخ الرابع طريق الرهبنة وبالفعل ترهبن في دير أنبا انطونيوس كاليفورنيا وهو دير تابع للكنيسة القبطية الأرثوذكسية بمصر.

ولأن هذا الخطاب بخصوص وائل في المقام الأول دعني سيدي القاضي اتكلم عن وائل، وان كانت شهادتي فيه مجروحة لأنه أخي ولكن اقسم لسيادتكم إن كل كلمة أقولها هي حقيقة بالفعل. وائل على المستوى الشخصي يتمتع بقلب أبيض صافي ولا يعرف أن يكره وائل فيما بيننا إن أكثر قلب أبيض فينا ومحبته كبيرة جدا، إن قلب وائل وطيبة قلبه الزائدة تجعله مطمع من الناس المحيطة به على المستوى العملي او الاجتماعي، فعلى المستوى العملي كثيرا ما تعرض وائل لعمليات نصب لأنه يثق في الناس ولا يأخذ الحيطة من أي شخص. وعلى المستوى الاجتماعي فهناك من يطلب أشياء ثمينه على أساس إنه محتاجها أو كهدية وهو لا يرد او يرفض طلب لأحد. ومعي بصورة شخصية أعتقد أنها تتعدى علاقة الأخوات ببعضها البعض فهي بمثابة أب وابن، فإن وائل لي أب وأنا ابن وإن كان في بعض الأوقات أشعر بالعكس عندما أرى استغلال بعض الأشخاص له. دعني اتكلم لسيادتكم عن وائل الأب وما عمله معي بصورة شخصية. أولا إن أول جهاز كمبيوتر لابتوب أمتلكه أنا وأخي الراهب أنا وأخي التوأم كان توأم كان وائل أرسله لنا في 2007 تقريبا وأول جهاز iPhone امتلكه انا وأخي التوأم أيضا جهاز كان مرسل لنا من وائل أيضا في 2010 تقريبا وكان قبلها ارسل لنا أجهزة مثل Nokia و Motorola وكان دائما ما يدعمنا بالمصاريف الخاصة أثناء دراستنا بالكلية بعيدا عن مصروفنا الذي كنا نأخذه من البيت بصورة طبيعية ومرت الأيام وأخي التوأم سافر أمريكا في 2012 وظل معه في العمل حتى انتقل إلى كاليفورنيا في 2015 تقريبا وظل هناك حتى دخل الدير في 2016 تقريبا واستقر في كاليفورنيا منذ 2015 لانه قام بزيارة إلى دير الأنبا انطونيوس وشعر إن هذا الدير هو سوف يكون طلبه للرهبنة وبالفعل حدث هذا في 2016 دخل الدير وظل فيه فترة ما يقرب من ثلاث سنوات تحت الاختبار وأخذ نعمة الرهبنة في 2019 هذا كان أخي التوأم، أما أنا كنت أعمل مع أخي الأكبر في مصر حتى زواجي في 2018 ووائل قرر أن يتكفل بمصاريف سفري إلى لبنان لقضاء شهر العسل هناك وبعدها كان عندي حلم من زمان أن أدخل في مجال الاستيراد وعندما تناقشت مع أهلي بالمنزل في هذه الرغبة وخوض التجربة، شجعنى أخي الأكبر ووائل بصورة خاصة على ذلك و بالفعل سافرت الصين عام 2019 وتم استيراد أول حاوية وكانت معظم قيمتها من وائل وبعد أول تجربة كلمت وائل وقلت له نشكر ربنا التجربة كويسة جدا ومحتاج أكبر التجارة وتم تزويدي بالمال وفي منتصف ٢٠٢١. طلبت زيادة رأس المال مرة أخرى لكي أسافر تركيا و استورد من هناك ايضاً للتنوع فوافق وائل ولم يرفض إطلاقا. وعلى الرغم من إنني ادير شركة برأس مل يساعدني على شراء سيارة ولكن وائل اشترى لي سيارة موديل 2020 ودفع هو ثمنها بالكامل وفي ٢٠٢٢ عرضت على أهلي أن

أشتري شقة في القاهرة وبالفعل دفع هو ثمنها بالكامل، وطلبت منه من قبل سلسلة ذهب فقام بإهدائي سلسلة وأنسيال نفس الشكل ذهب اصفر و سلسلة وانسيال نفس الشكل ذهب أبيض، فإن كرم وائل معي لا أستطيع أن أوصفه إلا بكرم الأب مع ابنه بالفعل لأن لا أعتقد أن هناك شخص يحب شخص آخر ويعمل له كل ما في وسعه الا الأب مع ابنه ولذلك نحن كعائلة حتى أقاربنا وأصدقائنا وكل ما تعامل مع وائل حزين جدا لكل الاتهامات والصورة الموحشة التي تناولها الإعلام عن وائل، وبصورة خاصة والدتي انها كل يوم حرفيا تموت من اجله وبتقول انه لا يستحق كل هذا و هذا ليس لأنها أم ولكن لأنها تعلم جيدا ابنها وتعرف كيف يحب ويشعر بضعف الناس. استحضرني موقف آخر سيدي القاضي إن وائل قضى معنا بعض الأعياد حيث انه " لظروف عمله و سفره كان لا يحضر كل المناسبات معنا " مثل عيد الميلاد و عيد القيامة المجيد في محافظتنا بل انه كان يعطي والدتي حوالي 100,000 جنيه مصري ويقول لها أعطي أي حد محتاج وبالأخص لو علم إن عندنا أحد الأقارب مريض أو محتاج وتكون حالته المادية ضعيفة، و ان قالت والدتي له إخواتك ساهموا ايضاً قبل ان تأتي، كان يقول لها مش مشكلة الناس محتاجة واحنا ربنا كارمنا وكرم ربنا كبير علينا، أعطيهم ثاني المرض صعب. طوال فترة حياتي وأنا لم أسمع أن وائل تسبب في مشكلة واحدة او اشتكى أي أحد ولا أقول هذا لانه أخي ربنا يشهد علي كلامي. لو تكلمت علي وائل وما فعله مع الكثير من الأشخاص أحتاج الكثير والكثير من الأوراق ولكن أخيرا دعني سيدي القاضي احدثكم عن زوجته وبناته وائل في 2020 تزوج من سيلفيا وربنا أعطاها مارلا عمرها الآن ثلاث سنوات ونصف تقريبا وأعطاهم مايلا و مايلين توأم عمرهم الآن تقريبا سنة ونصف زوجته عاشت معه من وقت زواجهم في 2020 حتى تقريبا شهر 2023/9 وسفره إلى أمريكا لحضور المحاكمة، ان زوجته متأثرة جدا بغيابه ويمكننا أن نقول أنها كبيرة تدرك لماذا هو غائب عنها وعن الأولاد. ولكن سؤال ابنته الكبيرة عنه بصورة دائمة وعندما تراه في مكالمات الفيديو تسأله وتقول له أنت جاي أمتي يا بابا، سؤال أنا دائما واي شخص يكون بجوارها وقت المكالمة يجعل الشخص يبكي، ويمكن أكثر ما يحزنني عندما نجتمع في محافظتنا أخي الاكبر وأولاده وأنا وأولادي و سيلفيا زوجة وائل واولادهم، دائما ما أري في عيون البنات وبالأخص مارلا الكبيرة أسئلة وكلام فيه الحيرة، فأولاد عمها معهم والدهم و أولاد عمها الثاني (أقصد أنا) معهم والدهم، وأنا "مارلا" فين بابا لدرجة أن أي تجمع عائلي الآن بكون مش حابب أكون متواجد فيه لعدم رؤية مارلا وحزنها لغياب والدها حتى البنتين التوأم الآن دائما ما يقولوا وائل ودائما ما يقولوا بابا سواء لي او لأخي الآخر الأكبر، لأنهم يروا ويسمعوا أولادنا يقولوا بابا، فمثلهم مثل أولاد عمهم يقولوا بابا لأن باباهم بالفعل غايب عنهم ولذلك بينادونا نحن أنا وأخي الاكبر بابا وكأن هذا اسمنا. سيدي القاضي لا أرى في قضية وائل والحكم سوى بناته وماذا سوف ينتظرهم في حالة الإدانة والحبس لا قدر الله رجاءا الرأفة ببناته وزوجته والأخذ في الاعتبار بناته، فقط تلك التي عمرها لا يتعدى أربع سنوات والأثنان التوأم التي لا يتعدى عمرهم سنة ونصف والنظر لوائل بروح القانون.

مقدمة لسيادتكم

هاني لندس مخالي حنا

أخو وائل

Your Honor, President of the Court,

Greetings,

I am writing to you this letter in relation to Mr. Wael Hana and his case before you.

First: let me explain to you our family composition. We are a family of a father, a mother, and four children. My father died on 2/21/1999. He often traveled abroad for work. My mother was born on 12/2/1952. She is a housewife who dedicated her life to raising us and supporting our education all the way until graduation. She put in great effort to raise us since she was alone most of the time, due to my father's international travel. She played the roles of both the mother and the father to four children at different stages of education and life, and with God's help to her, we grew up and finished our education, three of us got married and the fourth brother chose to join the clergy, and indeed got ordained in Saint Anthony Monastery in California, part of the Coptic Orthodox Church in Egypt.

Because this letter is about Wael first and foremost, let me tell you about him, Your Honor. Even though my testimony is weakened by the fact that he is my brother, but I swear to you that everything I'm saying is the truth. On the personal level, Wael has a big heart and does not know hatred; we always say in the family that he has the biggest heart out of all of us and that he is full of love. Wael's love and kindness make him a target for exploitation in his work or social life. He was the victim of many fraud incidents at work because he trusts people and doesn't take precautions. On the social level, some would ask for expensive things claiming that they need them or as gifts, and he does not refuse anyone's request. His relationship with me personally exceeds that of mere brotherhood, it is more like a father and son relationship. Wael is like a father to me, and I am like a son to him, although sometimes I feel like it's the other way around when I see people exploiting him. Let me tell you about Wael the father and what he did for me personally. First, the first laptop my clergyman brother and I ever owned, because we're twin brothers, was sent to us by Wael in 2007, I believe, and the first iPhone my twin and brother and I owned was also sent to us by Wael, I believe in 2010, and before that he had sent us devices like Nokia and Motorola. He always supported us when it came to personal expenses during our years in college that were not covered by our normal allowance that we get from the house. Days passed, and my twin brother left for the US in 2012 and worked with him until he moved to California around 2015, and remained there until he joined the monastery around 2016. He has settled in California since 2015 because he visited Saint Anthony Monastery and felt that this monastery is his calling, and indeed it happened in 2016, he joined the monastery and remained there for about three years under observation, and was blessed with receiving his ordination in 2019, this is my twin brother. As for me, I worked with my older brother in Egypt until my marriage in 2018, and Wael decided to pay for me to travel to Lebanon for my honeymoon, afterwards, I had always had a dream of going into the import business. When I discussed this wish and going through the experience with my family at home, my older brother and Wael especially encouraged me, and indeed, I went to China in 2019, and the first container was imported, most of its cost was covered by Wael. After the first experience, I called Wael and told him that, thanks to God, the experience was very positive and that I need to grow the business, and I was provided the funds, and by mid 2021, I asked to increase the capital again so I can travel to Turkey and import from there as well to diversify; Wael agreed and didn't refuse at all. And although I'm running a company with enough capital to buy myself a car, Wael still bought me a car of a model year 2020 and paid the full price, and in 2022, I suggested to my family that I buy an apartment in Cairo, and indeed, he paid for it in full. And before that I had asked for a gold chain, so he gifted me a matching pair of yellow gold chain and bracelet and another pair of the same design in white gold. Wael's generosity towards me cannot be described other than generosity of a father towards his son, because I don't think that anyone loves another person and does everything to him except for a father with his son. This is why as a family, even our relatives,

friends, and everyone who has dealt with Wael, we are very sad about all the accusations and the tarnished image in the media against Wael, especially my mom who literally dies everyday for him and says that he doesn't deserve all of this, and this is not because she's a mother, but because she knows her son very well and knows how much he loves and feels for others. I recalled another situation, Your Honor. Wael spent some holidays with us, since due to "his work and travel needs, he was not able to attend all occasions with us," such as Christmas and Easter in our governorate. Rather, he would give my mother around 100,000 Egyptian pounds and tells her to give to people in need, especially when he knew that a relative is sick or is in need and is struggling financially, and if my mother tells him that his brothers already contributed money before you came, he would tell her that it is not a problem and that the people are in need and that God has greatly blessed us, and he asks her to give them more because sickness is difficult. All my life, I have never heard that Wael caused any trouble or complaints, and I'm not saying this because he is my brother, God is my witness. If I talked about Wael and what he did for a lot of people, I would need plenty of paper. But, lastly, Your Honor, let me talk to you about his wife and daughters. Wael got married to Sylvia in 2020, and God gave them Marla, who is about three and a half years old now, and Myla and Mylene, twins, who are around one and a half years old now. His wife lived with him from their marriage in 2020 until around September 2023 when he traveled to the US to attend the trial. His wife is very affected by his absence, and we can say that she is an adult and understands why he has gone away from her and the children. But his older daughter's constant questions about him, and when she sees him on video calls and asks him when he is coming back, cause anyone who is present at the time to cry. One of the saddest situations is when we all gather in our governorate, my older brother and his children, me and my children, and Sylvia, Wael's wife and their children, and I always see in the girls' eyes, especially Marla, the oldest, questions and confusion, for their cousins have their father with them, and their other cousins (my children) have father with them, and I'm "Marla", where is my father? To the extent that in any family gathering now, I don't want to be there, so I don't see Marla and her sadness because of her father's absence. The twin girls now say "Wael" and call me or my older brother "Dad", because they see and hear our children say "Dad", so like their cousins, they say "Dad" because their dad is actually absent, and that is why they call me and my older brother "Dad" as if it's our name. Your Honor, I don't see in Wael's case and the sentence anything other than his daughters and what awaits them in case he's charged and imprisoned, God forbid. Please have mercy on his daughters and wife, and take his daughters into consideration, only the one who did not exceed four years of age, and the twins who did not exceed a year and a half of age, and regard Wael in the spirit of the law.

Sincerely,

Hany Loundes Makhaly Hana

Wael's Brother

A-23 - Hana, Nabil

نبيل حنا اخو وائل حنا. وائل حنا منذ نعومة أظافره  وهو شخصية خدومه جداً ومعطاء لأبعد حد فهو لا يعرف ان يقول لا لمساعدة المحتاج ولا ان يغلق عينية او ان يسد أذنيه عن احتياجات غير القادرين او بيوت العبادة. هو شخصية طموحه ولايعرف اليأس فى الفشل فهو رجل لا ينكسر من عواصف الحياة لانه مؤمن بقدرة ومجد ربنا يسوع. الرب أعطاه نعمة الابتكار لذلك تجده يعتز بشخصيّته ورايه جداً وهذا تراه جالياً فى ادارة أعماله فنتراه يميل إلى مدرسة الإدارة الجزئية. تجد وائل بدء اول عمل خاص به وكان فكرة جديده ومختلفه فى اثناء فترته الجامعيه وكان عبارة عن محل كبير لبيع الشيكولاته والحلويات والشيبسى وماشبه ذلك بالجمله وكانت تعامله مع الشركات المنتجة مباشرة وكان عمل متميز. ولكن الله تجلى اسمه وتبارك  كان له تدبير ورأى أخر لحياة وائل فاتاح له فرصة هجرة لأمريكا. وبعد ان هاجر إلى الولايات المتحدة الأمريكية وبداء مرحلة جديدة ومختلفه فى حياته بعيداً عن الاهل والأصدقاء وسط ثقافة غريبه ولغة مختلفة تمام عما نشاء وتربى عليه وبفرصة عمل لا احد من المقربين من وائل كان يتوقع له يوماً ما بان يعمل عامل نظافة فى نيويورك وهذا ليس بسبب عيب نوعية العمل ولكن بسبب شخصية وائل المعتزه بنفسها ولكن لاجل السبب عينه يقبل العمل حتى لا يطلب مساعده من احد وهنا يحضرنى موقف حدث عندما حضرت إلى امريكا وبعد قليل من وصولى إلى الولايات المتحدة الأمريكية احد اصدقائى اصطحبنى لطلب التأمين الصحى المجانى واستخراج كارت لشراء الاكل المجانى وعندما رجعت إلى المنزل واخبرته بذلك قال هذا لا يصح لأنك شاب وقادر على العمل وغير محتاج ويمكنك العمل ومساعدة المحتاجين عن طريق دفع الضرائب السنوية. وبعد عمله كعامل نظافة بداء فى إنشاء مكتب صغير لنظافة البيوت ومكاتب العمل وغير ذلك ومن هنا يبدأ فى عمله الخاص بشراء محطة صغيرة ثم مطعم ثم شركة لنقل الحاويات. الحياة لا تخلو من المشاكل والصعاب ورغم ان صعاب وتحديات واجهت وائل حنا إلا انه لم يتخلى عن عطاءه بسخاء وبمحبة كامله سواءً من ناحية دعم الاسره فى مصر او الهيئات الدينية داخل امريكا وفى مصر ايضاً. أتذكر جيداً فى احدى زيارتة لدير انبا أنطونيوس بامريكا واثناء إقامته فى بيت الخلوة لقضاء خلوة روحية مع رهبان الدير لاحظ بعدم وجود خط مياه بالدير واستخدام الدير للآبار نظراً لوجود الدير بعيداً تماماً عن الخدمات والمرافق العامه فى قلب صحراء Newberry Springs كما لاحظ بان جودة مياه الابار ضعيفة جداً وبعد انتهاء فترة الخلوة ورجوعه الى نيوجيرسي اتصل بالدير وطلب منهم السماح له بارسال شركة لتركيب محطة تحلية للمياه وقال دى ابسط حاجة أستطيع ان اقدمها لمجموعه من الناس اختاروا التكريس الكامل لخدمة ربنا يسوع والكنيسة القبطية الأرثوذكسية واى شاب يبحث عن مكان مناسب لقضاء فترة خلوة روحية واستمر فى عطاء الدير بصورة شبه منتظمه. وفى احدى المكالمات بينه وبينى كنت أحدثه عن إنشاء دير قبطى جديد فى كاليفورنيا وهنا بادر بالسؤال ماذا يمكننى ان اقدمه لهم وبعد سؤال المشرفين على إنشاء الدير قولت له انهم يحتاجون لمساعدة فى إنشاء طاقة شمسية وتكفل بالمشروع كله. فى النهاية اود ان اقول لكم انى لم اقول انه ملاك او بلا خطأ فلكل واحد من أخطاءه وهفواته ولكن ما أثق فيه ان كان هناك خطأ وقع على اخى العزيز فانه ليس عن عمد لانه شخص مسامح وغير مؤذى وكل ما يملكه ليس له ولكن لاى حد محتاج حتى فى هداياه سخى جداً جداً وعندما احد يوجّه له لوم على عطاياه الكثيرة او هداياه الغالية يقول "محدش عارف رزق مين يمكن ربنا اعطانى هذا الخير لاخذ بركة هذا الشخص" ولا يهمه عرق او لون او معتقد كل ما يهمه تخفيف العبء عن نفس مكسوره وهذا ما عرفته من الاسره فى مصر عندما كنا نتحدث عن خدمة المرضى فى قريتنا ابلغونى بان وائل يدفع شهرياً مبلغ للكنيسة لصرف علاج للمرضى غير القادرين عن دفع قيمة الروشته ويدفع نفس المبلغ للجامع لنفس الغرض. اخيراً افتخر ان الله اعطانى اخ له قلب رحيم ومحب.

Nabil Hana, Wael Hana's brother. Wael Hana has been an extremely helpful and giving person since his early childhood. He is unable to decline helping anyone who needs help, nor can he turn a blind eye to the needs of the poor or of the houses of worship. He is ambitious and persevering, and resilient in the face of difficulty because he believes in the ability and glory of our Lord Jesus. The Lord has blessed him with creativity, this is why he's always proud and opinionated; you can see this clearly in how he manages his business, as he tends to micromanage. Wael started his first business, which was innovative and different, in his university years; it was a big store that sells chocolate, candy, potato chips, and the like in bulk, he dealt with producers directly, and it was a distinctive project. God, glory be to Him, had another plan for Wael's life, however. He gave him the opportunity to immigrate to America. After he immigrated to the United States of America and started a new and different phase of his life far away from family and friends and in a foreign culture and a different language to what he grew up with. He found a job as a janitor, which no one would have ever imagined him in that place, not because there's something wrong with this type of work, but rather because of how proud he is. This same pride is why he did it, so he doesn't ask anyone for help. I remember a situation here, when I came to America, and after a short period from arriving to the United States, a friend of mine accompanied me to apply for free health insurance and to issue a card for free food purchase, and after I came home and told him, he said that it is not right and that as a young man who is capable of working I do not need that and I can work and help those in need by paying annual taxes. After working as a janitor, he started a small business that provides cleaning services for homes, offices, and other places, and from there began his private business, he purchased a gas station, then a restaurant, then a freight company. Life is always full of problems and difficulties, and despite all the difficulties and challenges that faced Wael Hana, he did not stop giving, generously and lovingly, to both the family in Egypt as well as religious organizations in the US and Egypt. I remember well that in one of his visits to Saint Antony Monastery in the US and during his stay in the house of hermitage to spend a period of seclusion with the monks, he noticed the lack of a water connection in the monastery, and that the monastery uses wells because it's far away from all public services and utilities, being in the heart of Newberry Springs Desert. He also noticed the very poor water quality of the wells. After the hermitage period passed and he went back to New Jersey, he called the monastery and asked them to allow him to send a company to install a water desalination station and said that it's the simplest thing to do for a group of people who chose to fully dedicate to serving our Lord Jesus and the Coptic Orthodox Church and any young man looking for a place suitable for a period of hermitage, and he continued to give to the monastery regularly. In one of our calls, I talked to him about establishing a new Coptic monastery in California, and he asked me right away what he can offer them. After asking the people responsible for establishing the monastery, I told him that they need help building solar power, and he sponsored the whole project. In the end, I would like to say that I'm not saying that he's an angel or that he's flawless. Each one of us has their own faults and flaws, but what I'm certain of is if a fault falls upon my dear brother, it is not intentional, because he is a forgiving and harmless person, and everything he owns is for others who are in need. Even when he gifts, he is extremely generous, and when someone blames him for giving too much or for expensive gifts, he says that no one knows whose bounty it is and that maybe God has sent it to him to bless another person. He does not care about race, color, or creed, all he cares about is lifting the burden off broken spirits, and I learned this from the family in Egypt when we were talking about helping the sick in our village, they told me that Wael pays a monthly amount to the Church to dispense medication to those who can't afford it, and that he pays the same amount to the mosque for the same purpose. Lastly, I am proud that God has given me a brother with a merciful and loving heart.

A-24 - Hanna, Meirna

Dear Honorable Judge Stein,

One question that often arises when writing such a letter is whether it will truly make a difference. I believe with all my heart that it can, and I hope that as you read these words, you will take a moment to see beyond the surface and truly understand who Wael Hana is. He is not just a name or a case in front of you; he is an exceptional father, a dedicated boss, and a loyal, generous friend. His character shines brightly through his actions and relationships, and I sincerely ask that you consider the man I and many others know, rather than focusing solely on the prosecutions narrative.

Approximately three years ago, I received a call from Bishop David, he was from our church, who inquired if I might be interested in a work opportunity. He informed me that a prominent businessman, Wael Hana, was seeking someone with a reputation for trustworthiness and integrity. Given that Bishop David had known me since childhood, he was confident in my alignment with these values and believed I would be an excellent match. Bishop David spoke highly of Wael, emphasizing not only his exceptional work ethic but also his remarkable generosity. He shared that he had known Wael for a long time and was consistently impressed by his dedication and the positive impact he has made. This endorsement from Bishop David highlighted the value of the opportunity and affirmed Wael's outstanding character and commitment.

Within a few weeks, I had the pleasure of meeting Wael, going through an interview process, and then beginning my role as his personal assistant. Working closely with Wael was an eye-opening experience. I had never worked with someone so distinguished and dedicated. Just like any successful businessman, he had certain habits—rising at 5:30 a.m., enjoying afternoon fresh juice at 3:00 p.m., and dining at Villa Amalfi every Thursday for duck were just some of the visible habits.

However, it was the less obvious habits that truly showcased Wael's honorable character. For instance, he consistently paid for dinners regardless of who is at dinner, made substantial donations to churches and monasteries, covered medical expenses for those in need, and gave generous gifts. The list goes on, demonstrating generosity that goes far beyond the surface. These actions, whether subtle or significant, reveal the depth of his kindness and the integrity that defines him. I used the word habit because the word habit is defined as behavior that is regularly and often unconsciously performed. Wael did not stop to think about what the return interest will be on his generous acts; his demeanor was always what can I do to help.

Over the years of working closely with Wael, I had the opportunity to travel with him and witness his kind nature. In each country he visited, Wael had a unique way of giving back to the community. In Uruguay, he would donate blood; in Egypt, he provided medication to patients that was otherwise inaccessible; and in India, he offered financial assistance to those in need. The list of these simple yet impactful acts of charity is extensive.

Wael is also known for his grand gestures. For instance, in Uruguay, Wael arranged for a private jet to transport his business associates to Brazil, covering all travel and accommodation expenses to ensure their comfort. While shopping in Dubai with friends, Wael wasn't just picking items for his own family; he often covered the shopping tabs of others. On one occasion, a friend who could afford luxury items chose a pair of Gucci shoes, and Wael bought them for him. But he didn't stop there—he noticed my travel bag had torn and, without hesitation, bought me a Louis Vuitton bag. My old bag, worth less than $100, was replaced with one valued at a couple thousand. Wael always made it a point to share his good fortune, which truly reflects his generous character.

Along with his generosity, one of Wael's most defining characteristics is his deep commitment to his family. Beyond the thoughtful gestures and kindness, he shows to others, he is, first and foremost, a dedicated family man. Whether it's making time to Facetime his daughters, or talking with his wife or mother, he always puts his family first. Though Wael traveled often, it was this drive that made him work even harder to provide for and support them. He often spoke about the day his family would join him here, and everything he did was in preparation to build a home for them. If anything has deeply affected Wael during this entire ordeal, it's the pain it has caused his family.

I often say that working for Wael has given me another family. Over the years, I've stayed in close contact with his wife, Selvya, his brothers, and the rest of his family. The love they have for one another is incredible, but what stands out most is the deep admiration they all have for Wael. His oldest brother named his firstborn after him, his younger brother traveled to the States so Wael wouldn't be alone, and his third brother went into business with him to support him. I've not only seen the toll this case has taken on Wael, but through my personal conversations with his family, I know how deeply they are currently hurting too. If he is incarcerated, I can't begin to imagine how this family will cope. The pain, his daughters, wife, brothers, mother, friends and community would endure is unimaginable.

Your Honor, if I may conclude with this: I fully understand your duty that is to uphold justice and the law, and no one can ask for less. However, I humbly ask that, in carrying out your judgment, you also find it in your heart to show mercy. This mercy would not only impact Wael but also extend to his children, wife, mother, brothers, and the community that deeply values and depends on him. It is through merciful judgment that we are given the opportunity to grow and become better. Without such mercy, we would not have the strength to move forward.

Thank you for time in reading this.

Respectfully,

Meirna Hanna