**APPENDIX OF LETTERS**

| Name | Relationship to Mr. Hana | Exhibit |
|---|---|---|
| Abd-ElHakeem, Ahmed Mahmoud | Friend | A-1 |
| Abd-ElHaleem, Fathi Mohamed | Friend | A-2 |
| Ahmed, Ragab Abd-ElFatah | Friend | A-3 |
| Ali, Faijan | IS EG Halal (India) Employee | A-4 |
| Ali, Gamal Ismail | Friend | A-5 |
| Amin, Sherif | Friend | A-6 |
| Aslanian, Antranig Jr. | Friend | A-7 |
| ██████████ | Friend; ████████████ ████████████ | A-8 |
| Burgueno, Clementine | IS EG Halal (Latin America) Employee | A-9 |
| Carrero, Maya Rivas | IS EG Halal (Latin America) Employee | A-10 |
| Chehab, Mohamad Ali | IS EG Halal (Latin America) Employee | A-11 |
| da Costa, Elizabeth Duarte | IS EG Halal (Latin America) Employee | A-12 |
| D'Alessio, Nick | IS EG Halal (USA) Employee | A-13 |
| D'Alessio, Nick, Sr. | Friend | A-14 |
| de Azevedo, Ariane P. Marinho | IS EG Halal (Latin America) Employee | A-15 |
| Ezzat, Imam Imbrahim | IS EG Halal (India) Employee | A-16 |
| Faragalla, Selvya | Wife | A-17 |
| Galan, Rae | Former Personal Driver | A-18 |
| Garcia, Linamaria Bogota | IS EG Halal (USA) Employee | A-19 |
| Ghaffar, Nermeen Abdel | Delegate, IS EG Halal | A-20 |
| Hajjar, Jack Dr. | Medical Doctor; Friend | A-21 |
| Hana, Hany Loundes Makhaly | Brother | A-22 |
| Hana, Nabil | Brother | A-23 |
| Hanna, Meirna | Personal Assistant; EG Trade Employee | A-24 |
| Helal, Riham Abd El Raouf | Employee for Egyptian Company | A-25 |
| Hussein, Mostafa, Dr. | Veterinary Officer, IS EG Halal | A-26 |
| Kafafy, Emad, Dr. | IS EG Halal (India) Employee | A-27 |
| Khalifa, Magdy Mohamed, et al. | Friends | A-28 |
| Khamis, Walid | IS EG Halal (Germany) Employee | A-29 |
| Khorozian, Zare | Friend | A-30 |

| Koloda, Medhat | IS EG Halal (Australia/New Zealand) Employee | A-31 |
|---|---|---|
| Kossup, Chris | Personal Driver | A-32 |
| Lawlor, Dolores | Council Member, Borough of Edgewater | A-33 |
| Lima, Estefania Guerreiro | IS EG Halal (Latin America) Employee | A-34 |
| Lita, Shpresa | Friend | A-35 |
| Massoud, Isefanos Shehata Naguid, Fr. | Priest in Samalut Coptic Orthodox Diocese (Egypt) | A-36 |
| Mortati, Jorge E. Mussi | Consultant and Attorney for IS EG Halal (Brazil) | A-37 |
| Mostafa, Ahmed, Dr. | IS EG Halal (India) Employee | A-38 |
| Mostafa, Heba Tullah | Employee for Egyptian Company | A-39 |
| Nassar, Moussa | IS EG Halal (Latin America) Employee | A-40 |
| Oliveto, Carolina | IS EG Halal (Latin America) Employee | A-41 |
| Prieto, Jessica | IS EG Halal (Latin America) Employee | A-42 |
| Radoniqi, Dren | Friend | A-43 |
| Rashad, Ahmed Mohamed | Friend | A-44 |
| Rifas, Daniel Maya | IS EG Halal (Latin America) Employee | A-45 |
| Sebahie, Anthony | EG Trade Employee | A-46 |
| Shehata, Stefanous, Fr. | Priest in Samalut Coptic Orthodox Diocese (Egypt) | A-47 |
| Sinisi, Cristina | IS EG Halal (USA) Employee | A-48 |
| Travers, Denise | Attorney for IS EG Halal (USA) | A-49 |
| Zebi, Rena | IS EG Halal (USA) Employee | A-50 |

A-25 - Helal, Riham Abd El Raouf

السيد المحترم رئيس المحكمة

تحية طيبة وبعد.......

بخصوص السيد / وائل حنا

أود اعرف نفسى أنا ريهام تربطني بالسيد وائل حنا علاقة عمل منذ عامين و نصف العام تقريبا، هو مديرى في الشركة بالقاهرة و لكن منذ بداية عملى معه شعرت و كأنى أعرفه من سنين و ذلك بسبب حسن معاملته معى و مع اى من يقابله او يتحدث معه، و صفاء نيته تجاه كل من يعرفه و هذا اتضح لى في مواقف عديدة في مجال العمل كانت تحدث امامى سواء معاملته مع موظفين اخرين او عملاء، و في الواقع مع وافر احترامى له كنت كثيرا اعترض على صفاء نيته في التعامل خاصة مع العملاء و أقول له "حضرتك ازاى مصدقه هو كذاب" و بالفعل للأسف استغل طيبته بعض الناس في مجال العمل.

كان لأستاذ/ وائل مواقف عمل كثيرة كنت احضرها ومكالمات تليفونية كان يستقبلها خلال تواجدى في مكتبه و كان يثير اندهاشى تواضعه الزائد في التعامل مع جميع الناس رغم مكانته العملية و تواضعه في التعامل معى انا شخصيا، و لفت نظرى أيضا انه كان يكثر في عمل الخير و مساعدة الاخرين و كان يترفع عن اى مبالغ نقدية قد تسعد اى طرف اخر و لا يقبل ابدا ان يوقف احد عن عمله حتى لو اخطأ كى لا يحرمه من دخله، و هذا ما سمعته من اخرين بعد ذلك ان هذا طبعه.

كان السيد وائل حنا يحترم قواعد العمل كثيرا و قوانينه و كان يشدد علىَّ دائما و يكرر كلمة "لا تفعلى غير الصحيح" و انا كنت دائما أؤيد رأيه في ذلك الموضوع و كنت أؤكد ذلك على جميع موظفين الشركة.

اعذرونى لا اجيد التعبير في وصف كرم و تواضع و صفاء نية السيد وائل لأنه يوجد الكثير من المواقف تثبت ذلك و اثارت اندهاشى و لا اريد ان اضيع وقت سيادتكم كى أسردها، لكنى اطلب من سيادتكم النظر بروح القانون و رحمته و ليس فقط بالقانون (كما كان يقول والدى المحامى دائما رحمة الله عليه)، فكفى كل هذه فترة غياب عن أولاده الذين لا يستطيعون منذ سنة تقريبا حتى لمس يديه و محرومين من حضنه حيث ان غيابه اكثر من ذلك سوف يؤثر على أشياء كثيرة، أهله و خاصة والدته كبيرة السن و بناته الذين لم يلحقوا يستمتعوا بوجود والدهم معهم و لم يذوقوا حنيته و كرمه الذى استمتع به الغرباء. و من الناحية العملية سوف يؤدى ذلك الى اغلاق العمل في مصر.

فإنى التمس من سيادتكم براءة السيد وائل حنا الذى انا شخصيا أكن له كل الاحترام و الحب و التقدير.

و لسيادتكم وافر التقدير

مقدمة لسيادتكم Riham Abd El Raouf Helal

Chief Operations officer – Cairo office

Your Honor, President of the Court,

Greetings……

In regards of Mr. Wael Hana,

I would like to introduce myself; I am Riham, I have had a work relationship with Mr. Wael Hana for approximately two and a half years, and he is my manager in the company in Cairo. However, since the beginning of my work with him, I have felt like I had known him for years, and that is because of his kind treatment towards me as well as anyone he meets or talks to, and also his good intentions with everyone he knows, which was reflected in many situations I witnessed firsthand at work, whether with other employees or with clients. In fact, and with all due respect to him, I often objected to his good intentions in dealings, especially with clients, and I would tell him "How can you believe him? He's a liar!" Unfortunately, some people did exploit his kindness at work.

Mr. Wael had many work situations and phone calls in my presence at his office and it amazed me how exceedingly humble he was in his interaction with all people despite his status, in addition to his humility in his interaction with me personally. I also noticed that he did a lot of charity work and often helped others. He would also decline to collect any money that would make someone else happy, and he never approves the termination of anyone even if they made a mistake so as to not deprive them of their livelihood, and this is what I heard from others that it is his nature.

Mr. Wael Hana greatly respected work rules and regulations and always stressed on me and repeated "Only do the right thing.," and I always supported his opinion in this regard and stressed it on all the employees of the company.

Forgive me for not being good at describing Mr. Wael's generosity, humility, and good intentions for there are many situations that prove them, and that amazed me. I do not want to take too much of your time by listing them, but I am appealing to you to consider the spirit and mercy of the law, and not just the law (as my lawyer father used to say, may he rest in peace). His children have been deprived of his presence for too long; for almost a year, they have not been able to touch his hands or give him a hug. If his absence is prolonged, it will affect many things, his family, especially his elderly mother and his daughters who did not have the chance to enjoy his kindness and generosity as many strangers have. As for practical implications, it will lead to shutting down the business in Egypt.

I am appealing to you to declare the innocence of Mr. Wael Hana whom I greatly respect, cherish, and admire.


Respectfully,

Riham Abd El Raouf Helal

Chief Operations Officer - Cairo Office

A-26 - Hussein, Mostafa, Dr.

**Honorable Sidney H. Stein**
**United States District Judge**
**Southern District of New Yourk**
**500 Pearl Street**
**New York, NY 10007**

Dear Judge Stein,

I am writing this letter to provide a character reference for Wael Hana, who I understand is currently before your court. I have had the privilege of working with Wael Hana for three years at IS EG HALAL, where I serve as veterinary officer.

In my time working with Wael Hana, I have come to know him as a person of high integrity, dedication, and compassion. Wael Hana has always demonstrated exceptional leadership, fairness, and a genuine concern for the well-being of both the team and the organization. His ability to handle complex situations with calmness and professionalism has been an inspiration to many, including myself.

One of the most notable qualities of Wael Hana is his commitment to helping others grow and succeed. He has been a mentor to many within the company, always ready to offer guidance and support whenever it is needed. During my participation in the Gulf Food Exhibition in the Emirates, I faced an unexpected and urgent situation that required immediate surgery for my ten-year-old daughter in Egypt. The exhibition was of immense importance to my company, and my role was critical and irreplaceable. Despite these demands, Wael Hana provided me with immediate and unwavering support. He offered me the opportunity to travel to Egypt without hesitation, ensuring that my daughter's well-being was prioritized above all else.

This profound act of kindness and understanding not only reassured me in that difficult moment but also gave me immense peace of mind. Knowing that Wael Hana would extend the same level of care and support to my family, even in my absence, filled me with a sense

of security that went beyond professional obligations. His empathy and leadership during this crisis reaffirmed my trust and confidence in him, both as a mentor and as a human being. Beyond the workplace, Wael Hana is known for his involvement in community activities and charitable causes. Regarding the charitable donations and community contributions made by Wael Hana, I believe they are well known to you and likely exceed even my own awareness. His generosity and commitment to giving back are evident in the numerous ways he supports those in need, and I am confident that his impact is deeply appreciated by all who benefit from his kindness.

I am fully aware and confident that the true spirit of the law recognizes the exceptional character and integrity that Wael Hana embodies. His remarkable moral values, often unseen by others, are a testament to his greatness as both a leader and a person. I believe it is important for the court to consider the person behind the case, a person who has made significant positive contributions to those around him and who I believe can continue to contribute positively to society.

In closing, I respectfully ask that you take this letter into consideration when determining the outcome of Wael Hana case. I have full confidence that Wael Hana will continue to demonstrate the same character and integrity that they have consistently shown in all aspects of their life. I feel deeply inspired to express these words, though I know they may fall short of fully capturing the immense respect and gratitude I hold for him. I sincerely hope that they will be received with the understanding and appreciation they are intended to convey.

Thank you for your time and consideration.

Respectfully Yours,

**Dr.Moustafa Hussein AbdelMajeed.**

**veterinary officer**

**IS EG HALAL Latin America**

A-27 - Kafafy, Emad, Dr.

Dear Judge Stein,

I am Dr. Emad Kafafy, a member of the technical team at IS EG Halal Company in India. I have joined the technical team since May 2023. During this period, I got to know Mr. Wael Hanna by virtue of his position as the company's CEO. I found him to be a generous and friendly person who loves his work and is always in contact with the company's employees, sharing their joys and problems. During this period, Mr. Wael Hanna never interfered in the technical aspects of my work and the decisions related to approving and supervising slaughterhouses that are authorized to export buffalo meat and offal to the Arab Republic of Egypt. During this period, Mr. Wael Hanna was a brother and a friend and spared no effort in preparing the conditions to complete my work in the best possible way. Even in my special circumstances, he was by my side. When I suffered a health problem in February 2024, which led to me being admitted to Apollo Hospital in New Delhi, Mr. Wael was always in touch with me to check on my health and bear the costs of treatment. He insisted that I travel to Egypt to complete the necessary examinations and undergo a flexible ureter and kidney endoscopy.

Your Honor, I was surprised by the accusations against Mr. Wael Hanna and I cannot imagine the extent of their devastating impact on his family, his young daughters and all employees in the company's offices around the world. Your Honor, I hope that you look with fairness and compassion at Mr. Wael Hanna.

Respectfully yours,
Dr. Emad Kafafy
   Veterinary officer
Technical staff member
   IS EG Halal India

A-28 - Khalifa, Magdy Mohamed, et al.

السيد المحترم / رئيس المحكمة
تحية طيبة وبعد

تربطنا يا السيد وائل هنا علاقة طيبة صنذ نشأتنا نحن أبناء قرية واحدة
ونعيش حياة قريبين وأسرة واحدة ونسيج مجتمع واحد- بيننا علاقات
مشتركة على أساس من الأخوة الإنسانية وإن اختلفت العقائد ــ
وهناك مواقف مشتركة بيننا وبين لسيد وائل هنا تجميع الأخوة لأقباط
من الجميع ولكنائس ولطوائف المسيحية من المناسبات لروحية الرسمية المناسبات
الإنسانية من الأفراح والأحزان على السواء- إضافة لما يقوم به
من أعمال الخير والمساعدات الإنسانية والمالية لجميع أبناء قرية
مسلمون ومسيحيون على السواء- وما يقوم به من تلقاء نفسة
وما يطلب منه ولا يتأخر عن علة ــ ما يقوم به لسيد وائل هنا
تجاه المجتمع بوجهة عام وأهالي قريتة ومنطقتة له وجه ما من
إيجابيا نأهمة بأن المصريين نسيج واحد وعلى قلب رجل واحد
وإسهاماً منه في إرساء تطبيق إطلوا هنة الحق على أرض الواقع

ووهبة المصريين أحد أهم أسرار قوتهم من

موهبة الأزمات والتحديات

ما رأيناهو من حمايته إلا منضبطاً وملتزماً بالقوانين

لا يسعى لإستغلال نفوذ أو سلطة ـ سديد لمواقع في

التعامل مع كافة طوائف المجتمع ـ

أماني حاله ـ لا قدر الله ـ حضور أى أحكام ضده بالإدانة

سيحرم قطاع كبير من فقراء ومحتاجين وأرامل وأيتام

وأصحاب الحاجات والمرضى لضرر مادياً ومعنوياً كبير

فالأمر لا يتعلق بالمال فقط ـ لغيرها يتعلق بالناحية والإنسانية

نظراً لحالة المحبة والمودة والتعاطف بينة وبين مجتمعة وقريته

ولسيادتكم جزيل الشكر

حفيظة أهالى بلدته وجيرانه

١ ـ محمد محمد طلعلم

٢ ـ على مبلوطاب إبراهيم

٣ ـ عبد العزيز محمد ...

Your Honor, President of the Court,

Greetings,


We have had amicable relations with Mr. Wael Hana since childhood. We are from the same village, and we live in the same neighborhood as one family from the same fabric of society. We live in harmony on the basis of humanitarian brotherhood, even if our creeds are different. We experience many things together with Mr. Wael Hana and all Christian brothers from all different churches and sects, many happy, as well as sad, occasions and religious and national holidays. He does a lot of good and gives humanitarian and financial assistance to all the villagers, Muslims and Christians alike, he does it all by himself, and when asked, he doesn't hesitate. What Mr. Wael Hana does for the community at large, and his village and neighborhood most especially, stems from his belief that Egyptians are one people, and is a practical contribution to the principle of proper citizenship. The unity of Egyptians is one of their special powers in facing crises and challenges.


We've only known him to be a disciplined law-abiding citizen; he does not exploit his influence or power and is very humble when dealing with anyone.


If, God forbid, he is found guilty,[1] a large segment of people, the poor, the needy, widows, orphans, people with special needs, and sick people, will be harmed, financially and emotionally. It is not just about the money, as much as it is about the love between the people of the community.


Thank you,

Presented to you by his neighbors

    1- Magdy Mohamed Khalifa
    2- Ali Abd-ElWahab Ibrahim
    3- Abd-ElAziz Mohamed Hassanein

---

[1] Translator note: While the Arabic translates directly to "convicted / found guilty", there are several factors that would explain why the this was the authors' choice. One, is that the Egyptian court system is a no-jury system that produces the conviction and the sentencing jointly by the judge. Therefore, it's common in the language of non-legal professionals to refer to the two acts interchangeably. The average Egyptian is not aware of the need to separate the two acts in the US legal system. The Arabic expression is compound in its formation and can sound more like "sentenced as convicted", which would not be a proper translation, but would leave more room for speculation on what the actual intent of the speaker/writer is.

Your Honor, President of the Court,

Greetings,


We have had amicable relations with Mr. Wael Hana since childhood. We are from the same village, and we live in the same neighborhood as one family from the same fabric of society. We live in harmony on the basis of humanitarian brotherhood, even if our creeds are different. We experience many things together with Mr. Wael Hana and all Christian brothers from all different churches and sects, many happy, as well as sad, occasions and religious and national holidays. He does a lot of good and gives humanitarian and financial assistance to all the villagers, Muslims and Christians alike, he does it all by himself, and when asked, he doesn't hesitate. What Mr. Wael Hana does for the community at large, and his village and neighborhood most especially, stems from his belief that Egyptians are one people, and is a practical contribution to the principle of proper citizenship. The unity of Egyptians is one of their special powers in facing crises and challenges.


We've only known him to be a disciplined law-abiding citizen; he does not exploit his influence or power and is very humble when dealing with anyone.


If, God forbid, he is found guilty,[1] a large segment of people, the poor, the needy, widows, orphans, people with special needs, and sick people, will be harmed, financially and emotionally. It is not just about the money, as much as it is about the love between the people of the community.


Thank you,

Presented to you by his neighbors

   1- Magdy Mohamed Khalifa
   2- Ali Abd-ElWahab Ibrahim
   3- Abd-ElAziz Mohamed Hassanein

---

[1] Translator note: While the Arabic translates directly to "convicted / found guilty", there are several factors that would explain why the this was the authors' choice. One, is that the Egyptian court system is a no-jury system that produces the conviction and the sentencing jointly by the judge. Therefore, it's common in the language of non-legal professionals to refer to the two acts interchangeably. The average Egyptian is not aware of the need to separate the two acts in the US legal system. The Arabic expression is compound in its formation and can sound more like "sentenced as convicted", which would not be a proper translation, but would leave more room for speculation on what the actual intent of the speaker/writer is.

A-29 - Khamis, Walid

إلى السيد المبجل القاضي / ستاين

أكتب لسيادتكم بصفتي صديق مقرب للسيد/وائل حنا. كنت لك أيضا
مديراً لمكتبه في المانيا. وأنا قريب منه ولعائلته لأننا من أبناء
نفس القرية في صعيد مصر، ولقد كنت قريباً منه وملازماً له في
الحامين الأخيرين قبل سفرة لأمريكا في سبتمبر الماضي.

إن وائل إنسان طيب القلب محب للخير وفعله. أدعى لسيادتكم على سبيل
المثال لا الحصر، في قريتنا في صعيد مصر أوصى وائل شيخناً وفيصلاً
لذ بلاغه ومتابعة أحوال الفقراء والمحتاجين للمساعدة من المسيحيين والمسلمين
قناعة منه بأن الفقر والمرض لا دين لهما. فهو ليتكفل بمساعدة من يحتاج
الى الدواء أو التعليم وكثير من اليتامى ، هناك أيضة حساب مفتوح في
صيدلية القرية على نفقة السيد/وائل لكل من يستطيع شراء الدواء من أبناء
القرية.
قال وائل لي ذات مرة لعل الله يرزقني فقط من أجل هؤلاء الناس.

شكراً لسيادتكم

و تفضلوا بقبول فائق الإحترام

مقدمه لسيادتكم
وليد أنيس

Your Honor, Judge Stein,


I'm writing to you as a close friend of Mr. Wael Hana, as well as his office manager in Germany. I am close to him and his family as we are from the same village in Upper Egypt. I was especially close to him in the two years preceding his travel to the US last September.

Wael is a kindhearted and philanthropic person. I mention to you for example, Wael asked an imam and a priest to inform him and keep an eye on the poor and the needy among Muslims and Christians, based on his conviction that poverty and sickness have no religion. He takes it upon himself to help those who need medication or education, as well as many orphans. There is also an open account in the village's pharmacy that Mr. Wael covers for anyone who can [sic] pay for medication among the villagers.

Wael told me once "I pray to God to increase my wealth only for the sake of these people."


Thank you,


Respectfully,

Walid Khamis

A-30 - Khorozian, Zare

# Zare Khorozian Law, LLC

22 Ridge Road, 2nd Floor
Lyndhurst, NJ 07071
(201) 957-3430
www.zkhorozianlaw.com
* licensed in NJ and NY

Zare Khorozian
zare@zkhorozianlaw.com

August 9, 2024

***Via Hand Deliver Only***
Honorable Sidney H. Stein
United States District Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:    Wael Hana

Dear Judge Stein,

Wael Hana is one the most honest and hard-working individuals I have ever met. Upon opening my law practice, I rented a commercial space in the same building as Wael in 2018 and spent a considerable amount of time with him. Wael would be in the office from the early morning until the late evening every day with a suit and tie on, without exception. I also never ended a day without him making me laugh. Throughout my years knowing Wael, he has always made efforts to encourage me with my business and gave me ideas on how to improve my practice, especially considering it was my first time owning and operating my own business. Never once did I feel he had anything but the best intentions and interest for his coworkers and friends. He struggled greatly to achieve his career objectives through tireless years of hard work and determination. Wael's honesty, respect and loyalty are unmatched, as is his generosity and support toward his employees. We need more men like him in our community.

Very truly yours,
*Zare Khorozian*
ZARE KHOROZIAN, ESQ.

A-31 - Koloda, Medhat

September 10th, 2024

Honorable Judge Sidney H. Stein

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Stein,

I hope this letter finds you well. I am writing to offer my perspective on Wael Hana, whom I have known in both a professional and personal capacity for three years. I understand that Wael is facing legal proceedings, and I would like to provide some insight into his character, particularly as a manager and a member of his community.

In my experience working for Wael, he has consistently demonstrated a deep commitment to the well-being of his subordinates. He is a thoughtful and conscientious leader who takes care of his team with genuine concern. Wael has always made it a priority to ensure that those around him feel supported, both professionally and personally. He is always approachable by anyone in need of advice or assistance, and he fosters an environment of trust and mutual respect.

An example that stands out is when a veterinary doctor in our IS EG office in Brazil was facing a personal crisis. His father fell critically ill, and the situation required immediate attention. Upon learning of this, Wael instructed the management team to arrange a same-day flight ticket for the employee so that he could be by his family's side during this difficult time. Wael's quick and compassionate response ensured that the employee could focus on his family without worrying about logistics or financial burdens. This is just one of many instances where Wael's kindness and leadership have made a significant difference in the lives of those around him.

Beyond his role as a manager, Wael is a pillar of his community. He has quietly provided aid to individuals in need, often going out of his way to help those who are less fortunate. What makes Wael's generosity particularly remarkable is his humility in doing so. He refrains from publicizing his charitable actions, as he is sensitive to preserving the dignity of those he helps. Whether it's offering financial assistance or simply providing emotional support, Wael does so with kindness and without seeking recognition.

Another instance that reflects Wael's generosity occurred in Egypt. One of the farmers working for him was experiencing financial difficulties and struggling to make ends meet. When Wael became aware of the situation, he immediately stepped in to help. He asked his brother, Hany, to allow the farmer to use the company's tractor outside of work hours so that he could provide services to other farms and generate additional income. This thoughtful act not only alleviated the farmer's financial strain but also empowered him to better support his family. Wael's concern for the well-being of his workers and his willingness to go beyond traditional managerial responsibilities is a testament to his kindness.

His generosity knows no bounds, and he continually extends a helping hand to those who may be struggling. Many of these acts go unnoticed by the public, as Wael believes that true charity should be done discreetly. His efforts to uplift others speak volumes about his character and his sense of responsibility to the community.

I hope that this letter provides some insight into the compassionate and generous person Wael Hana truly is. While I understand the seriousness of the current circumstances, I believe that Wael's actions as a leader and as a member of his community demonstrate the integrity and kindness that define his character.

Thank you for taking the time to consider my words.

Respectfully,

Medhat Koloda

Regional Manager

ISEG HALAL - Australia and New Zealand

Suite 2.01, 87 Marsden Street,

Parramatta, NSW 2150, Australia

E: mkoloda@iseghalal.com

M: +614 1258 8868

A-32 - Kossup, Chris

August 28, 2024

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street NY, NY 10007

Dear Judge Stein,

My name is Chris Kossup, and I'm from Belleville, NJ. I retired after 20 years as a Newark
Police Sergeant in New Jersey, and two years ago, I took on a new role as the personal driver for
Mr. Wael Hana. In the time I've worked with him, I've never met someone more pleasant, fair,
honest, and generous.

Mr. Hana is deeply religious, always praying and ready to support his church whenever needed.
Over these past two years, I've seen how dedicated he is to his family. He's constantly in touch
with his wife and regularly FaceTimes with his children. The bond between them is clear,
especially when you see the longing in his daughter's eyes, as they haven't been able to reunite
in person for over a year now.

As his sentencing approaches, I believe it's crucial for the courts to consider the time he's
already served. For the past year, he's been subjected to curfews, travel restrictions, weekend
confinements, random checks by parole officers, and even surveillance by government
personnel. It was disheartening to see court officers laughing outside as Mr. Hana arrived at his
trial—it's not fair, particularly for someone who has never caused harm. Mr. Hana's heart is full
of compassion; he's always looking to help others, not bring them down.

After spending so many years in law enforcement, you develop a strong sense of people's
character. You learn to recognize when someone is being dishonest, insincere, or just not right.
I've never had that feeling with Mr. Hana. Mr. Hana's dedication and hard work are truly
admirable, and it's a testament to his character and commitment to his company. He's a true
gentleman, and I'm proud to say that he's not just my boss, but a genuinely great man.

Respectfully yours,
Chris Kossup

A-33 - Lawlor, Dolores

To: Honorable Sidney H. Stein

United States District Judge

Southern District of New York

500 Pearl Street – New York, NY 10007

Subject: Wael Hana Character Reference

Dear Honorable Judge Stein,

I have had the pleasure of knowing Wael Hana for the past nine years. As a councilwoman in Edgewater, I frequently visited the same restaurant where Wael was a regular. Over time, our paths crossed often, and we developed a friendship that allowed me to get to know him on a personal level. Throughout our acquaintance, Wael has consistently demonstrated remarkable work ethic, generosity, and dedication in all his endeavors.

Over the years, I have witnessed Wael's generosity firsthand. One day, I mentioned that our town needed a bus for medical transport, shopping, events, and other community purposes. Without hesitation, Wael offered to donate a bus to meet this need. He handled all the necessary arrangements, ensuring that everything was properly managed. This act of kindness is just one example of his commitment to supporting our community in a meaningful way. It is second nature for Wael to lend a helping hand whenever someone is in need.

Wael's compassion extends beyond the community to those who work for him. He provides essential support to his employees, including covering their rent, offering flexible work conditions, and providing housing. These actions reflect his genuine concern for the well-being of others and highlight his deep commitment to ensuring that those around him are cared for and valued.

In addition to his generosity, Wael's dedication and work ethic are truly remarkable. He has always been incredibly proud of his achievements as a successful United States business owner. Despite the physical distance from his family, Wael has worked tirelessly to build a better future for them. His commitment to providing for his loved ones, even while apart, is a testament to his deep love

and responsibility. The sacrifices he has made to create a stable and secure life for his family, despite numerous challenges, emphasize how much he values and cherishes them.

Wael's dedication to both his work and his family has come at a significant emotional cost. Due to travel bans, his family has been unable to join him, leaving him feeling isolated and alone. A few weeks after the verdict, Wael had told me that his brother, the monk is coming to visit. It is highly unusual for monks to leave their monasteries, so his decision to come here was deeply meaningful. Understanding the gravity of Wael's situation, his brother made a special request to his bishop to visit for a week. This extraordinary gesture highlights the deep bond within Wael's family and the significant emotional toll this period has taken on them.

I have witnessed firsthand how this separation affects him deeply. He frequently Facetimes his children, and each time he hangs up, the sadness is very clear. His children often ask when he will be coming home, and Wael is left heartbroken, not having a clear answer for them. The emotional toll of being apart from his family has been immense, and his strength and resilience in continuing to provide for them, despite these personal sacrifices, highlight both his dedication and commitment.

The thought of incarceration would cause immense emotional pain not only for Wael but also for his loved ones. Being apart from his children and the emotional strain of not being able to provide them with the reassurance they need is a heavy burden that Wael carries daily. Incarceration would not only add to his suffering but would also place an unbearable stress on his family, who are already struggling with the separation. His children depend on his presence, guidance, and love, and his absence would have a deep impact on their lives.

Thank you for taking the time to consider my words. I trust that you will see the goodness in Wael Hana, that I, along with his family and friends, have come to know and appreciate.

Respectfully,

Dolores Lawlor

Dolores Lawlor

Councilwoman of Edgewater

A-34 - Lima, Estefania Guerreiro

Dear Judge,

I, Estefânia Guerreiro Lima, residing in Brazil, am writing to express my deep consideration and respect for Mr. Wael Hana.

I have known Mr. Wael Hana for approximately two years, since I began working at his company in Brazil. During this time, I have consistently observed his excellent character and integrity. He has always demonstrated exemplary conduct, characterized by honesty, respect, and a commitment to ethical and moral values.

Mr. Wael Hana has distinguished himself through his respectful interactions with employees and his dedication to complying with labor laws, as well as his continuous pursuit of excellence in the services provided to the community. His behavior and attitude in the workplace are clear evidence of his integrity and responsibility.

Based on my personal experience and direct knowledge of Mr. Wael Hana's character, I am firmly convinced that he is a person of good moral standing who deserves fair and equitable consideration from this esteemed court.

I am available to provide any additional information that may be required and sincerely appreciate your attention to this statement.

Sincerely,

Estefânia Guerreiro Lima

A-35 - Lita, Shpresa

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Wael Hana is a man I have known for more than 15 years and we have business associates, colleagues, but most of all my friend. Every interaction throughout the 15 years of knowing Wael have been of good memories, laughter, and facing challenges head on together. Our friendship has stood the test of time, evolving from our early days together to now. Wael is incredibly loyal and has always been there when I needed him. Wael, in my experience, is a person of great integrity with family, friends, and the people he works with. This sense of loyalty has also bred his humble nature with whomever he meets along with his friends and family. For these reasons, Wael has distinguished himself above all his peers and truly is some I wish I had met earlier.

The generosity of Wael Hana is a characteristic which permeates through his being in all facets of his daily life. He is a man who comes from humble beginnings and understands what suffering means. He is originally from Egypt and came to the United States at a young age to support himself and his family. His time in the U.S. has been a difficult road, as it has for many, ensuring his family was supported back home. I can recount the early years of our friendship where Wael was living paycheck to paycheck or on his last leg, however, his conduct has always prioritized other people rather than himself. No matter what position Wael was in, he was the person who always lit up the room. His mood never dampened and is an inspiration. He never forgot his beginnings however and never ceased to support those in need. This humble nature stems from his love of family and has seeped into his everyday life, whether it is with family or friends. I myself would seek Wael for help before my own family as I knew he was a person that can be relied upon. Wael has a heart that always gives without expecting anything in return and his generosity knows no bounds.

After knowing Wael for more than 15 years, he has confided his situation to me which has not changed my opinion of the man. I am delighted that he has this much trust in me especially with the situation he has found himself in. He plans on getting through his predicament with the support of his friends and family and the people who care about him. Wael has gone through many challenges and failures throughout his life and he is no stranger to hardship. He has the mental fortitude and character to pull through. He has a lot of people who rely on him and in this position, I know he will pull through.

I ask the Honorable Sidney H. Stein and the Southern District of New York to treat Wael Hana with leniency. He is a hardworking and family oriented man, whose generosity and loyalty knows no bounds. He has helped numerous people without asking for repayment and is a resilient citizen. I have known this man for over a decade and will continue to be his good friend till the end.

Thank You.

With Respect,

Shpresa Lita

A-36 - Massoud, Isefanos Shehata Naguid, Fr.

السيد رئيس الحكومة بالولايات المتحدة الأمريكية

تحية واحتراماً

بعد مراسلاتنا التي أرسلناها عن حالة قضيتنا سعود. كاظم بطرانه .... سجلناها بطريقة بروتوكولها

وبذلك أرجو من سيادتكم أن تنظر بعين الرحمة والرأفة للسيد/وائل هنا وذلك لأنه لديه ٦ بنات و٣ أطفال وتربيته وعدم تعلمه عليه .

وأوضح لسيادتكم علاقتي بالسيد/وائل هنا بأنه عرفته منذ سنة ٢٠٠٠ كنت أنا وكاظم بياكنس وكانت منطقتنا وهي بعيدة عنا بعشرة ميل وكان واسرته يقيمون كان عندهم محل تجارة مدارس الأولاد وكنت أبيع بركة الفقراء وكنت أنا أبيع عائلته وعيلتي بعائلته محبه وأبوة .

ومن واثق إلى أمريكا سنة ٢٠٠٦

وكنت دائم السؤال عنه وكانت لزيارة سنوياً بأمريكا .

كان يرسل لنا تبرعات لدفعة لهبه للفقراء وتبرعات كثيرة لبناء بكناشس . وله يد محبة وحنونة وحنينه

ومنذ سنة ٢٠٠٦ حتى الآن يرسل لنا تبرع شهري حوالي ١٠ ستة آلاف دولار ونحن وعبارات للفقراء بمصر

ومن وجهة نظري في هذا العمل لعلكم وليست نابعة من عينة مكتب وعينه للفقراء

وكان ملتزم بالقانون العربي ولم نعلم منه أي شيء في القانون أو ما سيء وضرر وبراءة للعام

ويكفي هذا السرور ولم يعلم عليه هذا بعتي بأكبر والفقراء بمصر وضرر به ٢ أطفال للعطار وتربيته ووالدته والجوانبه

ومنفعة والتبرعات المزيدة لنا للفقراء .

فأرجو من سيادتكم أن تنظر لنا وله بعين الرحمة والقانون وفق فترة الماضية .

أسألك أن الله يحفظك وأهله وعينة امرأته ويعلنك تحقق براله لله والله يعلم

Your Honor, President of the Court in the United States of America,

Greetings and Respects,

Reverend Father,
Istefanos Shehata
Naguib

Samalut Coptic
Orthodox Diocese

I, Father Istefanos Shehata Naguib Massoud, a priest in Samalut Coptic Orthodox Diocese, present this to you.

Firstly, I implore you to lend an eye of mercy and compassion to Mr. Wael Hana, because he has 3 young daughters, a wife, and a heartbroken mother.

I will explain to you my relationship with Mr. Wael Hana.

From 2000 AD to 2006, I was the priest of the church located in Manqatin Village, the village where Wael and his family live.

He used to help me with the Sunday School Service and with distributing charity on the poor, and I was the priest of his confessions, and have feelings of love and care towards him.

Wael traveled to the US in 2006.

I always inquired about him and visited him annually in the US.

He used to send us donations for the poor and for building churches. Everyone loves him, Muslims and Christians.

From 2020 until now, he sends us a ten-thousand-dollar monthly donation to help the poor in Egypt.

From my perspective, all these good deeds and donations stem from his love for the church and the poor.

He abided by the laws of Egypt and never violated it or did anything to compromise public opinion.

If he is sentenced to prison, it will harm the church and the poor in Egypt, as well as his young children, wife, mother, and brothers.

It will cut the donations we receive for the poor.

I appeal to you to regard him and us with an eye of mercy, for law was set to serve humanity.

I ask God to grant you wisdom and compassion and to lead you to His justice and guidance.

Reverend Father, Istefanos Shehata Naguib

Samalut Coptic Orthodox Diocese

Reverend Father, Istefanos
Shehata Naguib

Samalut Coptic Orthodox Diocese

Reverend Father, Istefanos
Shehata Naguib

Samalut Coptic Orthodox Diocese

A-37 - Mortati, Jorge E. Mussi

São Paulo (BR), 11 de Setembro de 2024.

Ao:

Honorável Sidney H. Stein.
Juiz Distrital dos Estados Unidos
Distrito Sul de Nova York
500 Peal Street
Nova York, NY 10007.

Caro Juiz Stein,

Conheço o Sr. Wael Hana desde o ano de 2020, quando fui contratado como consultor de empresas, para realizar uma auditoria na empresa Brasileira, IS EG HALAL LATIN AMÉRICA LTDA, e também tomar as providências necessárias para a regular implantação e operação, da referida empresa, recebendo orientações de que isto deveria estar de acordo com os padrões éticos exigidos e com o total respeito da legislação Brasileira.

Após este periodo inicial, de prestação de serviços, como consultor, tive a honra de ser contratado como Procurador (Advogado), para representar os seus interesses aqui no Brasil, tendo como uma das principais tarefas a efetivação do *compliance* da empresa.

Continuo atuando até o presente momento, sempre orientando juridicamente, dentro das normas e exigências legais, para o justo e correto comportamento da empresa Brasileira.

Sobre a pessoa de Wael Hana posso afirmar que como empresário sempre atua respeitando a Legislação Brasileira e tem um comportamento ético e moral irrepreensíveis, inclusive por sua determinação os contratos firmados pela empresa local, necessáriamente contém cláusulas de prevenção da corrupção, dentre outras, sempre objetivando o atendimento das boas práticas e do *compliance*.

Já como pessoa, posso afirmar que Wael Hana, trata-se de um ser humano amável, respeitador e inclusive caridoso, sendo esta sua qualidade observada quando o mesmo, após ter ciência de que qualquer de seus funcionários (mais de 40 pessoas) e colaboradores, enfrenta alguma dificuldade particular, ele sempre se prontifica em auxiliar de forma benevolente e sem qualquer interesse além do de fazer o bem.

Sobre este seu comportamento, pessoalmente posso testemunhar pois, recentemente, precisei ser submetido a uma séria cirurgia no pulmão, e ele prontamente me auxiliou com recursos para me auxiliar no pagamento de parte dos

custos ocorridos por conta do procedimento cirurgico. Para mim, esta atitude por si só, demonstra o quão exemplar é o carater de Wael Hana, pessoa a quem tenho uma particular gratidão.

Finalizando, minhas breves impressões , sobre o carater de Wael Hana, como homem e como empresário, devo afirmar que por conta de todas as suas inegáveis qualidades já aqui relatadas, encontra-se no momento devastado com o resultado da acusação que pesa sobre ele, especialmente sua condenação por crimes contra o seu país adotivo, pais este no qual ele trabalhou duro e muito para fazer seu lar, e como descumprir a Lei é algo inaceitável para o mesmo, é certo que Wael Hana nunca teria conscientemente participado de qualquer delito.

Além disso, posso afirmar que estão sendo dramáticos os efeitos da acusação criminal na vida pessoal e profissional de Wael Hana, visto que, causou efeitos danosos na sua familia, em especial sobre sua esposa e filhas pequenas, que ele já não vê a quase um ano, e também devastou sua reputação profissional, isto dentre outros efeitos físicos, psicológicos e emocionais.

Caro Juiz Stein, agradeço antecipadamente sua atenção e rogo que por uma questão de Justiça, e motivado pelo que aqui de forma resumida e respeitosa foi exposto, seja justo e leve em consideração tudo o que aqui foi declarado.


Respeitosamente.


*Jorge E. Mussi Mortati*.
251607 – OAB/SP

Sao Paulo (BR), September 11, 2024.

To the:

Honorable Sidney H. Stein.
United States District Judge
Southern District of New York
500 Peal Street
New York, NY 10007.

Dear Judge Stein,

I know Mr. Wael Hana since 2020, when I was hired as a business consultant, to carry out an audit at the Brazilian company, IS EG HALAL LATIN AMÉRICA LTDA, and also take the necessary measures for the regular implementation and operation of said company, receiving guidance that this should be in accordance with the required ethical standards and with full respect for Brazilian legislation.

After this initial period of providing services as a consultant, I had the honor of being hired as an Attorney (Lawyer), to represent its interests here in Brazil, with one of the main tasks being to ensure the company's *compliance*.

I continue to work to this day, always providing legal guidance, within the legal standards and requirements, for the fair and correct behavior of the Brazilian company.

Regarding Wael Hana as a person, I can say that as a businessman he always acts in compliance with Brazilian legislation and has irreproachable ethical and moral behavior, including by his determination [that] the contracts signed by the local company necessarily contain corruption prevention clauses, among others, always aiming at servicing good practices and *compliance.*

Already as a person, I can say that Wael Hana is a kind, respectful and even charitable human being, and this quality is observed when, after becoming aware that any of his employees (more than 40 people) and collaborators, are facing some particular difficulty, he is always ready to help in a benevolent way and without any interest other than doing good.

Regarding this behavior of his, I can personally attest, as, recently, I had to undergo serious lung surgery, and he promptly assisted me with resources to help me pay part of the costs incurred due to the surgical procedure. For me, this attitude alone demonstrates how exemplary the character of Wael Hana is, a person to whom I have particular gratitude.

Concluding, my brief impressions , about Wael Hana's character, as a man and as a businessman, I must state that because of all his undeniable qualities already reported here, he is currently devastated by the result of the accusation

against him, especially his conviction for crimes against his adopted country, a country in which he worked hard and a lot to make his home, and since breaking the Law is something unacceptable to him, it is certain that Wael Hana would never have consciously participated in any crime.

Furthermore, I can say that the effects of the criminal accusation on Wael Hana's personal and professional life are dramatic, since they have caused harmful effects on his family, especially on his wife and young daughters, whom he has not seen for almost a year, and also devastated his professional reputation, among other physical, psychological and emotional effects.

Dear Judge Stein, I thank you in advance for your attention and beg that for the sake of Justice, and motivated by what has been in a summarized and respectful form expressed here, you be fair and take into consideration everything that has been stated here.

Respectfully.

*Jorge E. Mussi Mortati.*
251607 – OAB/SP

A-38 - Mostafa, Ahmed, Dr.

Dear Judge Stein,

 I am Dr. Ahmed Mostafa, a member of the technical team at IS EG Halal Company in India(I joined the work from October 2022 till now). I have joined the technical team since mid February 2020(in Brazil office only for seven months). During these periods, I got to know Mr. Wael Hanna by virtue of his position as the company's CEO. I found him to be a generous and friendly person who loves his work and is always in contact with the company's employees, sharing their joys and problems. During this period, Mr. Wael Hanna never interfered in the technical aspects of my work and the decisions related to approving and supervising slaughterhouses that are authorized to export buffalo or beef- (in Brazil)- meat and offal to the Arab Republic of Egypt. During this period, Mr. Wael Hanna never spared effort in preparing the conditions to complete my work in the best possible way and did his best to improve the business .
Your Honor, I was surprised by the accusations against Mr. Wael Hanna and I cannot imagine the extent of their devastating impact on his family, his young daughters and all employees in the company's offices around the world. Your Honor, I hope that you look with fairness and compassion at Mr. Wael Hanna.

Respectfully yours,
Dr. Ahmed Mostafa
    Veterinary officer
Technical staff member
    IS EG Halal India

A-39 - Mostafa, Heba Tullah

السيد المحترم, رئيس المحكمة

تحية طيبة وبعد ،

أنا صديقة وصديقتي مديرة أحد شركات IP الأوائل منا بمصر، ومن أنشاس ٢٠٢٣
تعرفت على وائل منذ عـــنوات قليــــطفا كنت أعمل مع رجل أعمال ومصري
يربطه بوائل بعض الأعمال، الخاصة بـ ستيراد اللوم من الخارج .

— أنا أعيش بمحافظة الأسكندرية والتي تبعد حوالي ٢٠٠ كيلومتر عن ه حداثنا أقامو
الأماكن بها مكتب IP الأوائل منا .
وفرلنا IP الأوائل هنا عربية ضاهدوة ك وسكن قريب من مكان علنا
بالقاهرة لتسهيل حركة أنتقالتي ومراجعتي .

IP الأوائل منا رجل كريم جداً وصاحب خلق طيب وقلب طيب كان دائماً يسعى لمتشجيعي
أنا وزملائن في العمل للوصول لأفضل ماعندنا وطبر يتزود للنخبة ني
مساعدتنا سواء مادياً أو معنوياً .

بالنسبة لتجربتي الخاصة مع IP الأوائل ك والدي العزيز رحمة الله عليه مريض
كان سنن مدة حوالي أكثر من ٢١ سنة ك ومن وفترة عملي مع وائل
ني مخمسلين ٢٠٢٠ ك هذه الفترة مادة والدي تدهورت جداً ماجعلني
أغصر بعض الأوقات عن عملي ك ولكن IP الأوائل طبر يتزود النخبة ني استيعاب
وظيفتي وتقديره سواء كان مادياً أو معنوياً .

كان يسعى جاهداً لمساعده موظفيه ومراعتهم وكان يعتبرنا بمثابة عائلة
واحدة ك عمره حرم سنا أنه صاحب عمل وأ منا منه موظفين .

يوم ٢٠١٤/٤/١٧... نبوخ والدي "رحمة الله عليه" ـ وقامت عائلة أوائل
هنا نبدأ بكل أطرق وعلى رأسهم أوائل هذا الذهن أصبحن رهان للسفن
الدار السعودية لحل عمرة لوالدي كنوع من أنواع الدعم لبعضهم.

٭ ولكن أكثر ما يؤلمني بعد فقد والدي ٤ كيف نبايره زوجة أوائل هنا
لن نبكني لتعزيتي وكانت نموذها انها أوائل الكبرى مارك التي يبلغ
عمرها من الدي ٤ سنوات.

طب أبسط هذه اللحظة عندما دخلت زوجة وائل ومارك عليا المكتب (
الحبس منظر مارك لا يفارق ذهني ابراً البنت الصغيرة حزينة جداً
مخضوصية طول نترح جلوسها صار وراء الدنيا ورائها ممتش بتقول ماما
غير بابا فين؟ ده مكتب بابا؟ بابا هيانجتني؟

بدون مبالغة أقسم بالله قلبي وجعني ـ وأتفطرت على البنت

ارجوه سيادتك سيادة القاضي النظر بعين الرأفة والشفقة والرحمة
تجاه هذه الأسرة كوبالذات خصن تجاه البنات الصغيرات.

فكل من الممكن أن يكبروا بدون أب، جانبهم يحميهم ويسندهم ويكون سند بجون لهم حتى هذه الدنيا

فقد أن الأب بالنسبة لأم ناد شئ غالي جداً ويكيد أن يحتم أن فقداه معها كان عمرها ٤ وهن
لم هذا الفقد لم تفهم الفتاه كما كانت بتفقد أحساسها بالأمان والسند وأحساسها الدائم حق
الخوف ـ والرهبة وهذا الصمت صورن وبروفاة والدي وهلا أتمن لأحد أن ببيش
لفس الشعور مهما كان.

ولكم جزيل الشكر                                وعرفانا لجميلك

Your Honor President of the Court

Greetings,

I am Heba Mostafa, a sales director in one of Mr. Wael Hana's companies in Egypt since August 2023. I met Wael 4 years ago when I was working for an Egyptian businessman who used to work with Wael in the field of meat imports.

I live in Alexandria, which is approximately 200 km away from Cairo where Mr. Wael Hana's office is located.

Mr. Wael provided me with a private car for me and accommodation near the office in Cairo to facilitate my commute and comfort.

Mr. Wael Hana is a very generous man and has a big heart. He always encouraged me and my colleagues to become the best versions of ourselves and never hesitated in helping us financially or emotionally. He always strived to support his employees and make them feel comfortable, and he considered us one family, he never made us feel like he's the boss and we're the employees.

My father passed away on 7/2/2024 and Mr. Wael Hana's family supported me in all different ways, including that Mr. Wael paid for a trip for me to Saudi Arabia to perform a pilgrimage on behalf of my father as a form of moral support.

One of the most painful experiences I had to go through after losing my father was when Mr. Wael Hana's wife visited my office to offer me her condolences with Mr. Wael's oldest daughter Marla who is around 4 years of age.

I will never forget the moment when Wael's wife and Marla entered the office. I cannot forget how Marla looked, the little girl was very sad; scared throughout her visit and didn't say anything other than "Where's Daddy?" "This is Daddy's office." "When is Daddy coming?"

No exaggeration, it broke my heart; I felt very sad for the girl.

I implore you, My Honor, to regard this family with an eye of sympathy, kindness, and mercy, especially the little girls.

Is it possible that they grow up without a father by their side to protect and contain them, to be a source of support for them in this life?

A daughter losing her father is a grave matter; it can destroy any girl regardless of her age. After such loss, a girl is never the same, she loses her sense of safety and support, and always feels lonely and insecure. This is how I felt after my father died; I do not wish this feeling upon anyone.


Thank you,

Sincerely,

Heba Tullah Mostafa

A-40 - Nassar, Moussa

**MR. MOUSSA NASSAR**

**[Your Address]**

**[City, State, ZIP Code]**

**[Email Address]**

**[Phone Number]**

**[Date]**

**Honorable Sidney H. Stein**

**United States District Judge**

**Southern District of New York**

**500 Pearl Street**

**New York, NY 10007**

Dear Judge Stein,

I am writing to you on behalf of Wael Hana, who I have had the honor of working with for the past five years at IS EG HALAL. During this time, I have known Wael Hana not just as a leader and a colleague but as someone who has profoundly impacted my life and the lives of many others.

In the professional environment, it is rare to find someone who not only excels in their duties but also fosters an atmosphere of warmth, respect, and genuine care for those they work with. Wael Hana is one such individual. From the first day I met him, I was struck by his unwavering commitment to his team, his integrity in decision-making, and his ability to inspire others to reach their full potential.

While my testimony may be difficult to hear, I stand firm in my conviction that the words I have shared come from a place of deep sincerity and genuine care. Wael Hana exemplifies the true essence of generosity—not only through his financial contributions but, more importantly, through his unwavering kindness, compassion, and wholehearted dedication to others. His generosity is evident in every aspect of his life, as he give selflessly with both face and heart.

His qualities are not just actions but the very fabric of who he is. I believe that such a person deserves to be seen in the full light of his character.

During a critical period when my wife fell suddenly ill while I was on assignment in India, Wael Hana demonstrated extraordinary compassion and support. Despite the complexities of my mission, he promptly arranged for my return to Brazil so that I could be by my wife's side and provide her with the care she urgently needed.

This act of kindness was not only a profound relief to both my wife and me but also a testament to my manager's exceptional character. His selfless support and the decision to bear the associated costs without any charge embody the true spirit of generosity, love, and dedicated care.

Such actions reflect the very essence of what it means to give selflessly and with genuine concern for others. We are deeply grateful for his unwavering support during that challenging time.

I would like to share a few personal reflections. My parents, who are now in their advanced years, have only me and my two sisters as their immediate family. During a

2

time of great difficulty, Wael Hana provided not only professional support but also a level of care and compassion that deeply touched my family and me.

In many ways, his support has been like that of a brother to me. Though he fulfills the role of a manager in a professional setting, his actions and kindness have conveyed a sense of familial care that has been a tremendous source of comfort and strength for us.

His generosity and support have been a profound blessing during a challenging period, embodying the spirit of kinship and compassion that transcends his professional role.

Wael Hana has a unique ability to make each person feel valued and heard. Despite his extensive experience both in life and in his professional role, one of his most remarkable qualities is his commitment to empowering his team through delegation. Throughout my time working with him, I have observed that he consistently refrains from intervening in decision-making processes. This is a testament to his profound trust in the expertise and judgment of his team.

His approach has not only fostered a collaborative and respectful work environment but also demonstrated his confidence in the capabilities of those around him. This level of trust and delegation is a cornerstone of his leadership style, reflecting his dedication to nurturing talent and supporting his team's autonomy.

Outside of work, Wael Hana has been equally dedicated to his community and family. He has invested in making the world a better place, even when no one was watching. Words often fall short in fully capturing the breadth and depth of the

exceptional qualities embodied by Wael Hana. Despite the limitations of language and expression, I am confident that the sincerity and admiration inspired in me will resonate with you as you consider my testimony.

While it is challenging to articulate the full extent of his greatness, I trust that the heartfelt essence of my words will convey the profound respect and appreciation I hold for him.

Thank you for considering my words.

**Respectfully Yours,**

**MR. MOUSSA NASSAR**

**Commercial Manager**

**IS EG HALAL**

A-41 - Oliveto, Carolina

Dear Judge Stain,

I am writing to provide a reference for Mr. Wael Hana concerning the matter at hand. I met Mr. Hana when I began working with the company in February 2021. During one of his visits to our offices in Uruguay in September of that year, he took the time to speak with each of the employees, including myself. During this meeting, I shared my ideas and perspective about the team in Uruguay with him

Mr. Hana valued my feedback, and in a subsequent visit, he appointed me as Operations Assistant, providing me with a valuable opportunity for professional development. Since then, he has consistently offered new challenges, such as traveling to satellite offices to understand their operations.

Later, Mr. Hana further supported my development by promoting me to Operations Manager of the Uruguay office, a role I still hold, and which greatly fulfills me. He has always been open to maintaining clear and direct communication, allowing us to express our views to facilitate the company's growth.

A notable example of his empathy and generosity occurred when he asked me to organize a gathering for Middle Eastern immigrants living in Uruguay. The event, held at the Uruguayan Islamic Center, included lunch, children's games, and other activities. This initiative demonstrated his deep interest in supporting the community and helping those in vulnerable situations. Mr. Hana showed a strong commitment to making these individuals feel supported, which was greatly appreciated by all participants.

It is worth mentioning that Mr. Hana has made several anonymous donations to this Center on several occasions; however, I would like to highlight this specific action due to its significant impact.

Mr. Hana has had a substantial impact on the work environment, enhancing team productivity and fostering a positive and collaborative work atmosphere. His ability to resolve conflicts and manage issues has been crucial to the success of several key projects. His leadership has guided the company through numerous challenges, and his commitment to the professional development of employees has been fundamental to my progress and that of many colleagues.

In addition to his professional impact, Mr. Hana has demonstrated great adaptability and capacity for managing changes and crisis situations effectively. His mentorship and ongoing support have been invaluable to the professional growth of his team.

Given all the aforementioned points, his absence from the company would be profoundly felt, and our work would be significantly affected without his leadership and determination. In the specific case of Uruguay, approximately 20 families depend on this source of employment, a job we are passionate about and which has been a crucial source of stability for us. We would be deeply disappointed if this situation were to come to an end.

Thank you for your attention to this reference.


Respectfully,



Carolina Oliveto

A-42 - Prieto, Jessica

August 30, 2024

**Honorable Sidney H. Stein**
United States District Judge
Southern District of New York
500 Pear Street
New York, NY 10007

Dear Judge Stein:

My name is Jessica Prieto, and I am writing in regards to Wael Hana. I joined IS EG Halal Latin America on October 31st, 2019. At the time, Mr. Hana was not present in Uruguay, but I had the privilege of meeting him in November 2019. Shortly thereafter, I accompanied him on a business trip to Brazil, where I had the opportunity to further engage with him and observe his leadership style firsthand.

During this trip, I was struck by Mr. Hana's exceptional ability to motivate those around him. His leadership was not merely about directing; it was about inspiring excellence. He encouraged me to push the boundaries of my capabilities and to approach my work with a renewed sense of dedication and purpose. His influence was profound, leaving a lasting impact on my performance and professional development.

Throughout my journey at IS EG Halal Latin America, Mr. Hana has been a steadfast supporter of my professional growth. His guidance and encouragement played a pivotal role in my promotion to the position of Assistant Manager. In this role, I have been able to contribute more significantly to the company. His belief in my abilities has been both empowering and transformative.

I would like to emphasize that Mr. Hana's personality plays a crucial role in shaping the culture of our company. He consistently underscores the importance of viewing ourselves as a family. Wael encourages cultivating mutual respect and most importantly, fostering a strong sense of unity and integration amongst all team members.

In conclusion, the absence of Mr. Hana would have a significant impact on the employees in Latin America, particularly in Uruguay. It would not only disrupt the work environment but affect the lifestyle and financial stability of many. Mr. Hana has numerous employees who depend on his leadership and the continued success of the company. Please consider how much Mr. Hana is needed when making your decision.

Respectfully Yours,

Jessica Prieto

A-43 - Radoniqi, Dren

To:    Honorable Sidney H. Stein
       United States District Judge
       Southern District of New York
       500 Pearl Street
       New York, NY 10007

Dear Judge Stein,

I hope this letter finds you well. I am writing to you today in support of my friend, Wael Hana, who I firmly believe has been wrongly convicted. I have had the honor of knowing Wael for couple of years, and during that time, I have witnessed firsthand his unwavering commitment to running a successful, ethical business, as well as his deep dedication to his faith and family.

Wael is a man of faith and integrity, someone who has built a reputable business from the ground up while adhering to the highest standards of honesty. He has always conducted his business in accordance with the law, ensuring full compliance with every legal and financial obligation. Wael has distinguished himself by remaining committed to doing things the right way.

His success is a reflection of the values that guide him—family, hard work, integrity, and faith. He has achieved the American Dream through sheer determination, and in the process, he has also become a generous supporter of the community and church.

Beyond his professional accomplishments, Wael is a devoted father who has raised his children with the same principles he embodies—honesty, respect for others, and a deep faith in God. He is a role model to his children, instilling in them the importance of integrity and the value of hard work. His absence will have a profound emotional and practical impact on his family, especially his children, who depend on him deeply for guidance and support.

I am confident that the charges brought against Wael do not reflect the man I know him to be.

I respectfully ask for your compassion and consideration in reviewing his case. Wael is a person of great moral character who has positively impacted many lives, and I trust that justice will be served.

Thank you for your time and consideration.

Respectfully yours,
Dren Radoniqi

A-44 - Rashad, Ahmed Mohamed

السيد / رئيس المحكمة المحترم

تحية طيبة

نحيط علم سيادتكم بأن السيد رامل لنزروس ومثاني حنا والشهير

موائل حناما أهالى قرية منقطين - سالو ط - المنيا

مولودوبقى بمنطقنا و معروط لدينا منذ صغر سنه وفترة تعليمه

ومعروف لدينا بأن المذكور هو ما يرتدم ولا تعهدنا عليه بأى اخلال

لكما أن المذكور مواقف طيبة وحسنه يقف قابا مع أهل القرية

في ساعة العقد والفرح والمتاعب حينا وساعد أهل القرية

ولكثير من وقفاته المواقف الحسنة معنا دائمو حسب ساعة

أهل وقفته مع التزامه بقوانين البلاد وتطبيقها المعروف

في حالة مروره جاء بلادنا في حالة حضوره وكذلك البر أيضا بلادنا

مع أهل القرية

ولسيادتكم جزيل الشكر

الاسم / أحمد الدروطى ونثار

التوقيع / أحمد الدروطى

Your Honor, President of the Court,

Greetings,


I would like to bring to your attention that Mr. Wael Loundes Makhaly Hana, known as Wael Hana, is one of the people of Manqatin Village, Samalut, Minya.

He was born in Manqatin, and we've known him since his childhood and early school years as a decent person from a decent family. He has never been a source of trouble. He has done a lot of good and charity for the members of the community. He has helped the poor, the sick, and the needy; he helps the community with no ulterior motives behind these charitable acts other than helping the community members, while upholding the known national laws and systems. If he is found guilty,[1] it will *[Illegible text]* negatively affect our community.


Thank you,

Name: Ahmed Mohamed *[Illegible text]* Rashad

Signature: Ahmed Mohamed *[Illegible text]* Rashad

---

[1] Translator note: While the Arabic translates directly to "convicted / found guilty", there are several factors that would explain why the this was the authors' choice. One, is that the Egyptian court system is a no-jury system that produces the conviction and the sentencing jointly by the judge. Therefore, it's common in the language of non-legal professionals to refer to the two acts interchangeably. The average Egyptian is not aware of the need to separate the two acts in the US legal system. The Arabic expression is compound in its formation and can sound more like "sentenced as convicted", which would not be a proper translation, but would leave more room for speculation on what the actual intent of the speaker/writer is.

A-45 - Rifas, Daniel Maya

Montevideo, August 29th, 2024.

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

I am writing to provide a reference for Mr. Wael Hana, whom I have had the opportunity to know since September 2019, when I joined IS EG Halal as an employee. Mr. Hana was the person who offered me my first job opportunity, and since then, I have observed his professional conduct closely.

Mr. Hana is a diligent and committed leader who consistently demonstrates a strong work ethic. He approaches his responsibilities with focus and determination, setting a high standard for others. His leadership has been characterized by a respectful and approachable manner, treating colleagues and team members with fairness and consideration. This approach has contributed to a positive and productive work environment.

In recent times, it is evident that the ongoing trial has had an impact on Mr. Hana. The situation has undoubtedly been difficult, affecting him both personally and professionally. However, he has continued to handle his duties with a professional attitude, even under challenging circumstances.

Should Mr. Hana face imprisonment, I believe it would have significant repercussions, not only for him personally but also for the company. His leadership has played a vital role in the organization, and his absence would likely affect the company's operations and the team's morale.

For these reasons, I am confident that Wael Hana is a reliable and ethical individual. Please consider this in your decision. I am available for any further information you might need.

Respectfully,

Daniel Maya Rifas
Operations Asisstant
IS EG Halal Latin América SA
d.maya@iseghalal.com

A-46 - Sebahie, Anthony

August 15, 2024

The Honorable Judge Stein
SDNY
500 Pearl Street
New York, NY 10007

Re: Sentencing of Wael Hana

Dear Judge Stein,

I am writing to you today with deep respect and a humble request for leniency in the sentencing of Wael Hana. My name is Anthony Sebahie and I have had the privilege of working under Mr. Hana for almost a year now at EG Trade.

I had suffered a tremendous tragedy during my senior year in Paramus High School, I lost my older brother in a horrific car accident. Shortly after Covid hit, leaving me in a tough position as a new graduate. I applied to several companies for work but was denied. When I was hired by Mr. Hana, my work experience was limited to say the least, and I had not completed my college education. Despite these shortcomings, that most denied me for, Mr. Hana saw potential in me and took a chance on someone with not much to offer on paper. This opportunity has changed my life in ways that I could not have imagined, it has given me a purpose. Under Mr. Hana's mentorship, I have grown both personally and professionally, developing skills and gaining experience that have set me on a path to success.

Mr. Hana gave me a chance when few others would have, and for that, I am eternally grateful. I have seen firsthand the positive impact he has had not only on my life but also on the lives of many others who have worked under his leadership. Mr. Hana has been a source of support, encouragement, and guidance, always willing to offer a second chance to those in need. Truly a generous and compassionate human, and I'm grateful to be working with him.

I respectfully ask that you consider these qualities of Mr. Hana when making your decision. I believe that his actions, though not without fault, do not define the true character of the person who has done so much good for so many people, including myself.

Please consider leniency in Mr. Hana's sentencing, allowing him the opportunity to continue making a positive impact on those around him. I am confident that with your compassion and understanding, Mr. Hana will have the chance to prove his commitment to doing better and continuing to support others in a manner we have all become accustomed to.

Thank you for your time and consideration.

Sincerely,

Anthony Sebahie
(201)744-8629

A-47 - Shehata, Stefanous, Fr.

السيد رئيس المحكمة

تحية طيبة وبعد

بعرفه السيد وائل بيننا وبالمجتمع كله في هذه المدينة المغربية التابعة لنا
وإنه راجل قدرة للسلطة والشعب وأنا المعرفة معرفة شخصية
لأنه هو وكلا تربيس منا مجاور لنا وأعرفه منذ ولادته
وهذا الرجل متواضع مع كل الناس مع الكبير والصغير ويقوم
بخدمة جميع الأهالي في القرية
وله مواقف مشتركة بيننا وبين الأستاذ وائل ويقوم بحل
أي مشاكل بين الأهالي ويقوم بخدمة أي إنسان بالقرية
أسباب هذه المواقف رجل طيب ولا تقدم به معنا
ومسلم يقوم بعملي لوجه الله سبحانه وتعالى
راجل نظيف وثقة ما أقل منه عفته ولا حد عنده كرماء
ولا أفتار بنفس راجل متواضع ويقوم بنفس منا جميعا
علما بأنه حدث لنا قدر وحكم علينا جميع الأعمال الخيرية
التي تقوم بها للفقراء وإما أنه تكون إله لا نزيد عليها
بابنا الموالين الفقراء تنتظرونه منه كل شهر ما منه لفقراء
وتبنيه وأنا أعرف والدته معرفة شخصية حيث أنها امرأة كبيرة
في السن ومنتظرة عودة إليها لكي تتشفى لأنه إنه منقطعة
به وكل يوم وكل ليلة في بكائه عليه ومنتظرة عودته بالسلامة
والله على ما أقول شهيدا

والسلام عليكم ورحمة الله وبركاته

1

Your Honor, President of the Court,

Greetings,


Mr. Wael's relation with us and the entire community in the village he's from is that he's a charitable man towards Muslims and Christians, and I know him personally because his grandfather used to live next to us, and I know him since birth. This man is humble with all people, old and young, and helps everyone in the village.

There are many interactions between us and Mr. Wael where he mediates problems between the villagers and helps anyone who needs help, because he's a kind man who doesn't discriminate between a Christian and a Muslim. He does it all for God.

A decent man [Illegible text] less than what he deserves, devoid of vanity and arrogance. A humble man who helps us all. If, God forbid, he is sentenced, all the philanthropy he does for the poor and weak will be on the verge of collapse. Knowing that all the poor citizens expect monthly goods and cash assistance from him. I know his mother personally; she is an elderly woman and is waiting for the return of her son so she can see him, because she is attached to him and cries day night, and she is waiting for his safe return. God is my witness.


Peace be upon you,


[Illegible signature]

A-48 - Sinisi, Cristina

August 19, 2024

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York   10007

Dear Judge Stein:

It is my honor to write to you on behalf of Wael Hana. My name is Cristina Sinisi, and I have known Wael for 4 ½ years, not only as his employee but as his close friend. When I met Wael I was thirty years old and looking for a new career path. I was in a rut at my previous job, working from home and making a minimal salary. For me, it seemed as if I was stuck and not moving forward. I started applying for jobs and managed to acquire a few interviews with no success. It was around that time I heard from a close family friend about a small company that was hiring, named IS EG Halal. I was scheduled for an interview, and I met Mr. Hana who was kind enough to come in on his day off to speak with me. After meeting with me for a little while, with no hesitation, he offered me the position. I was surprised that Mr. Hana put full faith in the fact that I was recommended by someone he trusted. However, I would come to learn that this was a common occurrence and part of Mr. Hana's character.

When I first started as the receptionist at IS EG Halal, Mr. Hana allowed me to continue working for my previous employer while using his office space. I will never forget and will forever be grateful for that opportunity, as I was able to make extra money. Also, as someone who goes for regular allergy shots, it allowed me to keep my health insurance until I was eligible for IS EG Halal's plan. Not many employers would be that understanding and lenient with new employees. This is only part of what makes Wael Hana an extraordinary person.

After meeting my family, Mr. Hana found out from my father that I did not have many opportunities to socialize and promised that he would help with this. Wael kept his promise by always including me in social events such as dinners and nights out with co-workers. He hosted countless birthday parties, holiday parties, celebrations and included his employees in his favorite outing, which we called "Sinatra Saturday." Without hesitation, Wael invited everyone because he always considered his employees as family. For me, that feeling has always been mutual, as I consider Wael part of my family.

Working for Wael has truly changed my life. Not only did he grant me the opportunity to have a better social life, but he allowed me to build a better life for myself. Mr. Hana has always said he wanted his employees to live comfortably, not wanting them to worry about finances. He

has proven this in the 4 ½ years that I have been working for him. Mr. Hana has offered nice salary increases, health insurance completely provided by the company and generous gifts. Additionally, in 2021, Mr. Hana asked me when my lease was up on my current car. When I told him that I owned my car which was six years old at the time, his response was "Let me see what I can do." A few weeks later, he handed me the keys to a company car. After that, with the funds I gained from selling my old car, I was able to put enough money aside to fulfill one of my greatest accomplishments. I became a condo owner! Throughout the long and stressful journey of purchasing a condo, Wael constantly offered his assistance. He told me if I needed anything to just ask and he would help. Needless to say, without Wael, I never would have been able to purchase property at the age of thirty-three. Especially at a time when interest rates were high, and I only had one income.

As the months and years went by, Mr. Hana was consistently the type of boss that recognized hard work. I was promoted a few times at IS EG Halal. Even though I had no experience in finance, I went from being the receptionist to Accounts Receivable and later became the Director of International Finance. Upon starting his trading company, EG Trade, Wael trusted me to be an employee at both companies. I never took his trust for granted. I always did my best when completing tasks, because I never wanted to disappoint him. Most recently, Mr. Hana appointed me as Treasurer for both companies. I attribute my success to having him as a mentor.

I can honestly say Mr. Hana is one of the most intelligent individuals I have ever met. He was able to start a trading company while still managing to grow his Halal business. He has taught me how to be a good manager for his office and a better person. Wael instilled in me that a good manager does not manage everyone in the same capacity. He taught me that I should spend equal time with each employee and that everyone's ideas should be valued. Having to manage his Edgewater, N.J. office when he is not accessible has proven to be a challenge for me. When problems or disagreements arise that need attention, Wael has always listened to my viewpoint and agreed with me on the solution. This is not something I find easily with other individuals. As someone who does not like conflict and sometimes has a hard time expressing my opinion, having Mr. Hana's full support has helped build my confidence and self-esteem immensely.

Wael Hana's thoughtfulness has extended outside of the office.  A few months ago, I called out of work because my mother spent the night in the Emergency Room. Knowing I do not like to drive, Wael offered to send someone to take me and my elderly father to the hospital to help bring her home. Having come to this country alone at the age of twenty-two, Wael never took for granted the people that helped him. With his success, he has provided for people in need. He has helped people with their rent, donated to multiple charities and purchased a bus for the community of Edgewater, N.J.

The friendship I have formed with Wael over the years has led me to meet and speak with some of his close friends and family members.  This unfortunate situation has taken a toll on Wael

and his family, especially on his wife and daughters. Wael, being a devoted husband and father has suffered by being forced to watch his young children achieve milestones over video. I have had the privilege to witness and sometimes participate in video calls with his oldest daughter, who is three years old. The sparkle in her eyes and huge smile on her face when she sees her father is heartwarming. I can tell how much she misses him, having not been able to see him in a year.

Your Honor, I am going to conclude my letter, knowing that I could go on for many more pages. I hope I have conveyed how important Wael Hana is to so many people. He has changed my life and helped many others in the exact same way. Wael has a lot of people that depend on him, including his employees, friends and family. When contemplating Wael's sentencing, please consider leniency and take into consideration the time he has already spent away from his family. Thank you.

Respectfully yours,

Cristina Sinisi
Treasurer
IS EG Halal
EG Trade

A-49 - Travers, Denise

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


Dear Judge Stein:

Please accept this letter on behalf of my colleague and friend, Wael Hana. I have known Wael for three years and am currently on a part time retainer with IS EG Halal Certified, Inc. and assist with corporate governance.

The first time I met Wael, was when we met to discuss the aforementioned position. At that meeting it became clear to me that we would be a good fit working together. He stressed his desire to bring in a firm that would assure that all corporate documents were maintained properly and all governmental requirements met. One specific phrase he used that day still sticks in my head. He said, "I want to make sure everything is done properly and by the book." In a world where it seems that many people so easily blur the lines between right and wrong, I very much appreciated meeting with someone who very clearly wanted things done the right way.

Once requirement that Wael had for the position was that he wanted me to appear in the office one day a week. His reasoning was that he wanted me to get to know everyone as he likes all employees to have a good working relationship as he considers them family. Understanding that I have other clients and obligations that might impact this situation, he offered to provide me with an office, be flexible on the day of the week when needed and would be comfortable with me handling other work that needed to be addressed while I was at his office. This offer is reflective of the type of person and colleague/corporate leader that Wael is.

Wael is generous and treats his employees and colleagues like family. I learned this prior to my first appearance at IS EG. On the Saturday evening prior to my first day in the office, I was invited to a dinner celebrating an employee's birthday. Upon arrival, Wael immediately, made me feel welcome and included. In fact, he learned that my birthday was the next week and set up a company dinner to celebrate my birthday as well. This is Wael.

Throughout my time working with Wael, he has been nothing but kind, fair and generous with me, and from what I have observed, all of his employees. In addition to extensive list of paid holidays, his full-time employees receive a gold healthcare plan, 401K benefits, lunch for employees twice a week in the office and very often corporate vehicles, rent abatement and celebratory corporate lunches and dinners.

Though unbelievably dedicated and hardworking, Wael is not only about his work life. Wael has a wife and three daughters. This trial and separation from his family was very difficult on all of them and especially his eldest daughter. He and I have discussed that she repeatedly asks him when he is coming home. Many times, I have been in his office when the phone rings, and he answers a facetime call from his daughter. It is immediately apparent when it is her as

this focused and driven business man turns into a big teddy bear with an immediate smile and a softening voice. She will inevitably ask who is with him in his office and we (who are in the office) will be waving and chatting with her as well. He adores her and she him. It is both heartwarming and very sad to watch.

I would ask that you consider leniency when sentencing Wael. He willingly returned from Egypt to face these charges and has been away from his family since. His movements have been limited due to the monitoring imposed upon him yet has complied with every restriction. In my personal experience over the past 3 years, I have come to know Wael as a hardworking businessman who runs his company well, and in my experience, by the rules. He is a kind and generous man who has great love for his family.

Respectfully,

Denise Travers

A-50 - Zebi, Rena

September 2, 2024

Dear Honorable Judge Stein,


I have known Mr. Hana since the year of 2021.  After 22 years of teaching, I applied for the position, and was welcomed with the initiative of learning more about the employment opportunity along with mission of the company.

Not only was I nervous about making a career change, but I was welcomed graciously by Mr. Hana and his emphasis about the business.  Upon being hired, Mr. Hana tested my reading and writing Arabic skills, proficiency, and my knowledge of the Halal compliance industry.  It was an interesting opportunity for me to learn more about the Halal industry and bring my experience into this business.

I was hired as a **IS EG Halal Public Affairs Representative** and was given the opportunity to write a newsletter about the IS EG Halal objectives.  I was encouraged to work on researching about the potential Halal food growth in different countries, Different Halal products, and the importance of Halal compliance criteria.

Mr. Hana encouraged my skills and gave me more challenges to think outside of the box.  Not only was I learning more about bringing food to the table in all its forms, but was given the privilege to get promoted to **Global Registration Manager**.  And at that time, I was responding to facilities, making a bigger and better connection with companies and their food production inquires.  I personally felt engaged and confident that Mr. Hana had me learning more about the platform.

Additionally, I was given the opportunity to oversee account managers and their work productivity.  With this opportunity, I was able to create employee observation form to help initiate a better work environment and evaluate staff. Mr. Hana believed in my social skills and gave me the opportunity to administrate staff in all offices relating to global registration and customer relations.

Furthermore, as I was extremely interested in the Halal industry, I was also given the opportunity to go to Gulfood Expo center for 2024 where I was able to utilize my skills and registration process experience with facilities on board.  Not only did I meet the people of facilities registered with us, but also made strong interactions with them.  I was also able to reinforce the Halal aspect and implement any strategies for better business growth.  Mr. Hana also was aware of my daughter, studying food science where she was given an opportunity to intern during this expo so she was able to benefit from the learning experience.  Mr. Hana paid for her trip and encouraged her to pursue her studies in this field as it was growing rapidly.  Unfortunately, Dana became sick during the first day of arrival and was taken to the ER. Luckily, Mr. Hana made sure we were taken care of and assisted us in any medical and financial needs. We were both grateful for his help in getting us through during that difficult experience.  His upmost wishes and thoughts were always appreciated and he became family to me.

When you work hard for someone's business, they look up to you because they can confide and get the reassurance in keeping things on track.  In Arabic we say "Amanah" which means trust, Mr. Hana has put his full trust in me by taking the lead of my position.

I truly believe in his mission and I'm a firm believer of the trust behind the Halal compliance.  Despite the news, Mr. Hana has been a role model, a great leader, generous brother, and pleasant to work with.

Our trust relationship was based on professionalism and integrity.  With this trust, Mr. Hana appointed me as **CEO for IS EG Halal** and I am honored to be behind a business that developed purely behind the wheel of Halal compliance in ***Bringing Food to the Table in All in its Forms***.

I'm looking forward to working alongside with our IS EG Halal Team by using the knowledge Mr. Hana instilled in me to benefit the company.

Please consider my request to be purely lenient about Mr. Hana's sentencing as he is a true friend, great boss, family man, and most importantly a dad to his precious daughters.

Thank you for your time and attention.


Respectfully Yours,

Mrs. Rena Zebi