```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
UNITED STATES OF AMERICA             :
                                     :    PRELIMINARY ORDER OF
            - v. -                   :    FORFEITURE/
                                     :    MONEY JUDGMENT
WAEL HANA,                           :
    a/k/a "Will Hana,"               :    S4 23 Cr. 490 (SHS)
                                     :
            Defendant.               :
------------------------------------ x
```

WHEREAS, on or about March 5, 2024, WAEL HANA, a/k/a "Will Hana" (the "Defendant"), among others, was charged in sixteen counts of an eighteen-count Superseding Indictment, S4 23 Cr. 490 (SHS), (the "Indictment"), with conspiracy to commit bribery, in violation of Title 18, United States Code, Section 371 (Count One); conspiracy to commit honest services fraud, in violation of Title 18, United States Code, Section 1349 (Count Two); bribery, in violation of Title 18, United States Code, Sections 201(b)(1)(A) and (C), and 2 (Count Six); honest services wire fraud, in violation of Title 18, United States Code, Sections 1343, 1346, and 2 (Counts Seven and Nine); and conspiracy for a public official to act as a foreign agent, in violation of Title 18, United States Code, Section 371 (Count Fifteen);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One, Two, Six, Seven, and Nine of the Indictment seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One, Two, Six, Seven, and Nine of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One, Two, Six,

Seven, and Nine of the Indictment that the Defendant personally obtained and, *inter alia*, the following specific property:

    a.    The residence of Menendez and Nadine Menendez in Englewood Cliffs, New Jersey (the "Englewood Cliffs Premises");

    b.    A 2019 Mercedes-Benz-C-Class C300 automobile, vehicle identification number WDDWK8EB7KF873859 (the "Mercedes");

    c.    A sum of $486,461 in United States currency seized from the Englewood Cliffs Premises on or about June 16, 2022;

    d.    A sum of $79,760 in U.S. currency seized from safe deposit box no.13 at Chase bank located at 50 Grand Avenue, Englewood, New Jersey 07631 (the "Safe Deposit Box") on or about June 16, 2022;

    e.    Two one-kilogram gold bars seized from the Englewood Cliffs Premises on or about June 16, 2022 (the "Kilogram Bars");

    f.    Eleven one-ounce gold bars seized from Englewood Cliffs Premises on or about June 16, 2022 (the "One Ounce Bars"); and

    g.    A Vision Fitness Elliptical (the "Elliptical");

WHEREAS, on or about July 16, 2024, following a jury trial, the Defendant was found guilty of Counts One, Two, Six, Seven, Nine, and Fifteen of the Indictment;

WHEREAS, the Government asserts that $125,000 in United States currency represents property constituting, or derived from proceeds traceable to the commission of the offenses charged in Counts One, Two, Six, Seven, and Nine of the Indictment that the Defendant personally obtained; and

WHEREAS, the Government seeks the entry of a money judgment in the amount of $125,000 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One, Two, Six, Seven, and Nine of the Indictment that the Defendant personally obtained;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts One, Two, Six, Seven, and Nine of the Indictment, of which the Defendant was found guilty, a money judgment in the amount of $125,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One, Two, Six, Seven, and Nine of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, WAEL HANA, a/k/a "Will Hana," and shall be deemed part of the sentence of the Defendant and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

January 29, 2025
DATE