

February 12, 2025

Daniel M. Risis
19 Fordham Road
Livingston, NJ 07039
daniel@mikrobank.com

**Honorable Judge Sidney H. Stein**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Robert Menendez, Wael Hana, and Fred Daibes**
**Case No. 23 Cr. 490 (SHS)**

Dear Judge Stein,

I am writing to formally request enforcement of the restitution order issued in the above-referenced case. As a direct victim of the crimes committed by Robert Menendez, Wael Hana, and Fred Daibes, I am seeking immediate restitution in the amount of $1.3 million. This amount represents only a portion of the harm inflicted upon me. It does not account for the full scope of my losses, nor does it include additional damages or any legal remedies I am actively pursuing in the state of New Jersey.

This $1.3 million restitution demand is the bare minimum required to begin addressing the financial devastation and personal harm caused by these individuals. I reserve my right to seek further compensation for the broader damages resulting from fraudulent foreclosures, illegal property seizures, and the destruction of my businesses and reputation.

For years, I have been the victim of a coordinated and politically protected conspiracy that stripped me of my multimillion-dollar business portfolio, robbed me of financial security, and inflicted irreparable damage on my personal and professional life. As detailed in my previous submissions to this court, Fred Daibes—acting in concert with Robert Menendez and others—engaged in a criminal scheme that resulted in the illegal seizure of my properties, fraudulent foreclosures, and the destruction of my businesses.

1

The restitution order acknowledges the significant harm I have suffered and affirms my right to be compensated for the financial devastation caused by the defendants' actions.

The extent of the crimes against me is well-documented:

- **Fraudulent bankruptcy schemes** orchestrated to strip me of my assets under the guise of legal proceedings.
- **Judicial misconduct and suppression of evidence** that allowed the defendants to continue their actions unchecked.
- **Illegal evictions and property seizures** that resulted in over $10 million in lost inventory and business revenue.

These actions were not only illegal but calculated to erase my businesses and silence me as a whistleblower. Despite multiple motions, complaints to law enforcement agencies, and detailed presentations of evidence, my pleas for justice have been met with systemic suppression.

I am now requesting that the court take immediate and decisive action to enforce the restitution order in its entirety. This compensation is critical in mitigating the lasting impact of the defendants' actions on my life and livelihood.

For the sake of fact and continuity, I kindly ask that you carefully read the following and reflect on the true consequences of bribery when fully uncovered and acknowledged.

The link between the gold bars given to Senator Bob Menendez and the harm caused to me, Daniel M. Risis, is direct and undeniable. Over the past three years, I have been involved in two significant civil cases presided over by Judge Esther Salas. Below are the case numbers and a summary of what each case entails.

When Senator Menendez was before you for sentencing, he referenced a letter from Mark, the husband of Judge Esther Salas, regarding the creation of "Daniel's Law," named in honor of their late son following a tragic event. Ironically, the law shares my name—Daniel—and it seems almost poetic that I am the one uncovering and exposing the very corruption at the heart of this case.

While I was pursuing a civil lawsuit against Fred Daibes and Senator Bob Menendez in federal court, it appears Senator Menendez intervened by reaching out to Judge Salas, either by phone or in person, with a simple directive: keep me out of court. Had my testimony been heard, the corruption involving Fred Daibes would have been exposed far earlier—saving taxpayers and the justice system significant time and expense. Instead, the truth only came to light during a costly criminal investigation and trial.

Despite the government's long-standing efforts to expose Senator Menendez's corruption, it wasn't until I, Daniel M. Risis, uncovered massive amounts of fraud by Fred Daibes' that the

full extent of these crimes became evident. This includes Daibes' continued operation of East Coast West Coast Funding, a fraudulent banking scheme. My court order, issued by Judge Sherwood, was the catalyst that triggered the exposure of this corruption.

I am prepared to present all the evidence necessary to support these claims. I am not simply asking for acknowledgment, but formally requesting an in-person meeting to recognize the victims of this case and the immense damage caused by this corruption.

I also seek clarification regarding the $1.75 million seized from Fred Daibes. If this money is not allocated to compensate the victims, it appears to be nothing more than extortion disguised as punishment—benefiting the system rather than the individuals who were directly harmed.

By what right does the court retain this $1.75 million while my family suffers due to the fraud committed by the very man you sent to federal prison? Ignoring my letter or dismissing my claims would only serve to highlight that this trial is less about justice and more about financial gain and public spectacle, rather than protecting the victims' rights.

Thank you for your attention to this matter and for your continued commitment to upholding the rights of victims. I trust the court will act to ensure the enforcement of this restitution order without further delay.

                                        **Respectfully submitted,**
                                        /s/**Daniel M. Risis**
                                        19 Fordham Road
                                        Livingston, NJ 07039
                                        daniel@mikrobank.com