

Anne M. Collart

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4737
acollart@gibbonslaw.com

July 18, 2025

**VIA ECF**

Honorable Sidney H. Stein
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *United States v. Robert Menendez, et al.*, Case No. 1:23-cr-00490-SHS

Dear Judge Stein:

      As the Court is aware, this Firm has represented Defendant Wael Hana in the above-captioned matter. Earlier this month, Mr. Hana paid both the final installment of his fine obligation and the forfeiture, all as ordered by this Court. ECF Nos. 731, 732 at 7-8. We have been advised that although the correct amounts were paid, a portion of the forfeiture amount ($25,000) was inadvertently sent to the Clerk's Office instead of the U.S. Marshals Service, which is where forfeitures are to be routed. The Clerk's Office has advised that it requires an order from this Court to permit the funds that were overpaid to it to be transferred to the U.S. Marshals Service. Accordingly, we respectfully request that the Court "so order" this letter and direct its entry onto the docket so that the funds can be transferred as described. The Government has indicated that it does not object to this request.

      Of course, if Your Honor has any questions or concerns with regard to this request, please do not hesitate to call me. Thank you, as always, for your consideration of this matter.

                                          Respectfully submitted,

                                          *s/ Anne M. Collart*
                                          Anne M. Collart